CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUL 0 3 2014

JULIA C. DUDLEY, CLERK
BY: /s/ Colleen
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* <br><br> v. <br><br> WILLIAM L. WALLIS, <br><br> *Defendants.* | CIVIL ACTION NO. 6:14-CV-00005 <br><br> REFERRAL ORDER <br><br> NORMAN K. MOON <br> UNITED STATES DISTRICT JUDGE |

Upon the parties' request, and pursuant to 28 U.S.C. § 636(b)(3) and Rule 16(a)(5) of the Federal Rules of Civil Procedure, this matter is hereby **REFERRED** for mediation or a settlement conference with United States Magistrate Judge Joel C. Hoppe. The parties are hereby **ORDERED** to appear before Judge Hoppe to participate in mediation in an attempt to facilitate settlement. The parties are directed to contact the Clerk of the Court in Harrisonburg at (540) 434-3181 to schedule a conference with Judge Hoppe.

The Clerk of the Court is hereby directed to send a certified copy of this order to all counsel of record and to Judge Hoppe.

**ENTERED**: July 3, 2014.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE