BK 14
(Rev. 10/79)

# United States Bankruptcy Court

For the __Western__ District of __Virginia__

I, __John W.L. Craig, II__ Clerk of Bankruptcy Court

in and for said District, do hereby certify that the attached copy of __docket report, list of__

__creditors, and claims register__

_____

_____

_____

in the case of __United American Holdings, Inc.__

_____

debtor, No. __01-00307__ has been compared with the original thereof and that it is a complete and correct copy of such original as it appears of record and on file in my office.

In testimony whereof I have hereunto set my hand at __Lynchburg, VA__

in said District, this __12th__ day of __August__ , ~~19~~2014

John W.L. Craig, II ,
_Clerk of Bankruptcy Court_

_Maye A. Roberton_ ,
_Deputy Clerk_

[_Seal of the U.S. Bankruptcy Court_]

Date of issuance: __August 12, 2014__

FPI-HAR—8-21-80-30M-4644

# U.S. Bankruptcy Court
## Western District of Virginia (Lynchburg)
### Bankruptcy Petition #: 01-00307

| | |
|---|---|
| *Assigned to:* Judge William E Anderson | *Date filed:* 01/29/2001 |
| Chapter 7 | *Date converted:* 09/06/2001 |
| Previous chapter 11 | *Date terminated:* 01/03/2002 |
| Voluntary | *341 meeting:* 10/30/2001 |
| No asset | |

*Debtor*
**United American Holdings, Inc**
C/O WILLIAM WALLIS
1904 CANTERBURY CIRCLE, #17
LYNCHBURG, VA 24503
APPOMATTOX-VA
Tax ID / EIN: 54-1645246

*dba* **Nitti Family Enterprises**
C/O WILLIAM WALLIS
1904 CANTERBURY CIRCLE, #17
LYNCHBURG, VA 24503
APPOMATTOX-VA

*dba* **United American Manufacturing**
C/O WILLIAM WALLIS
1904 CANTERBURY CIRCLE, #17
LYNCHBURG, VA 24503
APPOMATTOX-VA

*dba* **United American Real Estate Development Corp**
C/O WILLIAM WALLIS
1904 CANTERBURY CIRCLE, #17
LYNCHBURG, VA 24503
APPOMATTOX-VA

represented by **Gary M Bowman**
2728 Colonial Ave., Ste. 100
Roanoke, VA 24015
(540) 343--1173
Fax : (540) 343-1157
Email: garymbowman3@cox.net

*Trustee*
**W. Stephen Scott**
P. O. BOX 2737
CHARLOTTESVILLE, VA 22902
434 296-2161

| Filing Date | # | Docket Text |
|---|---|---|
| 01/29/2001 | 1 | VOLUNTARY petition under chapter 11 , [DF], ORIGINAL NIBS DOCKET ENTRY #1 (Entered: 01/29/2001) |
| 01/29/2001 | 2 | FILING FEE AND ADMINISTRATIVE FEE Paid, Receipt # 031855 FOR $830.00 , [DF], ORIGINAL NIBS DOCKET ENTRY #2 (Entered: 01/29/2001) |

| | | |
|---|---|---|
| 01/29/2001 | 3 | SCHEDULES to be filed due by 02/13/01, [DF], ORIGINAL NIBS DOCKET ENTRY #3 (Entered: 01/29/2001) |
| 01/29/2001 | 4 | MATRIX filed , [DF], ORIGINAL NIBS DOCKET ENTRY #4 (Entered: 01/29/2001) |
| 01/29/2001 | 5 | CORPORATE RESOLUTION AUTHORIZING FILING , [DF], ORIGINAL NIBS DOCKET ENTRY #5 (Entered: 01/29/2001) |
| 01/29/2001 | 6 | ORDER - DEBTOR IN POSSESSION , [DF], ORIGINAL NIBS DOCKET ENTRY #6 (Entered: 01/29/2001) |
| 02/01/2001 | 7 | NOTICE of 341 meeting[Sent to BNC] [RESENT TO BNC] on 03/16/01 at 11:00 A.M. at Lynchburg, cr mtg, Lynchburg, US Courthouse, Rm 218, 1100 Main St., Lynchburg, VA 24504, [DF], ORIGINAL NIBS DOCKET ENTRY #7 (Entered: 02/01/2001) |
| 02/01/2001 | 8 | NOTICE of Hearing CHAPTER 11 STATUS REPORT [RESENT TO BNC] on 05/10/01 at 10:00 A.M. at Lynchburg, Lynchburg, US Bankruptcy Courtroom, 3rd Flr, U.S. Courthouse, 1100 Main St., Lynchburg, VA 24504, [DF], ORIGINAL NIBS DOCKET ENTRY #8 (Entered: 02/01/2001) |
| 02/07/2001 | 12 | CERTIFICATE of Service from BNC re 341 Meeting Notice , [DF], ORIGINAL NIBS DOCKET ENTRY #12 (Entered: 02/16/2001) |
| 02/07/2001 | 13 | CERTIFICATE of Service Re: Item # 8, [DF], ORIGINAL NIBS DOCKET ENTRY #13 (Entered: 02/16/2001) |
| 02/14/2001 | 9 | NOTICE to United States Trustee of filing deficiency; re: schedules , [DF], ORIGINAL NIBS DOCKET ENTRY #9 (Entered: 02/14/2001) |
| 02/15/2001 | 10 | ATTORNEY Statement of Compensation , [MH], ORIGINAL NIBS DOCKET ENTRY #10 (Entered: 02/15/2001) |
| 02/15/2001 | 11 | LIST of Creditors Holding 20 Largest Unsecured Claims , [MH], ORIGINAL NIBS DOCKET ENTRY #11 (Entered: 02/15/2001) |
| 02/20/2001 | 14 | SCHEDULES and Statement of Affairs S-5;A-3;l-26, [DF], ORIGINAL NIBS DOCKET ENTRY #14 (Entered: 02/20/2001) |
| | | |

Case 6:14-cv-00005-NKM-RSB   Document 27-6   Filed 10/02/14   Page 3 of 144   Pageid#: 328

| 02/20/2001 | 15 | MATRIX filed **AMENDED**, [DF], ORIGINAL NIBS DOCKET ENTRY #15 (Entered: 02/20/2001) |
| 02/20/2001 | 16 | ORDER giving 10 days to cure deficiencies OF AMENDED MATRIX AFTER PETITION FILED-$20.00 FILING FEE AND AMENDMENT FORM REQUIRED due by 03/02/01 Re: Item # 15, [DF], ORIGINAL NIBS DOCKET ENTRY #16 (Entered: 02/20/2001) |
| 02/23/2001 | 19 | NOTICE to Creditors of Amendments to Schedules AND MATRIX-$20.00 FILING FEE PAID, RECEIPT #032453 , [DF], ORIGINAL NIBS DOCKET ENTRY #19 (Entered: 02/26/2001) |
| 02/26/2001 | 17 | AMENDMENT to schedule[s] b , [DF], ORIGINAL NIBS DOCKET ENTRY #17 (Entered: 02/26/2001) |
| 02/26/2001 | 18 | MONTHLY Operating Report , [DF], ORIGINAL NIBS DOCKET ENTRY #18 (Entered: 02/26/2001) |
| 02/27/2001 | 20 | NOTICE of US Trustee of inability to appoint Creditors Committee , [DF], ORIGINAL NIBS DOCKET ENTRY #20 (Entered: 02/28/2001) |
| 03/05/2001 | 21 | MOTION to EMPLOY professional person , Gary M. Bowman, Esq., as counsel for debtor. [Disposed], [GR], ORIGINAL NIBS DOCKET ENTRY #21 (Entered: 03/05/2001) |
| 03/14/2001 | 22 | ORDER approving appointment of attorney for debtor, Gary Bowman [Bowman to certify] Re: Item # 21, [MH], ORIGINAL NIBS DOCKET ENTRY #22 (Entered: 03/14/2001) |
| 03/21/2001 | 23 | 341 MINUTE SHEET filed, meeting held on scheduled date 341 MEETING ADJOURNED GENERALLY , [DF], ORIGINAL NIBS DOCKET ENTRY #23 (Entered: 03/22/2001) |
| 05/10/2001 | 24 | AMENDMENT to schedule[s] PAGE 1 OF STATEMENT OF AFFAIRS Re: Item # 14, [DF], ORIGINAL NIBS DOCKET ENTRY #24 (Entered: 05/10/2001) |
| 05/10/2001 | 25 | STATUS report OF UNITED STATES TRUSTEE, [DF], ORIGINAL NIBS DOCKET ENTRY #25 (Entered: 05/10/2001) |
| | 26 | PLAN of Reorganization , [DF], ORIGINAL NIBS DOCKET |

| | | |
|---|---|---|
| 05/10/2001 | | ENTRY #26 (Entered: 05/10/2001) |
| 05/10/2001 | 27 | DISCLOSURE statement , [DF], ORIGINAL NIBS DOCKET ENTRY #27 (Entered: 05/10/2001) |
| 05/10/2001 | 28 | HEARING held ON STATUS Re: Item # 8, [DF], ORIGINAL NIBS DOCKET ENTRY #28 (Entered: 05/17/2001) |
| 05/17/2001 | 29 | ORDER to show cause compelling debtor to Show cause why this case should not be converted to a case under Chapter 7 on 06/14/01 @ 10:00 a.m.;the debtor shall serve a true copy of this order and notice upon all creditors and parties in interest at least 20 days prior to said hearing;and debtor's counsel shall file a proper certificate of service of said notice with this Court and with the United States Trustee; and the Clerk shall mail a copy of this order to the United States Trustee and counsel for debtor on 06/14/01 at 10: 00 A.M. at Lynchburg, Lynchburg, US Bankruptcy Courtroom, 3rd Flr, U.S. Courthouse, 1100 Main St., Lynchburg, VA 24504 [Disposed], [DF], ORIGINAL NIBS DOCKET ENTRY #29 (Entered: 05/17/2001) |
| 05/25/2001 | 30 | ORDER and NOTICE setting Disclosure Statement Hearing ; June 29, 2001 fixed as last date for filing objections; Claims deadline is July 5, 2001; Hearing to be held on [Counsel for Debtor to certify]. on 07/05/01 at 10:00 A.M. at Lynchburg, Lynchburg, US Bankruptcy Courtroom, 3rd Flr, U.S. Courthouse, 1100 Main St., Lynchburg, VA 24504 Re: Item # 27, [LT], ORIGINAL NIBS DOCKET ENTRY #30 (Entered: 05/25/2001) |
| 06/08/2001 | 31 | CERTIFICATE of Service Re: Item # 29, [DF], ORIGINAL NIBS DOCKET ENTRY #31 (Entered: 06/11/2001) |
| 06/14/2001 | 32 | HEARING held ON U.S. TRUSTEE'S MOTION TO CONVERT-CASE NOT TO BE CONVERTED OR DISMISSED-CONTINUED TO 07/05/01 @ 10:00 AM-IF UST REPORTS ALL OKAY PRIOR TO 07/05/01, CAN BE REMOVED Re: Item # 29, [DF], ORIGINAL NIBS DOCKET ENTRY #32 (Entered: 06/18/2001) |
| 06/28/2001 | 33 | NOTICE of appearance filed by Richard E Spies, Esq. on behalf of Branch Banking & Trust Company of Virginia and Certificate of Service. , [LT], ORIGINAL NIBS DOCKET ENTRY #33 (Entered: 06/29/2001) |
| 07/05/2001 | 34 | MONTHLY Operating Report FOR MONTH ENDING JANUARY, 2001 , [DF], ORIGINAL NIBS DOCKET ENTRY #34 (Entered: 07/05/2001) |

| | | 35 | MONTHLY Operating Report FOR MONTH ENDING FEBRUARY, 2001 , [DF], ORIGINAL NIBS DOCKET ENTRY #35 (Entered: 07/05/2001) |
| 07/05/2001 | | | |
| | | 36 | MONTHLY Operating Report FOR MONTH ENDING MARCH, 2001 , [DF], ORIGINAL NIBS DOCKET ENTRY #36 (Entered: 07/05/2001) |
| 07/05/2001 | | | |
| | | 37 | MONTHLY Operating Report FOR MONTH ENDING APRIL, 2001 , [DF], ORIGINAL NIBS DOCKET ENTRY #37 (Entered: 07/05/2001) |
| 07/05/2001 | | | |
| | | 38 | MONTHLY Operating Report FOR MONTH ENDING MAY, 2001 , [DF], ORIGINAL NIBS DOCKET ENTRY #38 (Entered: 07/05/2001) |
| 07/05/2001 | | | |
| | | 39 | HEARING held on continued S.C. on U.S. Trustee's Motion to Convert-Continued by agreement to 08/16/01 @ 10:00 a.m. Re: Item # 29, [DF], ORIGINAL NIBS DOCKET ENTRY #39 (Entered: 07/06/2001) |
| 07/05/2001 | | | |
| | | 40 | HEARING held on Disclosure Statement-approved conditionally-Confirmation hearing to be held on 08/16/01 @ 10:00 a.m.-Mr. Bowman to submit order within 15 days Re: Item # 27, [DF], ORIGINAL NIBS DOCKET ENTRY #40 (Entered: 07/06/2001) |
| 07/05/2001 | | | |
| | | 41 | OBJECTION by the U.S. Trustee to Disclosure Statement Re: Item # 27, [DF], ORIGINAL NIBS DOCKET ENTRY #41 (Entered: 07/06/2001) |
| 07/05/2001 | | | |
| | | 42 | ORDER continuing hearing on the United States Trustee's motion to Show Cause why the case should not be converted or dismissed on 08/16/01 at 10:00 A.M. at Lynchburg, Lynchburg, US Bankruptcy Courtroom, 3rd Flr, U.S. Courthouse, 1100 Main St., Lynchburg, VA 24504 Re: Item # 29, [DF], ORIGINAL NIBS DOCKET ENTRY #42 (Entered: 07/06/2001) |
| 07/06/2001 | | | |
| | | 43 | ORDER Conditionally approving Disclosure Statement and setting Confirmation of Plan on 08/16/01 at 10:00 A.M. at Lynchburg, Lynchburg, US Bankruptcy Courtroom, 3rd Flr, U.S. Courthouse, 1100 Main St., Lynchburg, VA 24504 Re: Item # 27, [DF], ORIGINAL NIBS DOCKET ENTRY #43 (Entered: 07/06/2001) |
| 07/06/2001 | | | |
| | | 44 | OBJECTION to disclosure statement BY UNITED STATES |

| | | |
|---|---|---|
| 07/11/2001 | | TRUSTEE ASKING THAT THE COURT NOT APPROVE SAID DISCLOSURE STATEMENT UNTIL IT IS AMENDED TO PROVIDE ADEQUATE INFORMATION Re: Item # 43, [DF], ORIGINAL NIBS DOCKET ENTRY #44 (Entered: 07/12/2001) |
| 07/17/2001 | 45 | CERTIFICATE of Service Re: Item # 42, [DF], ORIGINAL NIBS DOCKET ENTRY #45 (Entered: 07/17/2001) |
| 07/19/2001 | 46 | MOTION to convey its real property at 318 E. Confederate Avenue, Appomattox, VA to the lienholder of such property, Linda Stuart on 08/16/01 at 10:00 A.M. at Lynchburg, Lynchburg, US Bankruptcy Courtroom, 3rd Flr, U.S. Courthouse, 1100 Main St., Lynchburg, VA 24504 [Disposed], [DF], ORIGINAL NIBS DOCKET ENTRY #46 (Entered: 07/23/2001) |
| 07/19/2001 | 47 | MOTION to Use Cash Collateral on 08/16/01 at 10:00 A.M. at Lynchburg, Lynchburg, US Bankruptcy Courtroom, 3rd Flr, U.S. Courthouse, 1100 Main St., Lynchburg, VA 24504 [Disposed], [DF], ORIGINAL NIBS DOCKET ENTRY #47 (Entered: 07/23/2001) |
| 07/23/2001 | 48 | CERTIFICATE of Service Re: Item # 43, [MH], ORIGINAL NIBS DOCKET ENTRY #48 (Entered: 07/23/2001) |
| 07/23/2001 | 49 | OBJECTION to disclosure statement & plan filed by Branch Banking & Trust Company [RE: #26 & 27] , [MH], ORIGINAL NIBS DOCKET ENTRY #49 (Entered: 07/23/2001) |
| 08/10/2001 | 51 | NOTICE of appearance BY THOMAS L. ECKERT, ASSISTANT U.S. ATTORNEY ON BEHALF OF INTERNAL REVENUE SERVICE , [DF], ORIGINAL NIBS DOCKET ENTRY #51 (Entered: 08/15/2001) |
| 08/13/2001 | 52 | OBJECTION TO MOTION TO USE CASH COLLATERAL AND MOTION TO CONVEY PROPERTY TO LIENHOLDER BY BRANCH BANKING & TRUST COMPANY Re: Item # 47, [DF], ORIGINAL NIBS DOCKET ENTRY #52 (Entered: 08/15/2001) |
| 08/15/2001 | 50 | OBJECTION BY INTERNAL REVENUE SERVICE TO PLAN OF REORGANIZATION Re: Item # 26, [DF], ORIGINAL NIBS DOCKET ENTRY #50 (Entered: 08/15/2001) |
| | | |

Case 6:14-cv-00005-NKM-RSB   Document 27-6   Filed 10/02/14   Page 7 of 144   Exhibit Page 332

| | | | |
|---|---|---|---|
| 08/15/2001 | 53 | MOTION to Dismiss OR CONVERT IT TO A CASE UNDER CHAPTER 7 BY BRANCH BANKING & TRUST COMPANY OF VIRGINIA on 09/27/01 at 10:00 A.M. at Lynchburg, Lynchburg, US Bankruptcy Courtroom, 3rd Flr, U.S. Courthouse, 1100 Main St., Lynchburg, VA 24504 [Disposed], [DF], ORIGINAL NIBS DOCKET ENTRY #53 (Entered: 08/15/2001) | |
| 08/15/2001 | 54 | OBJECTION BY UNITED STATES TRUSTEE TO CONVEYANCE OF PROPERTY Re: Item # 46, [DF], ORIGINAL NIBS DOCKET ENTRY #54 (Entered: 08/15/2001) | |
| 08/16/2001 | 55 | HEARING held Show Cause hearing on U.S. Trustee's motion to convert-Case to be converted-Mr. Bowman to submit order within 15 days Re: Item # 29, [DF], ORIGINAL NIBS DOCKET ENTRY #55 (Entered: 08/17/2001) | |
| 08/16/2001 | 56 | HEARING held on motion to use cash collaeral-resolved-order submitted Re: Item # 47, [DF], ORIGINAL NIBS DOCKET ENTRY #56 (Entered: 08/17/2001) | |
| 08/16/2001 | 57 | HEARING held on motion to convey property to lien holder-approved-Mr. Bowman to submit order within 15 days Re: Item # 46, [DF], ORIGINAL NIBS DOCKET ENTRY #57 (Entered: 08/17/2001) | |
| 08/16/2001 | 58 | HEARING held on confirmation of plan and objections-Case to be converted to Chapter 7 Re: Item # 26, [DF], ORIGINAL NIBS DOCKET ENTRY #58 (Entered: 08/17/2001) | |
| 08/17/2001 | 59 | ORDER that on September 16, 2001, the Clerk of the Court shall cause this case to be converted to a case under Chapter 7 of the Bankruptcy Code ; Beginning upon entry of this order, the debtor and the officers, directors and principals of the debtor shall close the business of the debtor down in order fashion such that it will be closed by the date of conversion. The debtors shall cooperate with the Chapter 7 Trustee and UST in completing the closed down of the debtor's business operations and collection and t urnover of the debtor's assets,liabilities,books and records to the Chapter 7 Trustee Re: Item # 29, [DF], ORIGINAL NIBS DOCKET ENTRY #59 (Entered: 08/17/2001) | |
| 08/17/2001 | 60 | MOTION to prohibit use of cash collateral and to vacate order filed by Wachovia Bank; notice of hearing & certificate of service; on 09/06/01 at 10:00 A.M. at Lynchburg, Lynchburg, US Bankruptcy Courtroom, 3rd Flr, U.S. Courthouse, 1100 | |

Case 6:14-cv-00005-NKM-RSB   Document 27-6   Filed 10/02/14   Page 8 of 144   Pageid#: 333

| | | |
|---|---|---|
| 08/22/2001 | | Main St., Lynchburg, VA 24504 [Disposed], [MH], ORIGINAL NIBS DOCKET ENTRY #60 (Entered: 08/22/2001) |
| 08/24/2001 | 61 | CERTIFICATE of Service Re: Item # 59, [MH], ORIGINAL NIBS DOCKET ENTRY #61 (Entered: 08/24/2001) |
| 09/06/2001 | 62 | HEARING held on motion by Wachovia Bank to prohibit use of cash collateral and to vacate order-motion granted-Bill Terry to submit order within 15 days-Case may now be converted to Chapter 7 Re: Item # 60, [DF], ORIGINAL NIBS DOCKET ENTRY #62 (Entered: 09/07/2001) |
| 09/06/2001 | 63 | ORDER converting[Sent to BNC] Chapter 11 to Chapter 7 Re: Item # 60, [DF], ORIGINAL NIBS DOCKET ENTRY #63 (Entered: 09/10/2001) |
| 09/10/2001 | 64 | NOTICE of 341 meeting[Sent to BNC] on 10/30/01 at 10:30 A.M. at Lynchburg, cr mtg, Lynchburg, US Courthouse, Rm 218, 1100 Main St., Lynchburg, VA 24504, [DF], ORIGINAL NIBS DOCKET ENTRY #64 (Entered: 09/10/2001) |
| 09/10/2001 | 65 | CLAIMS Bar Date due on 01/28/02, [DF], ORIGINAL NIBS DOCKET ENTRY #65 (Entered: 09/10/2001) |
| 09/14/2001 | 66 | CERTIFICATE of Service from BNC re 341 Meeting Notice , [DF], ORIGINAL NIBS DOCKET ENTRY #66 (Entered: 09/17/2001) |
| 09/14/2001 | 67 | CERTIFICATE of Service Re: Item # 63, [DF], ORIGINAL NIBS DOCKET ENTRY #67 (Entered: 09/17/2001) |
| 09/18/2001 | 68 | ORDER approving debtor's motion to convey its real property at 318 E. Confederate Boulevard, Appomattox, VA to Linda A. Stewart who has agreed to waive any deficiency claim against the debtor Re: Item # 46, [DF], ORIGINAL NIBS DOCKET ENTRY #68 (Entered: 09/18/2001) |
| 09/18/2001 | 69 | ORDER on objection by Wachovia Bank to use of cash collateral-motion is hereby granted and that the debtor shall account for all cash collateral used since the inception of the case and replenish any shortfall. To the extent that those in control of the debtor have violated the Court's debtor in possession order they are hereby ordered and directed to reimburse the estate all such funds improperly used Re: Item # 47, [DF], ORIGINAL NIBS DOCKET ENTRY #69 (Entered: 09/18/2001) |

| | | |
|---|---|---|
| 09/21/2001 | 70 | CERTIFICATE of Service Re: Item # 69, [DF], ORIGINAL NIBS DOCKET ENTRY #70 (Entered: 09/21/2001) |
| 09/27/2001 | 71 | HEARING held on motion to dismiss or convert by BB&T- withdrawn Re: Item # 53, [DF], ORIGINAL NIBS DOCKET ENTRY #71 (Entered: 09/28/2001) |
| 09/28/2001 | 72 | ORDER WITHDRAWING BB&T'S MOTION TO DISMISS OR CONVERT CASE Re: Item # 53, [DF], ORIGINAL NIBS DOCKET ENTRY #72 (Entered: 09/28/2001) |
| 10/02/2001 | 73 | Debtor's Accounting from Chapter 11 operations , [DF], ORIGINAL NIBS DOCKET ENTRY #73 (Entered: 10/02/2001) |
| 10/11/2001 | 74 | CERTIFICATE of Service by Jennifer E. Stille, Esq. of mailing Order entered on 9/28/01 to all parties in interest on 10/09/01. Re: Item # 72, [GR], ORIGINAL NIBS DOCKET ENTRY #74 (Entered: 10/12/2001) |
| 10/26/2001 | 75 | NOTICE of appearance FNF Capital, Inc.,c/o Christopher Alliotts , [DF], ORIGINAL NIBS DOCKET ENTRY #75 (Entered: 10/31/2001) |
| 11/09/2001 | 76 | 341 MINUTE SHEET filed, meeting held on scheduled date , [LG], ORIGINAL NIBS DOCKET ENTRY #76 (Entered: 11/09/2001) |
| 11/09/2001 | 77 | TRUSTEE'S Report of No Distribution [Entered: 11/09/01], [LG] ENTERED IN ERROR , [MH], ORIGINAL NIBS DOCKET ENTRY #77 (Entered: 12/12/2001) |
| 11/19/2001 | 78 | TRUSTEE'S Report of No Distribution , [DF], ORIGINAL NIBS DOCKET ENTRY #78 (Entered: 11/20/2001) |
| 01/03/2002 | 79 | ORDER of final decree and case closed , [GR], ORIGINAL NIBS DOCKET ENTRY #79 (Entered: 01/03/2002) |

Case 6:14-cv-00005-NKM-RSB   Document 27-6   Filed 10/02/14   Page 10 of 144   Pageid#: 335

Label Matrix for local noticing
0423-6
Case 01-00307
Western District of Virginia
Lynchburg
Tue Aug 12 09:52:14 EDT 2014

United American Holdings, Inc
C/O WILLIAM WALLIS
1904 CANTERBURY CIRCLE, #17
LYNCHBURG, VA 24503-2241

A1 Plastics @136
136 TICHENOR STREET
NEWARK, NJ 07105-1018

Adecco Employment @36016
P O BOX 360161M
PITTSBURGH, PA 15250

Advantage Advertising @10612
P O BOX 10612
LNCHBURG, VA 24506-0612

Advertising Specialty @1120
1120 WHEELER WAY
LANGHORNE, PA 19047

Aep @24413
P O BOX 24413
CANTON, OH 44701-4413

Aero @82
82 HURST MILL ROAD
BREMEN, GA 30110-4577

Afritex Usa @350
350 SEVENTH AVE
NEW YORK, NY 10001-5013

Agency Services @75150
P O BOX 75150
BALTIMORE, MD 21275-0001

Agsi @540
P O BOX 540
APPOMATTOX, VA 24522

Alliant Foodservice @13000
13000 LIVINGSTON ROAD
MANASSAS, VA 20109-2721

Alstate Company @3578
P O BOX 3578
AKRON, OH 44309-3578

Altavista Insurance @269
P O BOX 269
ALTAVISTA, VA 24517-0269

American Cord and Webbing @88
88 CENTURY DRIVE
WOONSOKCET, RI 02895-6172

American Electric Power @2021
PO BOX 2021
ATTN: G T HOLLAND
ROANOKE, VA 24022-2121

American Graphics @4030
4030 SORRENTO VALLEY BLVD
SAN DIEGO, CA 92121-1430

American Image Big @4829
P O BOX 4829
HOUSTON, TX 77210-4829

Appomattox County Treasurer @689
P O BOX 689
APPOMATTOX, VA 24522-0689

At @75225
P O BOX 75225
PHOENIX, AZ 85087

Atlantic Coast Cotton @2770
P O BOX 2770
MANASSAS, VA 20108-0884

Automated Mailing System @12246
P O BOX 12246
ROANOKE, VA 24024-2246

Bag Makers @6606
6606 S UNION ROAD
UNION, IL 60180

Bell Atlantic @17398
P O BOX 17398
BALTIMORE, MD 21297-0429

Benner China Glassware @5329
5329 POWERS AVE
JACKSONVILLE, FL 32207-8013

Better Methods Alexander @827
P O BOX 827
PATTERSON, NJ 07503

Brammer Welding Supplies @9001472
P O BOX 9001472
LOUISVILLE, KY 40290-1472

Branch Banking & Trust @1419
C/O RICHARD E SPIES ESQ
P O BOX 1419
LYNCHBURG, VA 24505-1419

Branch Banking & Trust @1847
BANKRUPTCY SECTION
PO BOX 1847
WILSON, NC 27894-1847

Branch Banking & Trust @58003
P O BOX 58003
CHARLOTTE, NC 28258-0001

Business Communication @12721
P O BOX 12721
ROANOKE, VA 24028-2721

Business Energizers @225
P O BOX 225
STUARTS DRAFT, VA 24477-0225

Capital One Fsb @85184
P O BOX 85184
RICHMOND, VA 23285-5184

Central Transport Intl @80
P O BOX 80
WARREN, MI 48090-0080

Central Virginia Comms @10100
10100 TIMBERLAKE ROAD
LYNCHBURG, VA 24502

Chaby, George R @29368
P O BOX 29368
PHILADELPHIA, PA 19125-0368

City of Lynchburg @603
P O BOX 603
LYNCHBURG, VA 24505-0603

Clarendon Insurance @3285
3285-3 VETERANS MEMORIAL HWY
RONKONKOMA, NY 11779-7668

Clinton Industries @12227
P O BOX 12227
NEWARK, NJ 07101-3411

Coats American @4135
4135 SOUTH STREAM BLVD
CHARLOTTE, NC 28217-4523

Coats American @6014
P O BOX 60124
CHARLOTTE, NC 28260

Cobb Quick Print @2150
2150 AIRPORT ROAD
LYNCHBURG, VA 24502

College Directory @1000
1000 CONSHOHOCKEN ROAD
CONSHOHOCKEN, PA 19428-1002

Color-Tex International @360025
P O BOX 360025
BOSTON, MA 02241-0001

Columbia Gas @27658
P O BOX 27658
RICHMOND, VA 23261

Columbia Gas of Virginia @200
200 CIVIC CENTER DR 8TH FLOOR
COLUMBUS, OH 43215-4138

Competition Textiles @11119
11119 WOODBURY DRIVE
CARMEL, IN 46033-3790

Continental Plastic Card @3651
3651 N W 120TH AVENUE
CORAL SPRINGS, FL 33065-2530

County of Appomattox @689
P O BOX 689
APPOMATTOX, VA 24522-0689

County of Bedford @122
122 E MAIN STREET
BEDFORD, VA 24523-2000

Creative Publishers @15164
P O BOX 15164
LYNCHBURG, VA 24502-9017

Daniels, Cr @3451
3451 ELLICOTT CENTER DRIVE
ELLICOTT CITY, MD 21043-4112

Danka @641980
P O BOX 641980
PITTSBURGH, PA 15264

Deluxe Business Forms @64500
P O BOX 64500
ST PAUL, MN 55164-0500

Discover/Greenwood Trust @570
P O BOX 570
RICHMOND, VA 23218-0570

Dodson Pest Control @17242
P O BOX 17242
BALTIMORE, MD 21297-0504

Douglas Publications @2807
2807 N PARHAM ROAD SUITE 200
ATTN: JAMES E HARIS
RICHMOND, VA 23294-4410

Estes Express Lines @25612
P O BOX 25612
RICHMOND, VA 23260-5612

Federal Express @1140
P O BOX 1140
MEMPHIS, TN 38101

Federal Express @2650
2650 THOUSAND OAKS BLVD STE 1180
MEMPHIS, TN 38118-2449

Fnf Capital @2
C/O CHRISTOPHER ALLIOTTS
2 PARK AVENUE, STE 1420
NEW YORK, NY 10016-5675

Foster Fuels @190
P O BOX 190
BROOKNEAL, VA 24528-0190

Frank Lee Imports @33833
P O BOX 33833
SOUTH EL MONTE, CA 91733

Gemline @4844
P O BOX 4844
BOSTON, MA 02212-0001

Gfi @8500
P O BOX 8500-41480
PHILADELPHIA, PA 19178-0001

Grain Dealers Mutual Ins @269
P O BOX 269
ALTAVISTA, VA 24517-0269

Gravely Hill @450
450 OAKLEY AVE
LYNCHBURG, VA 24501-3652

Group Telaffinity @6113
P O BOX 6113
INDIANAPOLIS, IN 46206

Gta @6113
P O BOX 6113
INDIANAPOLIS, IN 46206

Gte @31122
P O BOX 31122
TAMPA, FL 33631-3122

Harmony Art Ltd @4301
43-01 21ST
LONG ISLAND CIT, NY 11101-5023

Hazel @38
P O BOX 38
ST LOUIS, MO 63166

Hodges Heating @103
103 CHAPEL LANE
LYNCHBURG, VA 24501-6923

Hooper, David L @2399
2399 BETHEL CHURCH ROAD
FOREST, VA 24551-3411

Horizon One @3365
3365 E FLAMINGO SUITE 5
ATTN: BRENT WILLIS
LAS VEGAS, NV 89121-7440

Horizon One Communications @1618
P O BOX 1618
TULSA, OK 74182-0001

Huber Textiles @369
P O BOX 369
FALLSTON, ND 28042-0369

Information Leasing @691355
P O BOX 691355
CINCINNATI, OH 45269-0001

Ingersoll-Rand @75817
P O BOX 75817
CHARLOTTE, NC 28275

Irs @10025
SPECIAL PROCEDURES
P O BOX 10025
RICHMOND, VA 23240

Irs @620
ATTN: COLLECTIONS
RM 620 220 FRANKLIN ROAD
ROANOKE, VA 24011

J&j Southeast @712
P O BOX 712
MARTINSVILLE, VA 24114-0712

Janet M Belter Treasurer @689
P O BOX 689
APPOMATTOX, VA 24522-0689

Joeb 211 @9650
P O BOX 9650
DENVER, CO 80209-0650

Lab Safety Supply @1368
P O BOX 1368
JANESVILLE, WI 53547-1368

Lea & Sachs @1667
P O BOX 1667
DES PLAINES, IL 60017-1667

Lebro Line @36
36 W 25TH ST
NEW YORK, NY 10010-2706

Leeds Business Access @4431
4431 WILLIAM PENN HIGHWAY
MURRYSVILLE, PA 15668-1946

Lps @10806
P O BOX 10806
LYNCHBURG, VA 24506-0806

Lynchburg Business Machines @954
P O BOX 954
LYNCHBURG, VA 24505-0954

Lynchburg City Treasurer @@858
P O BOX 858
LYNCHBURG, VA 24505-0858

Mail Marketing @8318
8318 SHERWICK COURT
JESUP, MD 20794

Mail Marketing Systems @8318
8318 SHERWICK COURT
JESSUP, MD 20794

Marathon Mfg @8005
8005 MAIN STREET
DEXTER, MI 48130-1027

Marie Co @1218
1218 MAYS MILLS ROAD
FOREST, VA 24551-1863

Market Ads @47902
47902 GOLDRIDGE LANE
MACOMB, MI 48044-2421

Markham Wholesale @1
RTE 1 BOX 220
LYNCHBURG, VA 24502

(c)MARTIN HEATING & AIR CONDG @5
149 COUNTRY ESTATES RD
APPOMATTOX VA 24522-4200

Mauck & Co @6538
P O BOX 6538
RICHMOND, VA 23230-0538

McBride Sign @6538
P O BOX 622
LYNCHBURG, VA 24505-0622

McClancy Seasoning @1
1 SPICE ROAD
FORT MILL, SC 29707-9501

McKinlay Transport @80
P O BOX 80
WARREN, MI 48090-0080

Miraa International @2543
2543 LEE AVE
S EL MONTE, CA 91733-1409

Mount Rogers @1
RTE 1 BOX 85A
ATKINS, VA 24311

National Dye Works @745
745 MILLS ROAD
LYNCHBURG, SC 29080

Nebs @500
500 MAIN STREET
GROTON, MA 01471-0001

New & Used Equipment @1105
1105 E MOUNTAIN STREET
KERNERSVILLE, NC 27284-7904

News & Advance @10129
P O BOX 10129
L=CHBURG, VA 24506-0129

North Shore Agency @8909
P O BOX 8909
WESTBURY, NY 11590

Overnite Trucking @79755
P O BOX 79755
BALTIMORE, MD 21279-0001

Papertex @828031
P O BOX 828031
PHILADELPHIA, PA 19182-0001

Petty & Livingston @1099
P O BOX 1099
LYNCHBURG, VA 24505

Progress Press @85080
P O BOX 85080
RICHMOND, VA 23285-5080

Promotional Headgear @11700
11700 W 85TH ST
LENEXA, KS 66214-1516

Promotional Proucts @3125
3125 SKYWAY CIRCLE N
IRVING, TX 75038-3526

Ranson Electric @175
P O BOX 17S
EVERGREEN, VA 23939

Reds Chip @540
540 OAKLEY AVE
LYNCHBURG, VA 24501-3649

River 97 9 Fm @10486
P O BOX 10486
LYNCHBURG, VA 24506-0486

Rivertown Button @1400
1400 EVERMAN PARKWAY
FT WORTH, TX 76140-5006

Rochelle Fabrics @10018
526 SEVENTH AVE
NEW YORK, NY 10018-4800

Rose Computer Solutions @2840
P O BOX 2840
LYNCHBURG, VA 24505-2840

Scancorp @1840
1840 LEMOYNE AVE
SYRACUSE, NY 13208-1329

Schock Electric @108
108 PACOS STREET
LYNCHBURG, VA 24502-2843

Schott International @2850
2850 GILCHRIST ROAD
AKRON, OH 44305-4431

Seattle Textile @3434
3434 SECOND AVE
SEATTLE, WA 98134-2211

Service Group Self Insurance @201
201 CONCOURSE BLVD
GLEN ALLEN, VA 23059-5640

Shaw Creations @32
32 BRUNSWICK AVE
EDISON, NJ 08817-2578

Snug Z/Usa @5200
5200 S HIGHLAND DRIVE
SALT LAKE CITY, UT 84117-7057

Spartacus Transportation @17563
17563 S 71ST AVENUE
TINLEY PARK, IL 60477-3815

Spec-Guard @6364
P O BOX 6364
LYNNWOOD, WA 98036

Sprint @96028
P O BOX 96028
CHARLOTTE, NC 28296-0001

Staples @30292
P O BOX 30292
SALT LAKE CITY, UT 84130-0292

Star Pizza Box @2829
2829 BADGER ROAD
LAKELAND, FL 33811-1353

Sunbrand @100310
P O BOX 100310
ATLANTA, GA 30384-0001

Tradeshow Week @6340
P O BOX 6340
TORRANCE, CA 90504-0340

Tranter Graphic @8094
8094 N STATE ROAD
SYRACUSE, IN 46567

United Parcel Service @4980
P O BOX 4980
HAGERSTOWN, MD 21742-0980

United Parcel Service @5126
PO BOX 5126
TIMONIUM, MD 21094-5126

United States Cellular @371350
P O BOX 371350
PITTSBURGH, PA 15250

Us Trustee @280
280 FRANKLIN ROAD #806
ROANOKE, VA 24011

Va Dept of Taxation @2369
P O BOX 2369
RICHMOND, VA 23218-2369

Va Dept of Taxation @3033
3033 PETERS CREEK ROAD
ROANOKE, VA 24019-2743

Va Employment Commission @1358
PO BOX 1358
COLLECTIONS UNIT ROOM 344
RICHMOND, VA 23218-1358

Vdot @27264
P O BOX 27264
RICHMOND, VA 23261-7264

Viewmark Usa @365
365 BLAIR ROAD
AVENEL, NJ 07001-2231

Viking Office Products 92928
P O BOX 92928
LOS ANGELES, CA 90009

Virginia Dept Workers Comp @201
201 CONCOURSE BLV
GLEN ALLEN, VA 23059-5640

Virginia Power @26453
? O BOX 26453
RICHMOND, VA 23290-0001

Virginia Ts @2001
2001 ANCHOR AVE
PETERSBURG, VA 23803-2876

Wachovia @15515
P O BOX 15515
WILMINGTON, DE 19886-5515

```
(p)WACHOVIA BANK NA              Wallis, Bill @801              Webbing, Elizabeth @33002
MAC X2303-01A                    801 CHURCH STREET             P O BOX 33002
1 HOME CAMPUS                    LYNCHBURG, VA 24504-1521      CHARLOTTE, NC 28233-0001
1ST FLOOR
DES MOINES IA 50328-0001


Windjammer @95                   Wjjs @6440                    Wlni Radio @11798
95 N MAIN ST                     P O BOX 6440                  P O BOX 11798
BANGOR, PA 18013-1912            LYNCHBURG, VA  24505          LYNCHBURG, VA 24506-1798


Wood, J W @893                   Yafa @21306                   Ykk @10081
P O BOX 893                      21306 GAULT ST                P O BOX 10081
LYNCHBURG, VA 24505-0893         CANOGA PARK, CA 91303-2123    ATLANTA, GA 30384-0001


Z-Tex @4500                      Gary M Bowman                 W. Stephen Scott
4500 S KOLIN                     2728 Colonial Ave., Ste. 100  P. O. BOX 2737
CHICAGO, IL 60632-4459           Roanoke, VA 24015-3877        CHARLOTTESVILLE, VA 22902-2737
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Wachovia Bank @3099
ATTN:  DWIGHT POSTON, AVP
PO BOX 3099, NC-39076
WINSTON-SALEM, NC  27150
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
Martin Heating & Air Condg @5
RTE 5 BOX 682
APPOMATTOX, VA  24522
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Central Delivery Express @4222    (u)Clayton Robin              (u)Design Group
P O BOX 4222                                  ,                             ,
          ,
```

(u)Express Worldwide
,

(u)Heritage Corp
,

(u)Neal, William
,

(u)Smith, Clyde A
,

(u)Sweda/Cmi
,

(u)Top Brands
,

(u)Toppers
,

(u)Triwin International
,

(u)Uniflex
,

```
End of Label Matrix
Mailable recipients   161
Bypassed recipients    12
Total                 173
```

# Western District of Virginia
# Claims Register

<u>01-00307 United American Holdings, Inc</u> **Closed** 01/03/2002, **Converted** 09/06/2001

**Judge:** William E Anderson  **Chapter:** 7
**Office:** Lynchburg  **Last Date to file claims:**
**Trustee:** W. Stephen Scott  **Last Date to file (Govt):**

| Creditor: (1186922)<br>Wachovia Bank @3099<br>ATTN: DWIGHT POSTON, AVP<br>PO BOX 3099, NC-39076<br>WINSTON-SALEM, NC 27150 | Claim No: 1<br>*Original Filed<br>Date:* 02/07/2001<br>*Original Entered<br>Date:* 02/07/2001 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Gaye Robertson<br>*Modified:* 02/07/2001 |
|---|---|---|

| Amount | claimed: | $27249.82 | |
|---|---|---|---|
| Secured | claimed: | $27249.82 | |
| Priority | claimed: | $0.00 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $0.00 | |

| History: | | | |
|---|---|---|---|
| Details | 1-1 | 02/07/2001 | Claim #1 filed by Wachovia Bank @3099, Amount claimed: $27249.82 (Robertson, Gaye ) |

*Description:*

*Remarks:* (1-1) Converted from NIBS.

| Creditor: (1187073)<br>County of Appomattox @689<br>P O BOX 689<br>APPOMATTOX, VA 24522 | Claim No: 2<br>*Original Filed<br>Date:* 02/27/2001<br>*Original Entered<br>Date:* 02/28/2001 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Deborah Farmer<br>*Modified:* 02/28/2001 |
|---|---|---|

| Amount | claimed: | $3690.72 | |
|---|---|---|---|
| Secured | claimed: | $3690.72 | |
| Priority | claimed: | $0.00 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $0.00 | |

| History: | | | |
|---|---|---|---|
| Details | 2-1 | 02/27/2001 | Claim #2 filed by County of Appomattox @689, Amount claimed: $3690.72 (Farmer, Deborah ) |

*Description:*

*Remarks:* (2-1) Converted from NIBS.

| Creditor: (1187074)<br>Federal Express @2650<br>2650 THOUSAND OAKS BLVD STE | Claim No: 3<br>*Original Filed<br>Date:* 03/26/2001 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Lisa Tribble |
|---|---|---|

| 1180<br>MEMPHIS, TN 38118 | *Original Entered*<br>*Date:* 03/26/2001 | *Modified:* 03/26/2001 |
|---|---|---|

| Amount | claimed: | $2649.39 | |
|---|---|---|---|
| Secured | claimed: | $2565.93 | |
| Priority | claimed: | $0.00 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $83.46 | |

| *History:* | | | |
|---|---|---|---|
| Details | 3-1 | 03/26/2001 | Claim #3 filed by Federal Express @2650, Amount claimed: $2649.39 (Tribble, Lisa ) |

*Description:*

*Remarks:* (3-1) Converted from NIBS.

| *Creditor:* (1187075)<br>Mail Marketing Systems @8318<br>8318 SHERWICK COURT<br>JESSUP, MD 20794 | **Claim No: 4**<br>*Original Filed*<br>*Date:* 03/29/2001<br>*Original Entered*<br>*Date:* 03/29/2001 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Deborah Farmer<br>*Modified:* 03/29/2001 |
|---|---|---|

| Amount | claimed: | $2889.95 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $0.00 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $2889.95 | |

| *History:* | | | |
|---|---|---|---|
| Details | 4-1 | 03/29/2001 | Claim #4 filed by Mail Marketing Systems @8318, Amount claimed: $2889.95 (Farmer, Deborah ) |

*Description:*

*Remarks:* (4-1) Converted from NIBS.

| *Creditor:* (1187002)<br>Mail Marketing @8318<br>8318 SHERWICK COURT<br>JESUP, MD 20794 | **Claim No: 5**<br>*Original Filed*<br>*Date:* 03/22/2001<br>*Original Entered*<br>*Date:* 03/29/2001 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Retired Employee<br>*Modified:* 03/29/2001 |
|---|---|---|

| Amount | claimed: | $2889.95 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $0.00 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $2889.95 | |

| *History:* | | | |
|---|---|---|---|
| Details | 5-1 | 03/22/2001 | Claim #5 filed by Mail Marketing @8318, Amount claimed: $2889.95 (Employee, Retired ) |

Description:

Remarks: (5-1) Converted from NIBS.

| Creditor: (1187076)<br>Coats American @4135<br>4135 SOUTH STREAM BLVD<br>CHARLOTTE, NC 28217 | Claim No: 6<br>Original Filed<br>Date: 03/22/2001<br>Original Entered<br>Date: 03/29/2001 | Status:<br>Filed by: CR<br>Entered by: Retired Employee<br>Modified: 03/29/2001 |
|---|---|---|

| Amount | claimed: | $3237.09 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $0.00 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $3237.09 | |

History:

| Details | 6-1 | 03/22/2001 | Claim #6 filed by Coats American @4135, Amount claimed: $3237.09 (Employee, Retired ) |
|---|---|---|---|

Description:

Remarks: (6-1) Converted from NIBS.

| Creditor: (1187077)<br>Branch Banking & Trust @1847<br>BANKRUPTCY SECTION<br>PO BOX 1847<br>WILSON, NC 27894-1847 | Claim No: 7<br>Original Filed<br>Date: 04/13/2001<br>Original Entered<br>Date: 04/13/2001 | Status:<br>Filed by: CR<br>Entered by: Retired Employee<br>Modified: 04/13/2001 |
|---|---|---|

| Amount | claimed: | $229778.72 | |
|---|---|---|---|
| Secured | claimed: | $229778.72 | |
| Priority | claimed: | $0.00 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $0.00 | |

History:

| Details | 7-1 | 04/13/2001 | Claim #7 filed by Branch Banking & Trust @1847, Amount claimed: $229778.72 (Employee, Retired ) |
|---|---|---|---|

Description:

Remarks: (7-1) Converted from NIBS.

| Creditor: (1187078)<br>United Parcel Service @5126<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim No: 8<br>Original Filed<br>Date: 04/20/2001<br>Original Entered<br>Date: 04/20/2001 | Status:<br>Filed by: CR<br>Entered by: Retired Employee<br>Modified: 04/20/2001 |
|---|---|---|

| Amount | claimed: | $44406.44 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $0.00 | |

Case 6:14-cv-00005-NKM-RSB   Document 27-6   Filed 10/02/14   Page 20 of 144   Pageid#: 345

| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $44406.44 | |

**History:**

| Details | 8-1 | 04/20/2001 | Claim #8 filed by United Parcel Service @5126, Amount claimed: $44406.44 (Employee, Retired ) |

Description:

Remarks: (8-1) Converted from NIBS.

---

| Creditor: (1187079)<br>Horizon One @3365<br>3365 E FLAMINGO SUITE 5<br>ATTN: BRENT WILLIS<br>LAS VEGAS, NV 89121 | **Claim No: 9**<br>Original Filed<br>Date: 05/15/2001<br>Original Entered<br>Date: 05/15/2001 | Status:<br>Filed by: CR<br>Entered by: Retired Employee<br>Modified: 05/15/2001 |

| Amount | claimed: | $2445.75 | |
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $0.00 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $2445.75 | |

**History:**

| Details | 9-1 | 05/15/2001 | Claim #9 filed by Horizon One @3365, Amount claimed: $2445.75 (Employee, Retired ) |

Description:

Remarks: (9-1) Converted from NIBS.

---

| Creditor: (1186974)<br>Estes Express Lines @25612<br>P O BOX 25612<br>RICHMOND, VA 23260 | **Claim No: 10**<br>Original Filed<br>Date: 05/17/2001<br>Original Entered<br>Date: 05/17/2001 | Status:<br>Filed by: CR<br>Entered by: Retired Employee<br>Modified: 05/17/2001 |

| Amount | claimed: | $5590.92 | |
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $0.00 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $5590.92 | |

**History:**

| Details | 10-1 | 05/17/2001 | Claim #10 filed by Estes Express Lines @25612, Amount claimed: $5590.92 (Employee, Retired ) |

Description:

Remarks: (10-1) Converted from NIBS.

---

| Creditor: (1187080)<br>American Electric Power @2021<br>PO BOX 2021 | **Claim No: 11**<br>Original Filed<br>Date: 06/21/2001 | Status:<br>Filed by: CR<br>Entered by: Retired Employee |

Case 6:14-cv-00005-NKM-RSB   Document 27-6   Filed 10/02/14   Page 21 of 144   Pageid#: 346

| ATTN: G T HOLLAND<br>ROANOKE, VA 24022-2121 | | *Original Entered*<br>*Date:* 06/21/2001 | Modified: 06/21/2001 |

| Amount | claimed: | $885.62 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $0.00 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $885.62 | |

*History:*

| Details | 11-1 | 06/21/2001 | Claim #11 filed by American Electric Power @2021, Amount claimed: $885.62 (Employee, Retired ) |

*Description:*

*Remarks:* (11-1) Converted from NIBS.

| *Creditor:* (1187081)<br>Harmony Art Ltd @4301<br>43-01 21ST<br>LONG ISLAND CIT, NY 11101 | **Claim No: 12**<br>*Original Filed*<br>*Date:* 06/26/2001<br>*Original Entered*<br>*Date:* 06/26/2001 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Retired Employee<br>*Modified:* 06/26/2001 |

| Amount | claimed: | $1439.48 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $0.00 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $1439.48 | |

*History:*

| Details | 12-1 | 06/26/2001 | Claim #12 filed by Harmony Art Ltd @4301, Amount claimed: $1439.48 (Employee, Retired ) |

*Description:*

*Remarks:* (12-1) Converted from NIBS.

| *Creditor:* (1187083)<br>Va Employment Commission @1358<br>PO BOX 1358<br>COLLECTIONS UNIT ROOM 344<br>RICHMOND, VA 23218-1358 | **Claim No: 13**<br>*Original Filed*<br>*Date:* 07/02/2001<br>*Original Entered*<br>*Date:* 07/02/2001 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Retired Employee<br>*Modified:* 07/02/2001 |

| Amount | claimed: | $149.53 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $149.53 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $0.00 | |

*History:*

| Details | 13-1 | 07/02/2001 | Claim #13 filed by Va Employment Commission @1358, Amount claimed: $149.53 (Employee, Retired ) |

| Description: | | |

Remarks: (13-1) Converted from NIBS.

---

| Creditor: (1186918)<br>Irs @10025<br>SPECIAL PROCEDURES<br>P 0 BOX 10025<br>RICHMOND, VA 23240 | Claim No: 14<br>Original Filed<br>Date: 07/02/2001<br>Original Entered<br>Date: 07/02/2001 | Status:<br>Filed by: CR<br>Entered by: Retired Employee<br>Modified: 07/02/2001 |

| Amount | claimed: | $403089.80 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $403089.80 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $0.00 | |

History:

| Details | 14-1 | 07/02/2001 | Claim #14 filed by Irs @10025, Amount claimed: $403089.80 (Employee, Retired ) |

Description:

Remarks: (14-1) Converted from NIBS.

---

| Creditor: (1187030)<br>Schott International @2850<br>2850 GILCHRIST ROAD<br>AKRON, OH 44305 | Claim No: 15<br>Original Filed<br>Date: 07/16/2001<br>Original Entered<br>Date: 07/16/2001 | Status:<br>Filed by: CR<br>Entered by: Retired Employee<br>Modified: 07/16/2001 |

| Amount | claimed: | $4307.87 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $0.00 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $4307.87 | |

History:

| Details | 15-1 | 07/16/2001 | Claim #15 filed by Schott International @2850, Amount claimed: $4307.87 (Employee, Retired ) |

Description:

Remarks: (15-1) Converted from NIBS.

---

| Creditor: (1186918)<br>Irs @10025<br>SPECIAL PROCEDURES<br>P 0 BOX 10025<br>RICHMOND, VA 23240 | Claim No: 16<br>Original Filed<br>Date: 07/30/2001<br>Original Entered<br>Date: 07/31/2001 | Status:<br>Filed by: CR<br>Entered by: Retired Employee<br>Modified: 07/31/2001 |

| Amount | claimed: | $405154.90 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $327269.46 | |

Case 6:14-cv-00005-NKM-RSB   Document 27-6   Filed 10/02/14   Page 23 of 144   Pageid#: 348

| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $77885.44 | |

| History: | | | |
|---|---|---|---|
| Details | 16-1 | 07/30/2001 | Claim #16 filed by Irs @10025, Amount claimed: $405154.90 (Employee, Retired ) |

| Description: |
|---|

| Remarks: (16-1) Converted from NIBS. |
|---|

---

| Creditor: (1187084)<br>Us Trustee @280<br>280 FRANKLIN ROAD #806<br>ROANOKE, VA 24011-2212 | Claim No: 17<br>Original Filed<br>Date: 09/17/2001<br>Original Entered<br>Date: 09/20/2001 | Status:<br>Filed by: CR<br>Entered by: Deborah Farmer<br>Modified: 09/20/2001 |
|---|---|---|

| Amount | claimed: | $750.00 | |
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $750.00 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $0.00 | |

| History: | | | |
|---|---|---|---|
| Details | 17-1 | 09/17/2001 | Claim #17 filed by Us Trustee @280, Amount claimed: $750.00 (Farmer, Deborah ) |

| Description: |
|---|

| Remarks: (17-1) Converted from NIBS. |
|---|

---

| Creditor: (1187023)<br>Ranson Electric @175<br>P O BOX 17S<br>EVERGREEN, VA 23939 | Claim No: 18<br>Original Filed<br>Date: 09/20/2001<br>Original Entered<br>Date: 09/20/2001 | Status:<br>Filed by: CR<br>Entered by: Retired Employee<br>Modified: 09/20/2001 |
|---|---|---|

| Amount | claimed: | $106.00 | |
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $106.00 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $0.00 | |

| History: | | | |
|---|---|---|---|
| Details | 18-1 | 09/20/2001 | Claim #18 filed by Ranson Electric @175, Amount claimed: $106.00 (Employee, Retired ) |

| Description: |
|---|

| Remarks: (18-1) Converted from NIBS. |
|---|

---

| Creditor: (1187085)<br>Douglas Publications @2807<br>2807 N PARHAM ROAD SUITE 200 | Claim No: 19<br>Original Filed<br>Date: 10/03/2001 | Status:<br>Filed by: CR<br>Entered by: Retired Employee |
|---|---|---|

ATTN: JAMES E HARIS
RICHMOND, VA 23294

*Original Entered Date:* 10/03/2001

*Modified:* 10/03/2001

| | | |
|---|---|---|
| Amount | claimed: | $1097.83 |
| Secured | claimed: | $0.00 |
| Priority | claimed: | $0.00 |
| Unknown | claimed: | $0.00 |
| Unsecured | claimed: | $1097.83 |

*History:*

| Details | 19-1 | 10/03/2001 | Claim #19 filed by Douglas Publications @2807, Amount claimed: $1097.83 (Employee, Retired ) |
|---|---|---|---|

*Description:*

*Remarks:* (19-1) Converted from NIBS.

---

*Creditor:*        (1186952)
Central Transport Intl @80
P O BOX 80
WARREN, MI 48090

**Claim No: 20**
*Original Filed Date:* 10/15/2001
*Original Entered Date:* 10/15/2001

*Status:*
*Filed by:* CR
*Entered by:* Retired Employee
*Modified:* 10/15/2001

| | | |
|---|---|---|
| Amount | claimed: | $235.31 |
| Secured | claimed: | $0.00 |
| Priority | claimed: | $0.00 |
| Unknown | claimed: | $0.00 |
| Unsecured | claimed: | $235.31 |

*History:*

| Details | 20-1 | 10/15/2001 | Claim #20 filed by Central Transport Intl @80, Amount claimed: $235.31 (Employee, Retired ) |
|---|---|---|---|

*Description:*

*Remarks:* (20-1) Converted from NIBS.

---

*Creditor:*        (1187086)
Columbia Gas of Virginia @200
200 CIVIC CENTER DR 8TH FLOOR
COLUMBUS, OH 43215

**Claim No: 21**
*Original Filed Date:* 10/26/2001
*Original Entered Date:* 10/26/2001

*Status:*
*Filed by:* CR
*Entered by:* Retired Employee
*Modified:* 10/26/2001

| | | |
|---|---|---|
| Amount | claimed: | $80.37 |
| Secured | claimed: | $0.00 |
| Priority | claimed: | $0.00 |
| Unknown | claimed: | $0.00 |
| Unsecured | claimed: | $80.37 |

*History:*

| Details | 21-1 | 10/26/2001 | Claim #21 filed by Columbia Gas of Virginia @200, Amount claimed: $80.37 (Employee, Retired ) |
|---|---|---|---|

Description:

Remarks: (21-1) Converted from NIBS.

| Creditor: (1187079)<br>Horizon One @3365<br>3365 E FLAMINGO SUITE 5<br>ATTN: BRENT WILLIS<br>LAS VEGAS, NV 89121 | Claim No: 22<br>Original Filed<br>Date: 10/30/2001<br>Original Entered<br>Date: 11/02/2001 | Status:<br>Filed by: CR<br>Entered by: Retired Employee<br>Modified: 11/02/2001 |
|---|---|---|

| Amount | claimed: | $2445.75 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $0.00 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $2445.75 | |

History:

| Details | 22-1 | 10/30/2001 | Claim #22 filed by Horizon One @3365, Amount claimed: $2445.75 (Employee, Retired ) |
|---|---|---|---|

Description:

Remarks: (22-1) Converted from NIBS.

| Creditor: (1187079)<br>Horizon One @3365<br>3365 E FLAMINGO SUITE 5<br>ATTN: BRENT WILLIS<br>LAS VEGAS, NV 89121 | Claim No: 23<br>Original Filed<br>Date: 10/30/2001<br>Original Entered<br>Date: 11/02/2001 | Status:<br>Filed by: CR<br>Entered by: Retired Employee<br>Modified: 11/02/2001 |
|---|---|---|

| Amount | claimed: | $2445.75 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $0.00 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $2445.75 | |

History:

| Details | 23-1 | 10/30/2001 | Claim #23 filed by Horizon One @3365, Amount claimed: $2445.75 (Employee, Retired ) |
|---|---|---|---|

Description:

Remarks: (23-1) Converted from NIBS.

| Creditor: (1187047)<br>River 97 9 Fm @10486<br>P 0 BOX 10486<br>LYNCHBURG, VA 24506 | Claim No: 24<br>Original Filed<br>Date: 11/13/2001<br>Original Entered<br>Date: 11/14/2001 | Status:<br>Filed by: CR<br>Entered by: Retired Employee<br>Modified: 11/14/2001 |
|---|---|---|

| Amount | claimed: | $1738.68 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $0.00 | |

| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $1738.68 | |

| History: | | | |
|---|---|---|---|
| Details | 24-1 | 11/13/2001 | Claim #24 filed by River 97 9 Fm @10486, Amount claimed: $1738.68 (Employee, Retired ) |

| Description: |
|---|
| Remarks: (24-1) Converted from NIBS. |

---

| Creditor: (1186918)<br>Irs @10025<br>SPECIAL PROCEDURES<br>P 0 BOX 10025<br>RICHMOND, VA 23240 | Claim No: 25<br>Original Filed<br>Date: 12/17/2001<br>Original Entered<br>Date: 12/17/2001 | Status:<br>Filed by: CR<br>Entered by: Retired Employee<br>Modified: 12/17/2001 |
|---|---|---|

| Amount | claimed: | $405152.90 | |
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $327267.46 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $77885.44 | |

| History: | | | |
|---|---|---|---|
| Details | 25-1 | 12/17/2001 | Claim #25 filed by Irs @10025, Amount claimed: $405152.90 (Employee, Retired ) |

| Description: |
|---|
| Remarks: (25-1) Converted from NIBS. |

---

| Creditor: (1186918)<br>Irs @10025<br>SPECIAL PROCEDURES<br>P 0 BOX 10025<br>RICHMOND, VA 23240 | Claim No: 26<br>Original Filed<br>Date: 12/17/2001<br>Original Entered<br>Date: 12/17/2001 | Status:<br>Filed by: CR<br>Entered by: Retired Employee<br>Modified: 12/17/2001 |
|---|---|---|

| Amount | claimed: | $105798.92 | |
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $105798.92 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $0.00 | |

| History: | | | |
|---|---|---|---|
| Details | 26-1 | 12/17/2001 | Claim #26 filed by Irs @10025, Amount claimed: $105798.92 (Employee, Retired ) |

| Description: |
|---|
| Remarks: (26-1) Converted from NIBS. |

## Claims Register Summary

**Case Name:** United American Holdings, Inc

**Case Number:** 01-00307
**Chapter:** 7
**Date Filed:** 01/29/2001
**Total Number Of Claims:** 26

| | |
|---|---|
| **Total Amount Claimed*** | $1659707.46 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $263285.19 | |
| **Priority** | $1164431.17 | |
| **Administrative** | $0.00 | |

Case 6:14-cv-00005-NKM-RSB   Document 27-6   Filed 10/02/14   Page 28 of 144   Pageid#: 353



UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT

MAR 5

BY _____
DEPUTY CLERK

Lynchburg Division

| In re: | Chapter 11 |
|---|---|
| UNITED AMERICAN HOLDINGS, INC., | Case No. 01-00307 |
| Debtor. | |

APPLICATION FOR APPOINTMENT OF ATTORNEY

COMES NOW the undersigned, the debtor-in-possession, in the above-captioned case. The undersigned represents the following:

1. This case was commenced by petition filed in the United States Bankruptcy Court for the Western District of Virginia, and it is necessary to employ an attorney or professional person.

2. The specific facts necessary for the employment of an attorney or professional person are set forth below: the debtor corporation cannot be a debtor in this case without counsel, and the corporation must, therefore, employ counsel.

3. The reasons for the selection of the person to be employed are: Gary M. Bowman is an experienced bankruptcy counsel with whom the President of the corporation is comfortable working.

4. For the foregoing reasons the undersigned desires to employ: Gary M. Bowman.

5. The normal hourly billing rates of said person to be employed range as set forth: $ 150.00 per hour.

1

6. If this case is a case under Chapter 7, to the best of applicant's knowledge the fees and expenses reasonably estimated to perform the above services will be $ 25,000.00 (fees/commissions) and $ 1000.00 (expenses).

7. Not applicable.

8. To the best of applicant's knowledge, all of the connections of the person to be employed with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee are set forth below: (X) None.

9. Applicant has advised the person to be employed of the potential limitations of compensation pursuant to 11 U.S.C. § 328.

10. A true copy of this application was served on the U.S. Trustee. If immediate employment authorization is necessary the U.S. Trustee has waived the 10 day notice by endorsement of the order of employment.

WHEREFORE, applicant prays for approval of the employment of the above named person with compensation and expenses to be paid as an administrative expense in such amounts as this court may hereinafter determine and allow.

Dated: February 23, 2001

_____
Applicant

William Wallis, President
United American Holdings, Inc.

VERIFIED STATEMENT OF PERSON TO BE EMPLOYED

2

I, the undersigned, declare that I do not hold any interest adverse to the estate, and I am a disinterested person as defined in 11 U.S.C. § 101. All of my connections with the debtor, creditors, parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee are set forth below: None. Further, I am aware of the potential compensation limitations set forth in 11 U.S.C. § 328.

DECLARED under penalty of perjury this 23d day of February 2001.



Gary M. Bowman

Gary M. Bowman, Esq.
VSB No. 28866
204 S. Jefferson St., 12th Floor
Roanoke, Virginia 24011

## CERTIFICATE OF SERVICE

I, Gary M. Bowman, do hereby certify that a true and correct copy of this Application was mailed to the United States Trustee on March 2, 2001.

GARY M. BOWMAN

## ORDER

This Court has considered the foregoing application to employ, and the verified statement of the person to be employed in support thereof. It appears that said person is a disinterested person; that all connections required to be

3

disclosed, if any, have been disclosed; and that the employment of said person is in the best interest of this estate. Therefore, it is

O R D E R E D

that the employment of said person designated in the application set forth on the reverse side of this Order is authorized.  It is further Ordered that the employment is authorized under the terms and conditions set forth in said application, with compensation and expenses to be paid in such amounts as may be allowed by this Court upon proper application or applications submitted.

Copies of this Order are to be served upon the Debtor, Counsel the Debtor, and U.S. Trustee.

Dated: _3- /4- 0 /_

_____
Judge

4

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Lynchburg Division

| | |
|---|---|
| In re:<br><br>UNITED AMERICAN HOLDINGS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 01-00307 |

## DISCLOSURE STATEMENT

COMES NOW the debtor, by counsel, who submits this Amended Disclosure Statement, pursuant to 11 U.S.C. § 1125(b).

### I. Introduction

This Disclosure Statement is submitted by United American Holdings, Inc. pursuant to 11 U.S.C. § 1125. The purpose of this Disclosure Statement is to divulge adequate information to the holders of claims or interests in this matter so that they may make an informed judgment about the Plan of Reorganization which has been filed, together with this Disclosure Statement, with the Bankruptcy Court. After notice and a hearing, the court will determine if this Disclosure Statement contains adequate information upon which the holders of claims or interests will be able to make an informed judgment about the Plan. All creditors and interested persons should carefully inspect the contents of this Disclosure Statement and the Plan which accompanies it.

### II. HISTORY.

United American Holdings, Inc. was founded as an S Corporation in 1993. The two founders, William L Wallis and Robert Nitti, have been the only shareholders of the corporation since it's inception. They both have Bachelor of Arts degrees from Lynchburg College in Economics and Business Management, Starting directly out of college, the company was started with virtually no first stage financing. Mr. Wallis and Mr. Nitti both contributed $500 each to start the company. Their vision for long-term growth prompted them to retain all

1

profits for future growth. Despite growing the company to a nearly $2 million per year operation, the owners maintained below average salaries which never exceeded $36,000 per year.

The company was created to supply screen-printed tote bags to association conventions and corporate tradeshows. The company marketed bags to this niche market from 1993 to 1996. During that period, the company was purchasing the bags from a manufacturer and reselling them to their customers. The company's sales increased nearly 200% per year. By 1996, the company's sales surpassed $ 1.5 million, producing profits of 10+ %.

Sensing the emergence of further sales growth, the management decided to vertically integrate its operations and begin manufacturing the products it was currently outsourcing. The motivation for this change was to increase margins of its current product line, but more importantly to control production and insure timely delivery of its products.

In 1997, United American purchased an old textile manufacturing facility in Appomattox, Virginia and began its own bag manufacturing. The company convinced a local screen printing company to move into the rear of the building and to rent production space. That company screen-printed all of the bags that United American produced and was extremely flexible with their schedule to accommodate United American's printing needs. At that point., United American was poised to expand its sales rapidly and control the growth through its own production.

Management quickly became aware of the problem that would stifle the company for the next four years. In late 1997, after expanding its monthly fixed costs to service its new manufacturing infrastructure, it became apparent that the niche market the company was operating in was hot large enough to sustain the entire manufacturing operation. The company began immediately transforming itself from a Manufacturer-to-Consumer operation to a Manufacturer-to-Distributor--Consumer operation. The transition created a trade-off of lower gross margins in exchange for the potential of the higher volumes needed to operate the facility profitably.

2

However, the company incurred a massive loss in that would restrict the cash flow for years to come. Minimal operating profits in future years could not offset the previous heavy loss. United American began losing credit terms with suppliers which increased the strain on cash flow to the point at which it could no longer meet its current obligations.

In 2000, the company elected to drastically reduce its operations. The management chose to outsource all marketing efforts to an outside firm and concentrate solely on manufacturing. As a strategic planning initiative, the management enacted a streamlined cut and sew facility that operated on contract labor only. This would permit the company to have its customers supply all of the raw materials needed for the manufacturing process and bill customers for labor only.

By the end of the year 2000, the company had managed to shed over 30% of its monthly fixed costs, but its sales had dropped to just under $ 1 million. This was not enough revenue to maintain its operation and continue to pay past debts. In the first quarter of 2001, the management decided that the company must enter Chapter 11 bankruptcy to restructure its debt and formulate a plan of recovery.

United American Holdings, Inc. also own one subsidiary, a small chain of pizza restaurants that were also started in 1993. The venture, Nitti Family Enterprises, Inc., began as a very simple operation that provided some cyclical profit diversification for United American Holdings, Inc. However, as the operation grew, the two owners were unable to properly manage both operations. Furthermore, as the economy began soaring in the mid-1990s, it became virtually impossible to fill management positions in the restaurants and sales began to quickly diminish. Several key managers were prosecuted and convicted of theft and the restaurants became encumbered with massive debt and heavy losses. As part of its strategic planning initiative, management chose to exit the restaurant business in the early part of 2000 and focus solely on its cut and sew operations.

3

THE PLAN SHALL BE A LEGALLY BINDING ARRANGEMENT AND SHOULD BE READ IN ITS ENTIRETY; RELIANCE SHOULD NOT BE PLACED UPON THIS SUMMARY OF THE PLAN. BANKRUPTCY COURT APPROVAL OF THE DISCLOSURE STATEMENT IS NOT A DECISION BY THE COURT ON THE MERITS OF THE PLAN.

### Liquidation Analysis.

Class I. The treatment of the tax creditors is preferable to liquidation because they will receive payment of the full value of their claims and the tax creditors would receive nothing if the debtor is liquidated.

Class II. The treatment of the unsecured creditors is preferable to liquidation because they will receive a five percent dividend on their claims, while they would receive nothing if the debtor is liquidated.

Class III. Class III is not impaired.

Class IV. Class IV will receive more than she it would receive in a liquidation because it will receive its collateral without the expense of liquidation.

### E. Administrative Expenses.

The administrative expenses to be paid in this case are attorney's fees to Gary M. Bowman, Counsel for the Debtor. Counsel estimates that such fees will be approximately $ 5,000.00.

### F. U.S. Trustee Fees.

The debtor will pay fees to the U.S. Trustee as required.

### G. Voting.

The creditor in Classes I, II and III, which are impaired under the plan, may accept or reject the plan. Creditors in Classes I and II will be deemed to have accepted the plan if the plan has been accepted by creditors that hold at least two-thirds in amount and more than one-half in number of the allowed claims of the class. Ballots should be sent to Gary M. Bowman, Esq., 204 S. Jefferson St., 12th Floor, Roanoke, Virginia 24011 by the deadline established by the Court.

5

Respectfully Submitted,

UNITED AMERICAN HOLDINGS, INC.

By: _____

Gary M. Bowman, Esq.
VSB No. 28866
204 S. Jefferson St., 12th Floor
Roanoke, Virginia  24011

6

ENTERED AND FILED
........ DIST. VIRGINIA

JUN AUG 10 A 9 43

JOHN WL. CRAIG IL. CLK
U.S. BANKRUPTCY COURT
BY_____
DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:                                )
                                      )
    UNITED AMERICAN HOLDINGS, INC.    ) CHAPTER 11
                                      )
        DEBTOR.                       ) CASE NO. 6-01-00307-WA1-11

OBJECTION TO DEBTOR'S PLAN OF REORGANIZATION

COMES NOW the United States of America, by and through its undersigned attorneys, on behalf of the Internal Revenue Service ("the Service"), and objects to confirmation of the debtor's plan of reorganization. In support thereof, the United States submits:

1. The Service has claims against the debtor for pre-petition taxes totaling $405,154.90, as set forth on its amended proof of claim dated July 27, 2001. Of this amount, $327,269.46 is classified as a claim entitled to priority under 11 U.S.C. § 507(a)(8), and $77,885.44 is classified as a general unsecured claim. A copy of the proof of claim dated July 27, 2001 is attached hereto as Exhibit A.

2. The plan does not provide for the payment of interest on priority tax claims. Pursuant to 11 U.S.C. § 1129(a)(9)(C), the plan must provide for interest so that the Service receives the present value of its priority tax claim as of the effective date of the plan. The rate of interest provided should be the rate established under I.R.C. §§ 6621 and 6622. In re Architectural Design, Inc., 59 B.R. 1019 (W.D. Va. 1986).

3. The Service's claim is partly estimated because the debtor has failed to file the following tax returns:

| Form | Period |
|------|--------|
| 941  | 03/31/01 |
| 1120 | 12/31/99 |
| 1120 | 12/31/00 |

The debtor should not be allowed to reschedule payment of its federal tax debts while simultaneously disregarding its lawful obligation to file tax returns and apprise the Service on appropriate forms, signed under penalties of perjury, of its true tax liabilities. Moreover, until the delinquent returns are filed, it cannot be determined if the plan is feasible as required by 11 U.S.C. § 1129(a)(11).

For the above reasons, the United States, Internal Revenue Service, objects to confirmation of the debtor's proposed plan of reorganization.

Respectfully submitted,

RUTH E. PLAGENHOEF
United States Attorney

By: _____
Thomas L. Eckert
Assistant United States Attorney
Western District of Virginia
Post Office Box 1709
Roanoke, Virginia 24008-1709
Telephone (540) 857-2761

2

FORM B10 (Official Form 10) (4/01)

| UNITED STATES BANKRUPTCY COURT ___ WESTERN ___ DISTRICT OF ___ VA ___ | PROOF OF CLAIM |
|---|---|

| Name of Debtor    UNITED AMERICAN HOLDINGS, INC<br>DBA:NITTI FAMILY ENTERPRISES | Case Number<br>01-00307-WEA |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or entity to whom the debtor owes money or property):<br><br>Department of the Treasury - Internal Revenue Service | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and addresses where notices should be sent:<br>Internal Revenue Service<br>P.O. Box 10025<br>Stop ROOM 898<br>Richmond, VA 23240<br>Telephone number: (804) 916-8061    Creditor #: | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court.<br><br>THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which creditor identifies debtor:<br><br>   see attachment | Check here ☐ replaces<br>if this claim ☒ amends   a previously filed claim, dated: 06/29/2001 |
|---|---|

**1. Basis for Claim**

- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☒ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)

  Your SS #: _____ _____ _____

  Unpaid compensation for services performed

  from _____ to _____
  (date)      (date)

**2. Date debt was incurred:**    see attachment

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**    $ ___ 405,154.90 ___

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:

☐ Real Estate    ☐ Motor Vehicle
☐ Other_____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**

☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $327,269.46
Specify the priority of the claim:

- ☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☒ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits:** The amount of all payments on this proof of claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date<br>07/27/2001 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>*Loretta Callahan*      Insolvency ~~Manager~~/Specialist | GOVERNMENT<br>EXHIBIT<br>A |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**Form 10**
Attachment

Docket Number

01-00307-WEA

Type of Bankruptcy Case

Chapter 11

Date of Petition

01/29/2001

In the Matter of: UNITED AMERICAN HOLDINGS, INC
DBA:NITTI FAMILY ENTERPRISES
DBA:UNITED AMERICAN MANUFACTURING
318 E CONFEDERATE BOULEVARD
APPOMATTOX, VA 24522

Amendment No. 1 to Proof of Claim dated 06/29/2001

This claim is not subject to any setoff or counterclaim.

## Unsecured Priority Claims under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| 54-1645246 | WT-FICA | 09/30/1998 | 12/21/1998 | $7,700.16 | $1,929.79 |
| 54-1748094 | WT-FICA | 09/30/1998 | 12/14/1998 | $0.00 | $0.00 |
| 54-1645246 | WT-FICA | 12/31/1998 | 04/05/1999 | $16,296.30 | $2,947.20 |
| 54-1645246 | FUTA | 12/31/1998 | 2 UNASSESSED LIABILITY | $139.90 | $25.31 |
| 54-1645246 | WT-FICA | 03/31/1999 | 09/06/1999 | $28,279.93 | $4,522.34 |
| 54-1748094 | WT-FICA | 03/31/1999 | 09/13/1999 | $15,017.93 | $2,401.53 |
| 54-1645246 | WT-FICA | 06/30/1999 | 09/13/1999 | $31,815.58 | $4,351.15 |
| 54-1748094 | WT-FICA | 06/30/1999 | 09/13/1999 | $18,717.25 | $2,559.81 |
| 54-1645246 | WT-FICA | 09/30/1999 | 02/07/2000 | $10,097.40 | $1,151.81 |
| 54-1748094 | WT-FICA | 09/30/1999 | 02/07/2000 | $13,746.74 | $1,568.12 |
| 54-1645246 | CORP-INC | 12/31/1999 | 1 RETURN NOT FILED | $1.00 | $0.00 |
| 54-1645246 | FUTA | 12/31/1999 | 02/28/2000 | $907.40 | $134.86 |
| 54-1748094 | FUTA | 12/31/1999 | 02/21/2000 | $1,486.57 | $136.54 |
| 54-1645246 | WT-FICA | 03/31/2000 | 06/25/2001 | $6,946.99 | $484.28 |
| 54-1748094 | WT-FICA | 03/31/2000 | 06/25/2001 | $3,634.37 | $253.35 |
| 54-1645246 | WT-FICA | 06/30/2000 | 2 UNASSESSED LIABILITY | $39,461.95 | $1,806.78 |
| 54-1645246 | WT-FICA | 09/30/2000 | 06/25/2001 | $23,300.29 | $521.82 |
| 54-1645246 | WT-FICA | 12/31/2000 | 2 UNASSESSED LIABILITY | $34,361.42 | $0.00 |
| 54-1645246 | CORP-INC | 12/31/2000 | 1 RETURN NOT FILED | $1.00 | $0.00 |
| 54-1645246 | FUTA | 12/31/2000 | 2 UNASSESSED LIABILITY | $13,573.79 | $0.00 |
| 54-1748094 | FUTA | 12/31/2000 | 07/16/2001 | $1,877.38 | $0.00 |
| 54-1645246 | WT-FICA | 03/31/2001 | 1 RETURN NOT FILED | $35,111.42 | $0.00 |
| | | | | $302,474.77 | $24,794.69 |

**Total Amount of Unsecured Priority Claims:** $327,269.46

## Unsecured General Claims

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . . . . $77,885.44

**Total Amount of Unsecured General Claims:** $77,885.44

1 ESTIMATED TAX CLAIMS HAVE BEEN FILED BECAUSE THE DEBTOR HAS FAILED TO FILE THE RETURN(S) FOR THE ESTIMATED PERIODS. AS SOON AS THE DEBTOR FILES THE RETURN(S) WITH THE I.R.S. AS REQUIRED BY LAW, THIS CLAIM WILL BE ADJUSTED AS NECESSARY.

2 RETURN FILED BUT NOT YET ASSESSED.

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused copies of the foregoing OBJECTION TO DEBTOR'S PLAN OF REORGANIZATION to be mailed on August 9, 2001, by first-class mail, postage prepaid, to the following parties:

Debtor:

    United American Holdings, Inc.
    318 E. Confederate Blvd.
    Appomattox, VA 24522

Debtor's Attorney:

    Gary M. Bowman, Esq.
    204 S. Jefferson Street, 12th Floor
    Roanoke, VA 24011-1702

Trustee:

    Julie L. Gregory, Esq.
    Assistant United States Trustee
    280 Franklin Road, S.W. #806
    Roanoke, VA 24011-2212

Thomas L. Eckert
Assistant United States Attorney



**U.S. Department of Justice**

*United States Attorney*
*Western District of Virginia*

---

*Ruth E. Plagenhoef*
*United States Attorney*

*Thomas L. Eckert*
*Assistant United States Attorney*
*Telephone: (540) 857-2761*

*Thomas B. Mason Building*          *Mailing Address*
*105 Franklin Road, S.W., Suite One*   *Post Office Box 1709*
*Roanoke, Virginia 24011-2305*      *Roanoke, Virginia 24008-1709*
                    *Telephone: (540) 857-2250*
                       *Fax: (540) 857-2283*

August 9, 2001

John W. L. Craig, II
Clerk, United States Bankruptcy Court
Post Office Box 6400
Lynchburg, VA 24505-6400

     Re:  United American Holdings, Inc., Debtor
           Bankruptcy Case No. 01-00307-WA1-11
           U.S. Attorney No. 2001V00412

Dear Mr. Craig:

    Please find enclosed for filing in the referenced case an
OBJECTION TO DEBTOR'S PLAN OF REORGANIATION.

    Thank you for your assistance in this matter.

                Very truly yours,

                RUTH E. PLAGENHOEF
                United States Attorney

                Thomas L. Eckert
                Assistant United States Attorney

daa

Enclosures

cc:  United American Holdings, Inc.
     Gary M. Bowman, Esq.
     U.S. Trustee's Office
     Internal Revenue Service
     (CC:SB:2:RCH:GL-136747-01)

# MISCELLANEOUS COURT PROCEEDING MEMO

DATE: 08-16-01 (Continued)
TIME: 10:00 A.M.
CASE # 6-01-00307-WA1-11
DOCKET # 29
IN RE: UNITED AMERICAN HOLDINGS, INC. PRESENT ✓
COUNSEL FOR DEBTOR(S): BOWMAN PRESENT: ✓
TRUSTEE: UST PRESENT: ✓

TYPE OF HEARING: CONTINUED SHOW CAUSE HEARING ON U S TRUSTEE'S MOTION TO CONVERT

OR DISMISS

OTHER PARTIES IN INTEREST:

| CREDITOR: | COUNSEL FOR CREDITOR: | YES | NO |
|-----------|----------------------|-----|-----|
|           |                      |     |     |

NOTES OF PROCEEDING

RULING: Case to be converted

ORDER SUBMITTED IN COURT: _____ TO SUBMIT ORDER WITHIN 15 DAYS Bowin
CONTINUED FOR ORDER TO BE SUBMITTED TO: _____ AT _____
DECISION WITHHELD _____ BRIEFING SCHEDULE: _____

FOR THE COURT:
WILLIAM E. ANDERSON, U. S. BANKRUPTCY JUDGE
KIMBERLE M HACKETT, LAW CLERK
EVANS & CO., COURT REPORTERS (804) 239-2552
BARBARA D. OKES, COURTROOM DEPUTY

*NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM. THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD. THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.

#5

## MISCELLANEOUS COURT PROCEEDING MEMO

DATE: 08/16/01
TIME:         10:00 a.m.
CASE #       6-01-00307-WA1-11
DOCKET #    47
IN RE:        UNITED AMERICAN HOLDINGS, INC.    PRESENT ✓
COUNSEL FOR DEBTOR(S):  BOWMAN           PRESENT: ✓
TRUSTEE:    UST                      PRESENT: ✓

### TYPE OF HEARING: MOTION TO USE CASH COLLATERAL

OTHER PARTIES IN INTEREST:

| CREDITOR: | COUNSEL FOR CREDITOR: | YES | NO |
|---|---|---|---|
|  |  |  |  |

NOTES OF PROCEEDING

| |
|---|
| Objection by U.S. Trustee (# 54) |
| Objection by Branch Banking - Trust (#52) - Jennifer Stille ✓ |
| |
| |
| |

RULING: *Resolved*

ORDER SUBMITTED IN COURT: ~~XXXXXX~~ _____ TO SUBMIT ORDER WITHIN 15 DAYS _____

CONTINUED FOR ORDER TO BE SUBMITTED TO: _____ AT _____

DECISION WITHHELD _____ BRIEFING SCHEDULE: _____
_____

FOR THE COURT:
WILLIAM E. ANDERSON, U. S. BANKRUPTCY JUDGE
KIMBERLE M HACKETT, LAW CLERK
EVANS & CO., COURT REPORTERS (804) 239-2552
BARBARA D. OKES, COURTROOM DEPUTY

*NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM. THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND
ARE NOT PART OF THE OFFICIAL COURT RECORD. THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED
AS EVIDENCE.

#54

# MISCELLANEOUS COURT PROCEEDING MEMO

DATE: 08/16/01
TIME: 10:00 a.m.
CASE # 01-00307-wa1-11
DOCKET # 26
IN RE: UNITED AMERICAN HOLDINGS, INC. PRESENT ✓
COUNSEL FOR DEBTOR(S): BOWMAN PRESENT: ✓
TRUSTEE: UST PRESENT: ✓

TYPE OF HEARING: CONFIRMATION OF PLAN

OTHER PARTIES IN INTEREST:

| CREDITOR: | COUNSEL FOR CREDITOR: | YES | NO |
|-----------|----------------------|-----|-----|
| | | | |

NOTES OF PROCEEDING

Objection to Disclosure Statement by BB+T (# 49)
"       "      "      "      "      U.S. Tre (# 44)

Objection to Confirmation of plan by IRS (# 50)

RULING: case to be converted to Chp. 7

ORDER SUBMITTED IN COURT: _____ TO SUBMIT ORDER WITHIN 15 DAYS _____
CONTINUED FOR ORDER TO BE SUBMITTED TO: _____ AT _____
DECISION WITHHELD _____ BRIEFING SCHEDULE: _____

FOR THE COURT:
WILLIAM E. ANDERSON, U. S. BANKRUPTCY JUDGE
KIMBERLE M HACKETT, LAW CLERK
EVANS & CO., COURT REPORTERS (804) 239-2552
BARBARA D. OKES, COURTOOM DEPUTY

*NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM. THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD. THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.

# 58

## MISCELLANEOUS COURT PROCEEDING MEMO

DATE: 08/16/01
TIME:            10:00 a.m.
CASE #         6-01-00307-WA1-11
DOCKET #      46
IN RE:          UNITED AMERICAN HOLDINGS, INC.      PRESENT ✓
COUNSEL FOR DEBTOR(S):  BOWMAN            PRESENT: ✓
TRUSTEE:      UST                             PRESENT: ✓

TYPE OF HEARING: MOTION TO CONVEY PROPERTY TO LIENHOLDER

OTHER PARTIES IN INTEREST:

| CREDITOR: | COUNSEL FOR CREDITOR: | YES | NO |
|-----------|----------------------|-----|----|
|           |                      |     |    |

NOTES OF PROCEEDING

| |
|---|
| Objection by Branch Banking & Trust (#52) - Jennifer Stille |
| Objection by U.S. Trustee (#54) |
| Linda |
| Peter Sackett present for lienholder - Stewart |
| |
| |

RULING: _Approved_

ORDER SUBMITTED IN COURT: _____ TO SUBMIT ORDER WITHIN 15 DAYS _Bowman_

CONTINUED FOR ORDER TO BE SUBMITTED TO: _____ AT _____

DECISION WITHHELD _____ BRIEFING SCHEDULE: _____

FOR THE COURT:
WILLIAM E. ANDERSON, U. S. BANKRUPTCY JUDGE
KIMBERLE M HACKETT, LAW CLERK
EVANS & CO., COURT REPORTERS (804) 239-2552
BARBARA D. OKES, COURTOOM DEPUTY

*NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM.  THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD.  THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.

#57

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| UNITED AMERICAN HOLDINGS, INC. ) | Case No. 6-01-00307 |
| ) | |
| Debtor ) | Chapter 11 |
| ) | |

### ORDER UPON U.S. TRUSTEE'S MOTION

Upon the Motion of the United States Trustee for the Western District of Virginia for an order converting or dismissing this or compelling the Debtor to file certain documents,

Upon all the pleadings filed herein and representations made by the parties in interest appearing, **IT IS ORDERED** that

1. On ~~October~~ September 16, 2001, the Clerk of this Court shall cause this case this case to be converted to a case under 7 of the Bankruptcy Code by entry of the Court's standard conversion order without further notice or hearing;

2. Beginning upon entry of this Order, the Debtor and the officers, directors and principals of the Debtor shall close the business of the debtor down in orderly fashion such that it will be closed by the date of conversion.

3. The Debtor and the officers, directors and principals of the Debtor shall cooperate with the Chapter 7 Trustee and United States Trustee in completing the close down of the Debtor's business operations and collection and turnover of the Debtor's assets and liabilities, books and records to the Chapter 7 Trustee.

The Clerk shall mail a copy of this Order to the United States Trustee who shall serve it upon the debtor, its attorney, and all creditors and parties in interest appearing.

Entered this __17th__ day of __August__, 2001.

Judge

I ask for this:

UNITED STATES TRUSTEE

By: _James G. Cosby_
James G. Cosby, VSB #07671
Trial Attorney

Office of U.S. Trustee
806 Poff Federal Building
280 Franklin Rd., S.W.
Roanoke, VA 24011-2212
540-857-2806   Fax 540-857-2844

Seen: _____

Gary M. Bowman, Esquire
Counsel for Debtor

#59

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
1100 MAIN STREET, P. O. BOX 6400
LYNCHBURG, VA 24505
(804) 845-0317   FAX (804) 845-1801

## MEMORANDUM

**DATE:**     08/17/01

**TO:**       James G. Cosby, Trial Attorney

**FROM:**     Deborah C. Farmer, Deputy Clerk

**RE:**       United American Holdings, Inc.
              (Case No. 6-01-00307-w1-11)


Pursuant to Local Rule 9072-1, you are required to forthwith serve notice of the enclosed Order dated 08/17/01 (Docket Entry No. 59) on all parties therein designated to receive the same.

Enclosed is a suggested certificate which you may wish to use for this purpose.


/dcf

enclosures

```
1        IN THE UNITED STATES BANKRUPTCY COURT
2        FOR THE WESTERN DISTRICT OF VIRGINIA
3              Lynchburg Division
4    *******************************************
5  IN RE: UNITED AMERICAN HOLDINGS, INC.
6  CASE NO.:01-00307
7
8    *******************************************
9              EXCERPT OF
10         TRANSCRIPT OF PROCEEDINGS
11    BEFORE THE HONORABLE WILLIAM E. ANDERSON
12           August 16, 2001
13           Lynchburg, Virginia
14
15
16
17
18
19
20             * * * *
21          EVANS & COMPANY
               Court Reporters
22         Post Office Box 11822
           Lynchburg, Virginia 24506
23
             (804) 239-2552
24
25    REPORTED BY: Tracy W. Koschara, Court Reporter
```

```
1  APPEARANCES OF COUNSEL:
2    GARY BOWMAN, ESQUIRE
     Counsel for the Debtor
3    JENNIFER STILLE, ESQUIRE
4       Counsel for BB&T
     JOHN F. CORCORAN, ESQUIRE
5    Assistant U.S. Attorney
6    PETER SACKETT, ESQUIRE
7       Counsel for Linda Stewart, Creditor
     JAMES COSBY, ESQUIRE
8    Counsel for the United States Trustee
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1  (August 16, 2001)
2
3           E X C E R P T
4                O F
5         P R O C E E D I N G S
6
7     THE CLERK:  Motion to use cash
```
collateral, confirmation hearing, continued
motion by U.S. Trustee to convert or dismiss
case, and motion to convey property to
lienholder in the Chapter 11 case of United
American Holdings Incorporated.  An objection
to the disclosure statement has been filed by
BB&T and the U.S. Trustee.  Objection to
motion to convey property has been filed by
BB&T and the U.S. Trustee.  An objection to
confirmation of the plan has been filed by
the IRS.  An objection by U.S. Trustee and
BB&T to use cash collateral has been filed.
```
20     MR. BOWMAN:  Good morning, Gary Bowman,
```
counsel for the debtor.  What's happened in
this case is that the tax debt is so great
that the debtor has decided that there's not
really any way to reorganize.  And so what
we're looking at is doing an orderly

liquidation.  And I think what the U.S.
Trustee is agreeable to anyway and what I
think is probably agreeable to most people
here is that we would convert the case 30
days from today, which would be September
16th.  That would allow the debtor time to
give notice to the employees, give them an
opportunity to find somewhere else to go and
finish the work that's in house right now.
That would be sufficient time to wind down
the business of the debtor.  So that takes
care of the plan and disclosure statement and
all of those issues that are on the docket
today because the case would be converted.
    There are two other issues here.  One
is a cash collateral issue and one is an
issue regarding the building that the debtor
is in right now.  On the cash collateral
issue, the Court's form debtor in possession
order prohibits the use of cash collateral
without consent of the party who has the lien
on the cash collateral.  BB&T has a valid
lien perfected interest in cash collateral.
I don't think they're in first place on the
cash collateral.  I'm not sure we need to get

1  into that here today.  But I filed a motion
2  to use cash collateral since BB&T objects to
3  the use of this cash collateral.  But we're
4  looking for 30 days here.  Now, what I
5  propose to do in this motion to use cash
6  collateral is to allow the debtor to pay the
7  wages for its employees for the remainder of
8  the period that it's going to be operating,
9  paying any ordinary expenses that are
10  necessary to get the jobs that they are using
11  done and pay any utilities that are necessary
12  for finishing out the business of the
13  company; that's the only thing that cash
14  collateral would be used for.  And then at
15  the end of the 30 day period there would be
16  an accounting for what money came in and what
17  money was used, and then of course you'd have
18  a Chapter 7 trustee to -- appoint it at the
19  conversion of the case.
20      THE COURT:  Have you talked to these
21  people about that?
22      MR. BOWMAN:  Yes, sir.  I've talked to
23  BB&T and I'm not sure what their position on
24  that is.
25      THE COURT:  Who do you represent, BB&T?

1      MS. STILLE:  Yes, sir, Your Honor.  I'm
2  Jennifer Stille representing BB&T here today.
3  And we did file an objection to the use of
4  the cash collateral.  Apparently there has
5  been cash collateral used in violation of the
6  standing Chapter 11 order and we would want
7  any accounting to include the use of that
8  cash collateral back to the beginning of this
9  case.
10      The other thing is that we do have a
11  secured interest in accounts receivable and
12  there's been no mention of any adequate
13  protection to make sure that what is going to
14  be there at the end is going to be the same
15  dollar for dollar as what was here.  I
16  understand that there's been some talk that
17  Wachovia Bank may have a prior security
18  interest in the accounts receivable, but
19  looking at the motion and notice of today's
20  hearing, apparently they weren't served and
21  had no notice of this hearing.  So it's not
22  surprising that hasn't objected.
23      But we certainly object without
24  adequate protection and would want an
25  accounting back from the beginning.

1      MR. BOWMAN:  Right.  I mean, those
2  issues, first of all, they were served.
3  Every party was served with this motion.  The
4  motion was -- or the respondent to the
5  motion, BB&T, so BB&T specifically got
6  service.  But everyone got service.
7      I think there's no question that
8  Wachovia is ahead of BB&T with the cash
9  collateral.  So in terms of using it in
10  violation of the order, I don't think that
11  that actually occurred.  But we agree that an
12  accounting for the whole period ought to be
13  rendered and then an order sorted out when
14  it's converted.
15      MS. STILLE:  We haven't been able to
16  get the materials to look at the priority
17  issue, and we don't really know who has got
18  the priority lien here.
19      THE COURT:  Why don't you-all go in the
20  back and talk about this thing and see what
21  the points are that I need to decide.  If
22  you-all can work out the order, I will
23  endorse an agreed order.
24      Who do you represent?
25      MR. CORCORAN:  I'm here for the IRS,

1  Your Honor.  And our objection is taken care
2  of by the conversion.
3      MR. SACKETT:  And I'm here on behalf of
4  Linda Stewart, a secured creditor who holds a
5  lien against the manufacturing facility.
6      THE COURT:  You-all go in there and see
7  what you can work it out.  If you can't work
8  it out, I'll listen to it.  But if the guy's
9  going to convert in 30 days, maybe you can
10  work things out.
11      Do you have any comment you would like
12  to make for the record?
13      MR. COSBY:  Your Honor, I'm just making
14  an appearance.  I'm James Cosby for United
15  States Trustee.  Your Honor, I'll join in on
16  this in there.
17      THE COURT:  See what you can do.
18      MR. COSBY:  I believe we're going to
19  have an agreed order.
20      THE COURT:  Thank you very much.
21
22      (Recess)
23
24      MR. BOWMAN:  Yes, sir.  We've reached
25  an agreement on the cash collateral issue.

Page 9

1    THE COURT: All right. Who's going to
2    draft the order?
3        MR. BOWMAN: I will. And I'll let
4    Ms. Stille endorse it since she's the other
5    party that has an interest in this.
6        THE COURT: Anything further we need to
7    discuss?
8        MR. BOWMAN: Yes, sir. There's an
9    issue regarding the building.
10
11                 * * * * *
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 10

1        CERTIFICATE OF COURT REPORTER
2     I, Tracy W. Koschara, Court Reporter, Notary
3    Public in and for the Commonwealth of Virginia at
4    Large, certify that I reported verbatim the
5    proceedings in the United States Bankruptcy Court
6    for the Western District of Virginia, in
7    Lynchburg, Virginia, in the captioned cause,
8    heard by the Honorable William E. Anderson, Judge
9    of said court, on August 16, 2001.
10    I further certify that the foregoing
11   transcript, numbering pages 1 through 10,
12   inclusive, constitutes a true, accurate, and
13   complete excerpt transcript of said proceedings.
14    Given under my hand this 3rd day of September,
15   2001.
16
17
18
19       Tracy W. Koschara, Notary Public
20       Commonwealth of Virginia at Large
21
22
23
24
25

Case 6:14-cv-00008-NKM-RSB   Document 27-6   Filed 10/02/14   Page 52 of 144   Pageid#: 377

# UNITED AMERICAN HOLDINGS CASH COLLATERAL SUMMARY

**JANUARY 29**

ACCOUNTS RECEIVABLE = $ 18,477.00
INVENTORY = $ 10,000.00
CASH = $ 300.00
TOTAL = $ 28,777.00

**SEPTEMBER 5**

ACCOUNTS RECEIVABLE = $ 18,477.00
INVENTORY = $ 10,000.00
CASH = $ 158.16
TOTAL = $ 28,635.16

REVENUE = $ 335,774.43
EXPENDITURES = $ 335,616.27
CASH REMAINING = 158.16

TOTAL DIFFERENCE BETWEEN BEGINNING AND END OF CASE = $ 141.84

MISCELLANEOUS COURT PROCEEDING MEMO

DATE: 9/6/01
TIME: 10:00
CASE #    601-00307-WA1-11
DOCKET #60
IN RE: UNITED AMERICAN HOLDINGS, INC.
COUNSEL FOR DEBTOR(S): BOWMAN          PRESENT: ✓
TRUSTEE: US/T                          PRESENT: ✓

TYPE OF HEARING: MOTION BY WACHOVIA BANK TO PROHIBIT USE OF CASH COLLATERAL AND TO VACATE ORDER

OTHER PARTIES IN INTEREST:

| CREDITOR: | COUNSEL FOR CREDITOR: | YES | NO |
|---|---|---|---|
| WACHOVIA BANK | ~~PAUL BLACK~~ Bill Terry | ✓ | |

NOTES OF PROCEEDING

BB+T - Jennifer Stille ✓

Question on whether Wachovia received proper notice.

Debtor hasn't used any cash collateral — has ceased operating.

RULING: Accounting to be furnished Bank - Approval of use is being struck. — Motion granted

ORDER SUBMITTED IN COURT: _____ TO SUBMIT ORDER WITHIN 15 DAYS Terry

CONTINUED FOR ORDER TO BE SUBMITTED TO: _____ AT _____

DECISION WITHHELD _____ BRIEFING SCHEDULE: _____

Case may be converted now. — Converted to Chapter 7 as of today.

FOR THE COURT:
WILLIAM E. ANDERSON, U. S. BANKRUPTCY JUDGE
KIMBERLE M HACKETT, LAW CLERK
EVANS & CO., COURT REPORTERS (804) 239-2552
BARBARA D. OKES, COURTOOM DEPUTY

*NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM.  THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD.  THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| In re: **UNITED AMERICAN HOLDINGS, INC.** | **CASE NO. 6-01-00307-WA1-7** |
| | **CHAPTER 7** |
| **Debtor(s)** | |

## ORDER CONVERTING CASE

It is hereby ORDERED that this case be, and the same hereby is, converted from a case under Chapter 11 to a case under Chapter 7 of Title 11 of the United States Code; and it is further

### ORDERED

that the debtor(s) (or trustee) in the superseded case shall file with the Court a final report and account within thirty (30) days from the date of the entry of this Order.  Said report shall include a schedule of unpaid debts incurred after commencement of the superseded case.  Said report shall also include the name, address and zip code in MATRIX form of all such additional creditors.

It is further ORDERED that if an Order confirming a plan was entered in the superseded case, the debtor(s) (or trustee) shall file with the Court (A) a schedule of property not listed in the final report and account, which property was acquired after the filing of original petition but before the entry of this Conversion Order; (B) a schedule of unpaid debts not listed in the final report and account, additionally in matrix form, incurred after confirmation but before entry of this Conversion Order;  and (C) a schedule of executory contracts entered into or assumed after the filing of the original petition but before entry of this Conversion Order.

Service of this Order shall be by mail upon the debtor(s), attorney for the debtor(s), trustee, if any, U. S. Trustee and all creditors and parties in interest.

Entered:  09/06/01

WILLIAM E. ANDERSON, JUDGE

van07a.frm

# GARY M. BOWMAN
ATTORNEY AT LAW
204 S. JEFFERSON STREET, 12TH FLOOR
ROANOKE, VIRGINIA 24011

TELEPHONE: (540) 343-7949
FAX: (540) 344-6144

September 7, 2001

Clerk, U.S. Bankruptcy Court
P.O. Box 6400
Lynchburg, Virginia 24505

     Re: Transmittal of Order, United American Holdings, Inc.,
          Chapter 11 Case No. 01-00307

Dear Sir:

    Enclosed for Judge Anderson's consideration is an order in the above-styled case.

    If you have any questions about this matter, please call me.

Sincerely,

Gary M. Bowman

GMB:gb

Encl

| In re: | Chapter 11 |
|---|---|
| UNITED AMERICAN HOLDINGS, INC. | Case No. 01-00307 |
| Debtor. | |

### DEBTOR'S ACCOUNTING FROM CHAPTER 11 OPERATIONS

COMES NOW the debtor, by counsel, who submits this statement of accounting from the debtor's operations while in Chapter 11.

1.    The debtor's check register is attached as Exhibit A.  The debtor expended $ 335,616.27 while in Chapter 11.  The funds that were disbursed were received from Boss Management Group, Inc. ("Boss"), which was the debtor's largest customer.  Boss hired the debtor to do sewing, on inventory owned by Boss, while the debtor was in Chapter 11, and was paid $ 335,774.43 by Boss.

2.    The debtor's list of accounts receivables as of January 29, 2001, the date of the filing of the petition, is attached as Exhibit B.  The debtor's list of accounts receivables as of September 5, 2001, a date after the debtor ceased operations, is attached as Exhibit C.  The debtor collected no pre-petition accounts receivables while in Chapter 11.

3.    A list of the debtor's inventory as of the date of the filing of the petition is on Exhibit D.  The inventory remains in place and is at 801 Church Street, Lynchburg.

4.    A list of the debtor's other assets, as of January 29, 2001, is attached on Exhibit D.  The assets remain in place and are at 801 Church Street, Lynchburg.

5.    The debtor's checking accounts are at SunTrust Bank.  The checking accounts have a negative balance. See Exhibit E.

6.    The debtor's real property at 318 E. Confederate Boulevard was transferred to the first lienholder, Linda Stewart, pursuant to the Court's order authorizing such transfer.

7.    The debtor incurred additional liability to the Internal Revenue Service and the Virginia Department of Taxation for employee withholding taxes in the amount of approximately $ 65,000.  The debtor incurred additional liability to Virginia Power in the amount of approximately $ 9000.

Respectfully Submitted,

UNITED AMERICAN HOLDINGS, INC.

By: 

Gary M. Bowman, Esq.
VSB No. 28866
204 S. Jefferson St., 12th Floor
Roanoke, Virginia  24011

### CERTIFICATE OF SERVICE

I, Gary M. Bowman, do hereby certify that a true and correct copy of this Accounting was mailed to W. Stephen Scott, P.O. Box 2737, Charlottesville VA  22902; Paul M. Black, P.O. Box 90, Roanoke  VA  24002; Jennifer Stille, P.O. Box 1419, Roanoke  VA  24505-1419, on October 1, 2001.

GARY M. BOWMAN

# United American Holdings, Inc.
## Check Register
### For the Period From Jan 29, 2001 to Sep 5, 2001

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---|---|---|---|---|
| 10000 | 2/16/01 | MARY F. GLOVER | 10100 | 695.02 |
| 10001 | 2/16/01 | NANCY P. BALDWIN | 10100 | 356.16 |
| 10002 | 2/16/01 | RUBY T. CARTER | 10100 | 363.59 |
| 10003 | 2/16/01 | ALICE H. COLEMAN | 10100 | 326.84 |
| 10004 | 2/16/01 | CHARLENE COLLINS | 10100 | 321.14 |
| 10005 | 2/16/01 | PATRICIA D. DAVIDSON | 10100 | 372.14 |
| 10006 | 2/16/01 | CHRISTINE E. FERGUSON | 10100 | 287.26 |
| 10007 | 2/16/01 | ANNIE J. FRANKLIN | 10100 | 323.70 |
| 10008 | 2/16/01 | MARION I. GARRETT | 10100 | 151.80 |
| 10009 | 2/16/01 | NANCY E. GOODWIN | 10100 | 334.83 |
| 10010 | 2/16/01 | BETTY J HODGES | 10100 | 326.84 |
| 10011 | 2/16/01 | HETTIE LITCHFORD | 10100 | 350.59 |
| 10012 | 2/16/01 | FRANCES A. MCIVOR | 10100 | 280.66 |
| 10013 | 2/16/01 | PATRICIA D. RAGLAND | 10100 | 300.92 |
| 10014 | 2/16/01 | CARRIE D. VARNER | 10100 | 215.57 |
| 10015 | 2/16/01 | GLADYS M. WOOTEN | 10100 | 353.89 |
| 10016 | 2/16/01 | Barbara P. Gibson | 10100 | 356.16 |
| 10017 | 2/16/01 | Sharon H. Bouldin | 10100 | 391.82 |
| 10018 | 2/16/01 | FRANK O. FERGUSON | 10100 | 256.52 |
| 10019 | 2/16/01 | Willard G. Spencer | 10100 | 777.00 |
| 10020 | 2/16/01 | MARILYN E. BAILEY | 10100 | 421.68 |
| 10021 | 2/16/01 | CALVIN PETTY | 10100 | 312.40 |
| 10022 | 2/16/01 | CAROLINE REVELY | 10100 | 440.44 |
| 10023 | 2/16/01 | ANTONIO M. DAVIS SR. | 10100 | 796.17 |
| 10024 | 2/16/01 | PEGGY REVELY | 10100 | 401.88 |
| 10025 | 2/16/01 | ANTONIO M. DAVIS SR. | 10100 | 425.82 |
| 10026 | 2/16/01 | WILLIAM WALLIS | 10100 | 1,014.88 |
| 10027 | 2/16/01 | ROBERT NITTI | 10100 | 1,048.54 |
| 10028 | 2/16/01 | Stanley Glover | 10100 | 267.32 |
| 10764 | 2/26/01 | American Niagara/T | 10100 | 159.99 |
| 5002 | 2/27/01 | Payroll for UAH | 10100 | 11,826.05 |
| 5003 | 2/27/01 | Tax account for UAH Payroll | 10100 | 2,209.99 |
| 5004 | 2/27/01 | William Wallis | 10100 | 400.00 |
| 10030 | 2/28/01 | MARY F. GLOVER | 10100 | 644.81 |
| 10031 | 2/28/01 | NANCY P. BALDWIN | 10100 | 358.42 |
| 10032 | 2/28/01 | RUBY T. CARTER | 10100 | 351.16 |
| 10033 | 2/28/01 | ALICE H. COLEMAN | 10100 | 365.28 |
| 10034 | 2/28/01 | CHARLENE COLLINS | 10100 | 351.64 |
| 10035 | 2/28/01 | PATRICIA D. DAVIDSON | 10100 | 378.26 |

9/5/01 at 14.05.25.52

# United American Holdings, Inc.
## Check Register
### For the Period From Jan 29, 2001 to Sep 5, 2001

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| 10036 | 2/28/01 | CHRISTINE E. FERGUSON | 10100 | 358.49 |
| 10037 | 2/28/01 | ANNIE J. FRANKLIN | 10100 | 353.15 |
| 10038 | 2/28/01 | MARION I. GARRETT | 10100 | 360.76 |
| 10039 | 2/28/01 | NANCY E. GOODWIN | 10100 | 342.75 |
| 10040 | 2/28/01 | BETTY J HODGES | 10100 | 301.97 |
| 10041 | 2/28/01 | HETTIE LITCHFORD | 10100 | 378.85 |
| 10042 | 2/28/01 | FRANCES A. MCIVOR | 10100 | 324.75 |
| 10043 | 2/28/01 | PATRICIA D. RAGLAND | 10100 | 299.79 |
| 10044 | 2/28/01 | CARRIE D. VARNER | 10100 | 312.79 |
| 10045 | 2/28/01 | GLADYS M. WOOTEN | 10100 | 384.42 |
| 10046 | 2/28/01 | Barbara F. Gibson | 10100 | 391.21 |
| 10047 | 2/28/01 | Stanley Glover | 10100 | 331.90 |
| 10048 | 2/28/01 | Sharon H. Bouldin | 10100 | 188.73 |
| 10049 | 2/28/01 | ANTONIO M. DAVIS SR. | 10100 | 723.65 |
| 10050 | 2/28/01 | MARILYN E. BAILEY | 10100 | 464.59 |
| 10051 | 2/28/01 | CALVIN PETTY | 10100 | 395.85 |
| 10052 | 2/28/01 | CAROLINE REVELY | 10100 | 444.81 |
| 10053 | 2/28/01 | PEGGY REVELY | 10100 | 444.81 |
| 10054 | 2/28/01 | Willard G. Spencer | 10100 | 809.22 |
| 10055 | 2/28/01 | WILLIAM WALLIS | 10100 | 878.17 |
| 10056 | 2/28/01 | ROBERT NITTI | 10100 | 881.87 |
| 10057 | 2/28/01 | FRANK O. FERGUSON | 10100 | 412.07 |
| 5005 | 3/5/01 | Verizon | 10100 | 111.09 |
| 5006 | 3/5/01 | BFI | 10100 | 158.76 |
| 5007 | 3/5/01 | AMERICAN ELECTRIC POWE | 10100 | 709.17 |
| 5008 | 3/5/01 | Verizon South | 10100 | 26.67 |
| 5009 | 3/5/01 | Dennis Insurance Group | 10100 | 740.00 |
| 5010 | 3/5/01 | TOWN OF APPOMATTOX | 10100 | 123.22 |
| 5011 | 3/5/01 | SunCom | 10100 | 202.27 |
| 5012 | 3/5/01 | Dominion Virginia Power | 10100 | 426.84 |
| 5014 | 3/2/01 | TRIGON | 10100 | 6,845.44 |
| 5013 | 3/13/01 | UAH Payroll Account | 10100 | 11,826.05 |
| 10058 | 3/14/01 | MARY F. GLOVER | 10100 | 647.09 |
| 10059 | 3/14/01 | NANCY P. BALDWIN | 10100 | 364.94 |
| 10060 | 3/14/01 | RUBY T. CARTER | 10100 | 201.80 |
| 10061 | 3/14/01 | ALICE H. COLEMAN | 10100 | 374.89 |
| 10062 | 3/14/01 | CHARLENE COLLINS | 10100 | 384.42 |
| 10063 | 3/14/01 | CHRISTINE E. FERGUSON | 10100 | 368.10 |

# United American Holdings, Inc.
## Check Register
### For the Period From Jan 29, 2001 to Sep 5, 2001

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---|---|---|---|---|
| 10064 | 3/14/01 | PATRICIA D. DAVIDSON | 10100 | 419.36 |
| 10065 | 3/14/01 | ANNIE J. FRANKLIN | 10100 | 359.31 |
| 10066 | 3/14/01 | MARION L. GARRETT | 10100 | 259.01 |
| 10067 | 3/14/01 | NANCY E. GOODWIN | 10100 | 385.15 |
| 10068 | 3/14/01 | BETTY J HODGES | 10100 | 337.59 |
| 10069 | 3/14/01 | HETTIE LITCHFORD | 10100 | 398.64 |
| 10070 | 3/14/01 | FRANCES A. MCIVOR | 10100 | 364.89 |
| 10071 | 3/14/01 | PATRICIA D. RAGLAND | 10100 | 362.54 |
| 10072 | 3/14/01 | CARRIE D. VARNER | 10100 | 311.67 |
| 10073 | 3/14/01 | GLADYS M. WOOTEN | 10100 | 309.81 |
| 10074 | 3/14/01 | Barbara F. Gibson | 10100 | 390.66 |
| 10075 | 3/14/01 | Stanley Glover | 10100 | 338.22 |
| 10076 | 3/14/01 | FRANK O. FERGUSON | 10100 | 571.24 |
| 10077 | 3/14/01 | Sharon H. Bouldin | 10100 | 271.72 |
| 10078 | 3/14/01 | ROBERT NITTI | 10100 | 984.97 |
| 10079 | 3/14/01 | WILLIAM WALLIS | 10100 | 981.27 |
| 10080 | 3/14/01 | ANTONIO M. DAVIS SR. | 10100 | 710.25 |
| 10081 | 3/14/01 | MARILYN E. BAILEY | 10100 | 446.95 |
| 10082 | 3/14/01 | CALVIN PETTY | 10100 | 383.15 |
| 10083 | 3/14/01 | CAROLINE REVELY | 10100 | 427.15 |
| 10085 | 3/14/01 | PEGGY REVELY | 10100 | 427.15 |
| 10085 | 3/14/01 | Willard G. Spencer | 10100 | 809.22 |
| 10086 | 3/14/01 | ANTONIO M. DAVIS SR. | 10100 | 124.44 |
| 10086V | 3/14/01 | ANTONIO M. DAVIS SR. | 10100 | -124.44 |
| 10087 | 3/14/01 | ANTONIO M. DAVIS SR. | 10100 | 150.27 |
| 5015 | 3/16/01 | BFI | 10100 | 164.43 |
| 5016 | 3/16/01 | VIRGINIA MUTUAL INSURA | 10100 | 15.00 |
| 5017 | 3/16/01 | Dominion Virginia Power | 10100 | 7 9.64 |
| 5018 | 3/16/01 | AMERICAN EXPRESS | 10100 | 1,000.00 |
| 5019 | 3/21/01 | Ferebee-Johnson Company Inc. | 10100 | 209.18 |
| 5020 | 3/27/01 | UAH Payroll Account | 10100 | 12,683.16 |
| 5021 | 3/27/01 | Tax account for UAH Payroll | 10100 | 3,041.54 |
| 10088 | 3/28/01 | MARY F. GLOVER | 10100 | 595.26 |
| 10089 | 3/28/01 | NANCY P. BALDWIN | 10100 | 367.47 |
| 10090 | 3/28/01 | RUBY T. CARTER | 10100 | 337.75 |
| 10091 | 3/28/01 | ALICE H. COLEMAN | 10100 | 376.58 |
| 10092 | 3/28/01 | CHARLENE COLLINS | 10100 | 370.84 |
| 10093 | 3/28/01 | PATRICIA D. DAVIDSON | 10100 | 434.45 |
| 10094 | 3/28/01 | CHRISTINE E. FERGUSON | 10100 | 379.98 |

9/5/01 at 14:35/25,96

# United American Holdings, Inc.
## Check Register
### For the Period From Jan 29, 2001 to Sep 5, 2001

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---|---|---|---|---|
| 10095 | 3/28/01 | ANNIE J. FRANKLIN | 10100 | 367.80 |
| 10096 | 3/28/01 | MARION I. GARRETT | 10100 | 379.98 |
| 10097 | 3/28/01 | NANCY E. GOODWIN | 10100 | 590.24 |
| 10098 | 3/28/01 | BETTY J HODGES | 10100 | 337.01 |
| 10099 | 3/28/01 | HETTIE LITCHFORD | 10100 | 378.85 |
| 10100 | 3/28/01 | FRANCES A. MCIVOR | 10100 | 371.68 |
| 10101 | 3/28/01 | PATRICIA D. RAGLAND | 10100 | 183.11 |
| 10102 | 3/28/01 | CARRIE D. VARNER | 10100 | 306.62 |
| 10103 | 3/28/01 | GLADYS M. WOOTEN | 10100 | 323.38 |
| 10104 | 3/28/01 | Barbara P. Gibson | 10100 | 404.77 |
| 10105 | 3/28/01 | Stanley Glover | 10100 | 262.26 |
| 10106 | 3/28/01 | Sharon H. Bouldin | 10100 | 336.94 |
| 10107 | 3/28/01 | FRANK O. FERGUSON | 10100 | 504.31 |
| 10109 | 3/28/01 | MARILYN E. BAILEY | 10100 | 446.95 |
| 10110 | 3/28/01 | CALVIN PETTY | 10100 | 383.15 |
| 10111 | 3/28/01 | CAROLINE REVELY | 10100 | 448.32 |
| 10112 | 3/28/01 | PATRICIA D. RAGLAND | 10100 | 369.87 |
| 10113 | 3/28/01 | Willard G. Spencer | 10100 | 809.22 |
| 10114 | 3/28/01 | ANTONIO M. DAVIS SR. | 10100 | 712.05 |
| 10115 | 3/28/01 | WILLIAM WALLIS | 10100 | 1,044.89 |
| 10116 | 3/28/01 | ROBERT NITTI | 10100 | 1,059.43 |
| 10112V | 3/28/01 | PATRICIA D. RAGLAND | 10100 | -369.87 |
| 10117 | 3/28/01 | PEGGY REVELY | 10100 | 427.15 |
| 10106V | 3/30/01 | Sharon H. Bouldin | 10100 | -336.94 |
| 5022 | 3/30/01 | Town of Appomattox | 10100 | 165.54 |
| 10118 | 3/30/01 | Sharon H. Bouldin | 10100 | 473.23 |
| 5024 | 4/2/01 | Verizon | 10100 | 353.35 |
| 5025 | 4/2/01 | City of Lynchburg | 10100 | 70.25 |
| 5026 | 4/2/01 | AMERICAN ELECTRIC POWE | 10100 | 625.26 |
| 10134V | 4/9/01 | CARRIE D. VARNER | 10100 | -294.19 |
| 10122V | 4/9/01 | RUBY T. CARTER | 10100 | -383.93 |
| 10140V | 4/9/01 | RUBY T. CARTER | 10100 | -383.93 |
| 5023 | 4/9/01 | Grain Dealers Mutual Insurance | 10100 | 385.65 |
| 5030 | 4/10/01 | United American Holdings | 10100 | 12,283.40 |
| 5031 | 4/10/01 | United American Holdings | 10100 | 1,713.14 |
| 10120 | 4/11/01 | MARY F. GLOVER | 10100 | 582.96 |
| 10121 | 4/11/01 | NANCY P. BALDWIN | 10100 | 352.75 |
| 10122 | 4/11/01 | RUBY T. CARTER | 10100 | 383.93 |

## United American Holdings, Inc.
### Check Register
### For the Period From Jan 29, 2001 to Sep 5, 2001

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---|---|---|---|---|
| 10123 | 4/11/01 | ALICE H. COLEMAN | 10100 | 325.71 |
| 10124 | 4/11/01 | CHARLENE COLLINS | 10100 | 318.85 |
| 10125 | 4/11/01 | PATRICIA D. DAVIDSON | 10100 | 380.53 |
| 10126 | 4/11/01 | CHRISTINE E. FERGUSON | 10100 | 307.62 |
| 10127 | 4/11/01 | ANNIE J. FRANKLIN | 10100 | 297.69 |
| 10128 | 4/11/01 | MARION I. GARRETT | 10100 | 323.43 |
| 10129 | 4/11/01 | NANCY E. GOODWIN | 10100 | 335.97 |
| 10130 | 4/11/01 | BETTY J HODGES | 10100 | 289.53 |
| 10131 | 4/11/01 | HETTIE LITCHFORD | 10100 | 344.93 |
| 10132 | 4/11/01 | FRANCES A. MCIVOR | 10100 | 315.71 |
| 10133 | 4/11/01 | PATRICIA D. RAGLAND | 10100 | 261.34 |
| 10134 | 4/11/01 | CARRIE D. VARNER | 10100 | 294.19 |
| 10135 | 4/11/01 | GLADYS M. WOOTEN | 10100 | 327.89 |
| 10136 | 4/11/01 | Barbara P. Gibson | 10100 | 306.43 |
| 10137 | 4/11/01 | Stanley Glover | 10100 | 324.30 |
| 10138 | 4/11/01 | FRANK O. FERGUSON | 10100 | 471.75 |
| 10139 | 4/11/01 | Sharon H. Bouldin | 10100 | 316.95 |
| 10140 | 4/11/01 | RUBY T. CARTER | 10100 | 383.93 |
| 10141 | 4/11/01 | CARRIE D. VARNER | 10100 | 264.19 |
| 10142 | 4/11/01 | RUBY T. CARTER | 10100 | 383.93 |
| 10143 | 4/11/01 | Betty Jean Jones | 10100 | 20.69 |
| 10144 | 4/11/01 | ANTONIO M. DAVIS SR. | 10100 | 717.40 |
| 10145 | 4/11/01 | MARILYN E. BAILEY | 10100 | 446.95 |
| 10146 | 4/11/01 | CALVIN PETTY | 10100 | 214.70 |
| 10147 | 4/11/01 | CAROLINE REVELY | 10100 | 417.75 |
| 10148 | 4/11/01 | PEGGY REVELY | 10100 | 427.15 |
| 10149 | 4/11/01 | Willard G. Spencer | 10100 | 841.44 |
| 10150 | 4/11/01 | ANTONIO M. DAVIS SR. | 10100 | 260.54 |
| 10151 | 4/11/01 | WILLIAM WALLIS | 10100 | 1,044.89 |
| 10152 | 4/11/01 | ROBERT NITTI | 10100 | 1,059.43 |
| 5028 | 4/18/01 | William Wallis | 10100 | 318.59 |
| 5029 | 4/18/01 | TOWN OF APPOMATTOX | 10100 | 252.28 |
| 5032 | 4/18/01 | BFI | 10100 | 468.09 |
| 5033 | 4/18/01 | Third Party Solutions | 10100 | 21.20 |
| 5034 | 4/18/01 | AMERICAN EXPRESS | 10100 | 500.00 |
| 5035 | 4/18/01 | Trigon | 10100 | 6,645.44 |
| 5037 | 4/23/01 | APPOMATTOX OIL COMPAN | 10100 | 1,459.15 |
| 10153 | 4/25/01 | MARY F. GLOVER | 10100 | 586.81 |
| 10154 | 4/25/01 | NANCY P. BALDWIN | 10100 | 379.89 |

9/5/01 at 14:35:26 40                                                      Page: 6

# United American Holdings, Inc.
## Check Register
### For the Period From Jan 29, 2001 to Sep 5, 2001

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| 10155 | 4/25/01 | RUBY T. CARTER | 10100 | 353.59 |
| 10156 | 4/25/01 | ALICE H. COLEMAN | 10100 | 346.04 |
| 10157 | 4/25/01 | CHARLENE COLLINS | 10100 | 370.84 |
| 10158 | 4/25/01 | PATRICIA D. DAVIDSON | 10100 | 402.00 |
| 10159 | 4/25/01 | CHRISTINE E. FERGUSON | 10100 | 303.09 |
| 10160 | 4/25/01 | ANNIE J. FRANKLIN | 10100 | 327.09 |
| 10161 | 4/25/01 | MARION L. GARRETT | 10100 | 330.21 |
| 10162 | 4/25/01 | NANCY R. GOODWIN | 10100 | 349.53 |
| 10163 | 4/25/01 | BETTY J HODGES | 10100 | 339.27 |
| 10164 | 4/25/01 | HETTIE LITCHFORD | 10100 | 363.02 |
| 10165 | 4/25/01 | FRANCES A. MCIVOR | 10100 | 337.18 |
| 10166 | 4/25/01 | PATRICIA D. RAGLAND | 10100 | 254.57 |
| 10167 | 4/25/01 | CARRIE D. VARNER | 10100 | 285.67 |
| 10168 | 4/25/01 | GLADYS M. WOOTEN | 10100 | 342.59 |
| 10169 | 4/25/01 | Barbara P. Gibson | 10100 | 392.34 |
| 10170 | 4/25/01 | Stanley Glover | 10100 | 292.65 |
| 10171 | 4/25/01 | FRANK O. FERGUSON | 10100 | 493.46 |
| 10172 | 4/25/01 | Sharon H. Bouldin | 10100 | 287.21 |
| 10173 | 4/25/01 | WILLIAM WALLIS | 10100 | 769.33 |
| 10174 | 4/25/01 | ROBERT NITTI | 10100 | 773.03 |
| 10175 | 4/25/01 | ANTONIO M. DAVIS SR. | 10100 | 675.34 |
| 10176 | 4/25/01 | MARILYN E. BAILEY | 10100 | 418.15 |
| 10177 | 4/25/01 | CALVIN PETTY | 10100 | 355.90 |
| 10178 | 4/25/01 | CAROLINE REVELY | 10100 | 398.36 |
| 10179 | 4/25/01 | PEGGY REVELY | 10100 | 360.73 |
| 10180 | 4/25/01 | Willard G. Spencer | 10100 | 723.30 |
| 10172V | 4/25/01 | Sharon H. Bouldin | 10100 | -287.21 |
| 10181 | 4/25/01 | Sharon H. Bouldin | 10100 | 401.60 |
| 10174V | 5/1/01 | ROBERT NITTI | 10100 | -773.03 |
| 10173V | 5/1/01 | WILLIAM WALLIS | 10100 | -769.33 |
| 10182 | 5/1/01 | ROBERT NITTI | 10100 | 1,048.41 |
| 10183 | 5/1/01 | WILLIAM WALLIS | 10100 | 1,035.87 |
| 5038 | 5/1/01 | William Wallis | 10100 | 2,490.00 |
| 10184 | 5/9/01 | MARY F. GLOVER | 10100 | 885.42 |
| 10185 | 5/9/01 | NANCY P. BALDWIN | 10100 | 582.35 |
| 10186 | 5/9/01 | RUBY T. CARTER | 10100 | 574.10 |
| 10187 | 5/9/01 | ALICE H. COLEMAN | 10100 | 536.06 |
| 10188 | 5/9/01 | CHARLENE COLLINS | 10100 | 400.26 |

9/5/01 at 14:35:26.62

# United American Holdings, Inc.
## Check Register
### For the Period From Jan 29, 2001 to Sep 5, 2001

Filter Criteria includes: Report order is by Date

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| 10189 | 5/9/01 | PATRICIA D. DAVIDSON | 10100 | 561.20 |
| 10190 | 5/9/01 | CHRISTINE E. FERGUSON | 10100 | 534.37 |
| 10191 | 5/9/01 | ANNIE J. FRANKLIN | 10100 | 517.10 |
| 10192 | 5/9/01 | MARION I. GARRETT | 10100 | 561.51 |
| 10193 | 5/9/01 | NANCY E. GOODWIN | 10100 | 464.89 |
| 10194 | 5/9/01 | BETTY J HODGES | 10100 | 454.63 |
| 10195 | 5/9/01 | HETTIE LITCHFORD | 10100 | 580.17 |
| 10196 | 5/9/01 | FRANCES A. MCIVOR | 10100 | 510.81 |
| 10197 | 5/9/01 | PATRICIA D. RAGLAND | 10100 | 519.19 |
| 10198 | 5/9/01 | CARRIE D. VARNER | 10100 | 560.62 |
| 10199 | 5/9/01 | GLADYS M. WOOTEN | 10100 | 534.85 |
| 10200 | 5/9/01 | Barbara P. Gibson | 10100 | 589.13 |
| 10201 | 5/9/01 | Stanley Glover | 10100 | 353.42 |
| 10202 | 5/9/01 | FRANK O. FERGUSON | 10100 | 598.23 |
| 10203 | 5/9/01 | Sharon H. Bouldin | 10100 | 460.39 |
| 10204 | 5/9/01 | ROBERT NITTI | 10100 | 1,048.40 |
| 10205 | 5/9/01 | WILLIAM WALLIS | 10100 | 1,035.86 |
| 10206 | 5/9/01 | ANTONIO M. DAVIS SR. | 10100 | 1,139.37 |
| 10207 | 5/9/01 | MARILYN E. BAILEY | 10100 | 667.39 |
| 10208 | 5/9/01 | CALVIN PETTY | 10100 | 561.79 |
| 10209 | 5/9/01 | CAROLINE REVELY | 10100 | 703.35 |
| 10210 | 5/9/01 | PEGGY REVELY | 10100 | 703.35 |
| 10211 | 5/9/01 | Willard G. Spencer | 10100 | 1,054.10 |
| 10212 | 5/9/01 | Willard Spencer | 10100 | 300.00 |
| 10213 | 5/9/01 | Patty Clements | 10100 | |
| 10213 | 5/9/01 | Patty Clements | 10100 | 171.59 |
| 10214 | 5/9/01 | Stacey M. Rice | 10100 | 131.04 |
| 10215 | 5/9/01 | Joyce Marston | 10100 | 57.67 |
| 10216 | 5/9/01 | Joyce Robertson | 10100 | 195.24 |
| 10217 | 5/9/01 | ELIZABETH MOBLEY | 10100 | 152.05 |
| 10218 | 5/9/01 | Betty Jean Jones | 10100 | 205.84 |
| 10219 | 5/9/01 | Mary Humbles | 10100 | 366.70 |
| 10220 | 5/9/01 | ANTONIO M DAVIS SR. | 10100 | 397.40 |
| 10221 | 5/9/01 | Harriett Bailey | 10100 | 64.40 |
| 5039 | 5/9/01 | UAH Payroll Account | 10100 | 18,000.00 |
| 10222 | 5/10/01 | Sharon Bouldin | 10100 | 166.25 |
| 10223 | 5/10/01 | Carrie D. Varner | 10100 | 21.46 |
| 10224 | 5/23/01 | MARY F. GLOVER | 10100 | 1,051.66 |
| 10225 | 5/23/01 | NANCY P. BALDWIN | 10100 | 625.20 |

# United American Holdings, Inc.
## Check Register
### For the Period From Jan 29, 2001 to Sep 5, 2001

Filter Criteria Includes: Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| 10226 | 5/23/01 | RUBY T. CARTER | 10100 | 503.54 |
| 10227 | 5/23/01 | ALICE H. COLEMAN | 10100 | 645.22 |
| 10228 | 5/23/01 | CHARLENE COLLINS | 10100 | 468.68 |
| 10229 | 5/23/01 | PATRICIA D. DAVIDSON | 10100 | 643.85 |
| 10230 | 5/23/01 | CHRISTINE B. FERGUSON | 10100 | 640.69 |
| 10231 | 5/23/01 | ANNIE J. FRANKLIN | 10100 | 616.74 |
| 10232 | 5/23/01 | MARION L. GARRETT | 10100 | 766.16 |
| 10233 | 5/23/01 | NANCY E. GOODWIN | 10100 | 615.99 |
| 10234 | 5/23/01 | BETTY J HODGES | 10100 | 585.27 |
| 10235 | 5/23/01 | HETTIE LITCHFORD | 10100 | 627.48 |
| 10236 | 5/23/01 | FRANCES A. MCIVOR | 10100 | 588.71 |
| 10237 | 5/23/01 | PATRICIA D. RAGLAND | 10100 | 355.22 |
| 10238 | 5/23/01 | CARRIE D. VARNER | 10100 | 679.01 |
| 10239 | 5/23/01 | GLADYS M. WOOTEN | 10100 | 664.97 |
| 10240 | 5/23/01 | Barbara P. Gibson | 10100 | 757.55 |
| 10241 | 5/23/01 | Stanley Glover | 10100 | 563.06 |
| 10242 | 5/23/01 | FRANK O. FERGUSON | 10100 | 468.13 |
| 10243 | 5/23/01 | Sharon H. Bouldin | 10100 | 727.83 |
| 10244 | 5/23/01 | ANTONIO M. DAVIS SR. | 10100 | 1,151.86 |
| 10245 | 5/23/01 | MARILYN E. BAILEY | 10100 | 805.42 |
| 10246 | 5/23/01 | CALVIN PETTY | 10100 | 590.17 |
| 10247 | 5/23/01 | CAROLINE REVELY | 10100 | 785.38 |
| 10248 | 5/23/01 | PEGGY REVELY | 10100 | 785.38 |
| 10249 | 5/23/01 | Willard G. Spencer | 10100 | 1,160.43 |
| 10250 | 5/23/01 | ELIZABETH MOBLEY | 10100 | 544.18 |
| 10251 | 5/23/01 | Mary Humbles | 10100 | 600.67 |
| 10252 | 5/23/01 | Stacey M. Rice | 10100 | 347.15 |
| 10253 | 5/23/01 | PATTY CLEMENTS | 10100 | 463.56 |
| 10254 | 5/23/01 | VERONICA TRENT | 10100 | 591.83 |
| 10255 | 5/23/01 | LESLIE HANCOCK | 10100 | 167.35 |
| 10256 | 5/23/01 | TERESA GIBLIN | 10100 | 334.95 |
| 10257 | 5/23/01 | COMUSHIA L. BAKER | 10100 | 238.82 |
| 10258 | 5/23/01 | MARGARET TRENT | 10100 | 198.97 |
| 10259 | 5/23/01 | DELORES ROBERTSON | 10100 | 198.35 |
| 10260 | 5/23/01 | HARRIET CRONER | 10100 | 105.42 |
| 10261 | 5/23/01 | Joyce Ann Robinson | 10100 | 792.00 |
| 10262 | 5/23/01 | Susan Glover | 10100 | 56.00 |
| 10263 | 5/23/01 | Janie Gallier | 10100 | 259.00 |

9/5/01 at 14:35:27.06

# United American Holdings, Inc.
## Check Register
### For the Period From Jan 29, 2001 to Sep 5, 2001

Filter Criteria Includes: Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---|---|---|---|---|
| 10264 | 5/23/01 | ROBERT NITTI | 10100 | 1,048.69 |
| 10265 | 5/23/01 | WILLIAM WALLIS | 10100 | 1,036.10 |
| 10266 | 5/23/01 | TERESA GIBLIN | 10100 | 364.27 |
| 10267 | 5/23/01 | COMUSHIA L. BAKER | 10100 | 268.14 |
| 10268 | 5/23/01 | DELORES ROBERTSON | 10100 | 227.67 |
| 10269 | 5/23/01 | MARGARET TRENT | 10100 | 228.29 |
| 10270 | 5/23/01 | VERONICA TRENT | 10100 | 396.90 |
| 10259V | 5/23/01 | DELORES ROBERTSON | 10100 | -198.35 |
| 10258V | 5/23/01 | MARGARET TRENT | 10100 | -198.97 |
| 10254V | 5/23/01 | VERONICA TRENT | 10100 | -391.82 |
| 10256V | 5/23/01 | TERESA GIBLIN | 10100 | -354.95 |
| 10260V | 5/23/01 | HARRIET CRONER | 10100 | -105.42 |
| 10267V | 5/23/01 | COMUSHIA L. BAKER | 10100 | -268.14 |
| 10257V | 5/23/01 | COMUSHIA L. BAKER | 10100 | -238.82 |
| 10271 | 5/23/01 | HARRIET CRONER | 10100 | 134.74 |
| 10272 | 5/23/01 | COMUSHIA L. BAKER | 10100 | 268.14 |
| 10273 | 5/23/01 | HARRIET CRONER | 10100 | 134.74 |
| 10273V | 5/23/01 | HARRIET CRONER | 10100 | -134.74 |
| 10274 | 5/23/01 | EVELYN TAYLOR | 10100 | 308.72 |
| 10275 | 5/23/01 | ANN M. COLLINS | 10100 | 225.39 |
| 10306V | 6/5/01 | HARRIET CRONER | 10100 | -298.22 |
| 10291V | 6/5/01 | GLADYS M. WOOTEN | 10100 | -478.86 |
| 10276 | 6/6/01 | MARY F. GLOVER | 10100 | 810.44 |
| 10277 | 6/6/01 | NANCY P. BALDWIN | 10100 | 478.86 |
| 10278 | 6/6/01 | RUBY T. CARTER | 10100 | 473.86 |
| 10279 | 6/6/01 | ALICE H. COLEMAN | 10100 | 408.81 |
| 10280 | 6/6/01 | CHARLENE COLLINS | 10100 | 402.51 |
| 10281 | 6/6/01 | PATRICIA D. DAVIDSON | 10100 | 463.93 |
| 10282 | 6/6/01 | CHRISTINE F. FERGUSON | 10100 | 417.30 |
| 10283 | 6/6/01 | ANNIE J. FRANKLIN | 10100 | 426.05 |
| 10284 | 6/6/01 | MARION I. GARRETT | 10100 | 449.54 |
| 10285 | 6/6/01 | NANCY E. GOODWIN | 10100 | 405.51 |
| 10286 | 6/6/01 | BETTY J HODGES | 10100 | 410.52 |
| 10287 | 6/6/01 | HETTIE LITCHFORD | 10100 | 442.75 |
| 10288 | 6/6/01 | FRANCES A. MCIVOR | 10100 | 425.97 |
| 10289 | 6/6/01 | PATRICIA D. RAGLAND | 10100 | 403.81 |
| 10290 | 6/6/01 | CARRIE D. VARNER | 10100 | 578.30 |
| 10291 | 6/6/01 | GLADYS M. WOOTEN | 10100 | 478.86 |
| 10292 | 6/6/01 | Barbara P. Gibson | 10100 | 499.21 |

9/5/01 at 14:35:27.28

# United American Holdings, Inc.
## Check Register
## For the Period From Jan 29, 2001 to Sep 5, 2001

Filter Criteria includes. Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| 10293 | 6/6/01 | Stanley Glover | 10100 | 439.70 |
| 10294 | 6/6/01 | Monica L. Glover | 10100 | 27.88 |
| 10295 | 6/6/01 | FRANK O. FERGUSON | 10100 | 513.36 |
| 10296 | 6/6/01 | Sharon H. Bouldin | 10100 | 528.56 |
| 10297 | 6/6/01 | SUSAN S. GLOVER | 10100 | 328.97 |
| 10298 | 6/6/01 | ELIZABETH MOBLEY | 10100 | 363.52 |
| 10299 | 6/6/01 | ANN M. COLLINS | 10100 | 182.15 |
| 10300 | 6/6/01 | COMUSHIA L. BAKER | 10100 | 320.78 |
| 10301 | 6/6/01 | VERONICA TRENT | 10100 | 319.99 |
| 10302 | 6/6/01 | EVELYN TAYLOR | 10100 | 158.57 |
| 10303 | 6/6/01 | TERESA GIBLIN | 10100 | 537.18 |
| 10304 | 6/6/01 | Stacey M. Rice | 10100 | 65.56 |
| 10305 | 6/6/01 | GARY GOODWIN | 10100 | 155.41 |
| 10306 | 6/6/01 | HARRIET CRONER | 10100 | 298.22 |
| 10307 | 6/6/01 | THELMA W. GILLIAM | 10100 | 303.27 |
| 10308 | 6/6/01 | ROBERT NITTI | 10100 | 1,048.40 |
| 10309 | 6/6/01 | WILLIAM WALLIS | 10100 | 1,035.86 |
| 10310 | 6/6/01 | MARY E. CRONER | 10100 | 276.30 |
| 10311 | 6/6/01 | MARQUES A. REVELY | 10100 | 62.08 |
| 10312 | 6/6/01 | GLADYS M. WOOTEN | 10100 | 319.25 |
| 10313 | 6/6/01 | ANTONIO M. DAVIS SR. | 10100 | 822.12 |
| 10314 | 6/6/01 | MARILYN E. BAILEY | 10100 | 521.02 |
| 10315 | 6/6/01 | CALVIN PETTY | 10100 | 362.04 |
| 10316 | 6/6/01 | CAROLINE REVELY | 10100 | 515.33 |
| 10317 | 6/6/01 | PEGGY REVELY | 10100 | 515.33 |
| 10318 | 6/6/01 | Willard G. Spencer | 10100 | 744.78 |
| 10319 | 6/6/01 | Mary Humbles | 10100 | 392.78 |
| 10320 | 6/6/01 | MARGARET TRENT | 10100 | 58.18 |
| 10321 | 6/6/01 | DELORES ROBERTSON | 10100 | 116.36 |
| 10322 | 6/6/01 | HARRIET CRONER | 10100 | 115.76 |
| 10323 | 6/5/01 | ANTONIO M. DAVIS SR. | 10100 | 548.48 |
| 10324 | 6/6/01 | Janie Gallier | 10100 | 135.00 |
| 10325 | 6/6/01 | Joyce Ann Robinson | 10100 | 501.50 |
| 5041 | 6/13/01 | U.S. Trustee | 10100 | 500.00 |
| 5042 | 6/13/01 | U.S. Trustee | 10100 | 500.00 |
| 10326 | 6/20/01 | MARY F. GLOVER | 10100 | 715.02 |
| 10327 | 6/20/01 | NANCY P. BALDWIN | 10100 | 462.52 |
| 10328 | 6/20/01 | RUBY T. CARTER | 10100 | 355.84 |

# United American Holdings, Inc.
## Check Register
### For the Period From Jan 29, 2001 to Sep 5, 2001

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| 10329 | 6/20/01 | ALICE H. COLEMAN | 10100 | 359.61 |
| 10330 | 6/20/01 | CHARLENE COLLINS | 10100 | 390.64 |
| 10331 | 6/20/01 | PATRICIA D. DAVIDSON | 10100 | 414.43 |
| 10332 | 6/20/01 | CHRISTINE E. FERGUSON | 10100 | 295.18 |
| 10333 | 6/20/01 | ANNIE J. FRANKLIN | 10100 | 311.25 |
| 10334 | 6/20/01 | MARION I. GARRETT | 10100 | 343.80 |
| 10335 | 6/20/01 | NANCY E. GOODWIN | 10100 | 369.87 |
| 10336 | 6/20/01 | BETTY J HODGES | 10100 | 325.71 |
| 10337 | 6/20/01 | HETTIE LITCHFORD | 10100 | 385.07 |
| 10338 | 6/20/01 | FRANCES A. MCIVOR | 10100 | 315.71 |
| 10339 | 6/20/01 | PATRICIA D RAGLAND | 10100 | 331.44 |
| 10340 | 6/20/01 | CARRIE D. VARNER | 10100 | 328.81 |
| 10341 | 6/20/01 | GLADYS M. WOOTEN | 10100 | 193.14 |
| 10342 | 6/20/01 | Barbara P. Gibson | 10100 | 391.21 |
| 10343 | 6/20/01 | Stanley Glover | 10100 | 418.17 |
| 10344 | 6/20/01 | FRANK O. FERGUSON | 10100 | 460.90 |
| 10345 | 6/20/01 | Sharon H. Douldin | 10100 | 264.86 |
| 10346 | 6/20/01 | ELIZABETH MOBLEY | 10100 | 206.94 |
| 10347 | 6/20/01 | ANN M. COLLINS | 10100 | 270.14 |
| 10348 | 6/20/01 | COMUSHIA L. BAKER | 10100 | 372.12 |
| 10349 | 6/20/01 | VERONICA TRENT | 10100 | 286.09 |
| 10350 | 6/20/01 | EVELYN TAYLOR | 10100 | 284.40 |
| 10351 | 6/20/01 | TERESA GIBLIN | 10100 | 284.40 |
| 10352 | 6/20/01 | SUSAN S. GLOVER | 10100 | 169.12 |
| 10353 | 6/20/01 | MARY E. CRONER | 10100 | 230.63 |
| 10354 | 6/20/01 | THELMA W. GILLIAM | 10100 | 288.26 |
| 10355 | 6/20/01 | ANTONIO M. DAVIS SR. | 10100 | 695.93 |
| 10356 | 6/20/01 | MARILYN E. BAILEY | 10100 | 412.86 |
| 10357 | 6/20/01 | CALVIN PETTY | 10100 | 359.79 |
| 10358 | 6/20/01 | CAROLINE REVELY | 10100 | 393.06 |
| 10359 | 6/20/01 | PEGGY REVELY | 10100 | 236.68 |
| 10360 | 6/20/01 | Mary Humbles | 10100 | 349.22 |
| 10361 | 6/20/01 | Willard G. Spencer | 10100 | 708.26 |
| 10362 | 6/20/01 | ROBERT NITTI | 10100 | 1,048.40 |
| 10363 | 6/20/01 | WILLIAM WALLIS | 10100 | 1,035.16 |
| 10345V | 6/20/01 | Sharon H. Bouldin | 10100 | -264.86 |
| 10338V | 6/20/01 | FRANCES A. MCIVOR | 10100 | -315.71 |
| 10365 | 6/20/01 | FRANCES A. MCIVOR | 10100 | 353.01 |
| 10366 | 6/20/01 | Sharon H. Bouldin | 10100 | 264.86 |

# United American Holdings, Inc.
## Check Register
### For the Period From Jan 29, 2001 to Sep 5, 2001

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| 5043 | 6/28/01 | Dominion Virginia Power | 10100 | 1,349.45 |
| 10367 | 6/29/01 | MARY F. GLOVER | 10100 | 999.48 |
| 10368 | 6/29/01 | NANCY P. BALDWIN | 10100 | 531.46 |
| 10369 | 6/29/01 | RUBY T. CARTER | 10100 | 584.71 |
| 10370 | 6/29/01 | ALICE H. COLEMAN | 10100 | 524.66 |
| 1002 | 6/29/01 | VIRGINIA EMPLOYMENT CO | 10100 | 269.93 |
| 10371 | 6/29/01 | CHARLENE COLLINS | 10100 | 395.73 |
| 10372 | 6/29/01 | PATRICIA D. DAVIDSON | 10100 | 525.68 |
| 10373 | 6/29/01 | CHRISTINE E. FERGUSON | 10100 | 452.29 |
| 10374 | 6/29/01 | ANNIE J. FRANKLIN | 10100 | 573.86 |
| 10375 | 6/29/01 | MARION L. GARRETT | 10100 | 453.42 |
| 10376 | 6/29/01 | NANCY E. GOODWIN | 10100 | 528.06 |
| 10377 | 6/29/01 | BETTY J HODGES | 10100 | 470.33 |
| 10378 | 6/29/01 | HETTIE LITCHFORD | 10100 | 520.12 |
| 10379 | 6/29/01 | FRANCES A. MCIVOR | 10100 | 447.93 |
| 10380 | 6/29/01 | PATRICIA D. RAGLAND | 10100 | 401.41 |
| 10381 | 6/29/01 | TERESA GIBLIN | 10100 | 461.66 |
| 10382 | 6/29/01 | CARRIE D. VARNER | 10100 | 510.95 |
| 10383 | 6/29/01 | GLADYS M. WOOTEN | 10100 | 487.90 |
| 10384 | 6/29/01 | Barbara F. Gibson | 10100 | 492.43 |
| 10385 | 6/29/01 | Stanley Glover | 10100 | 458.06 |
| 10386 | 6/29/01 | FRANK O. FERGUSON | 10100 | 519.16 |
| 10387 | 6/29/01 | Sharon H. Douldin | 10100 | 198.26 |
| 10388 | 6/29/01 | SUSAN S. GLOVER | 10100 | 458.62 |
| 10389 | 6/29/01 | ANN M. COLLINS | 10100 | 38.79 |
| 10390 | 6/29/01 | COMUSHIA L. BAKER | 10100 | 546.85 |
| 10391 | 6/29/01 | VERONICA TRENT | 10100 | 300.29 |
| 10392 | 6/29/01 | EVELYN TAYLOR | 10100 | 335.05 |
| 10393 | 6/29/01 | MARY E. CRONER | 10100 | 38.79 |
| 10394 | 6/29/01 | THELMA W. GILLIAM | 10100 | 38.79 |
| 10395 | 6/29/01 | NANCY A. MAYBERRY | 10100 | 456.23 |
| 10396 | 6/29/01 | ROBERT NITTI | 10100 | 1,048.40 |
| 10397 | 6/29/01 | WILLIAM WALLIS | 10100 | 1,035.86 |
| 10398 | 6/29/01 | MARILYN E. BAILEY | 10100 | 646.81 |
| 10399 | 6/29/01 | CALVIN PETTY | 10100 | 383.15 |
| 10400 | 6/29/01 | CAROLINE REVELY | 10100 | 589.40 |
| 10401 | 6/29/01 | Willard G. Spencer | 10100 | 1,005.77 |
| 10402 | 6/29/01 | Mary Humbles | 10100 | |

# United American Holdings, Inc.
## Check Register
### For the Period From Jan 29, 2001 to Sep 5, 2001

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---|---|---|---|---|
| 10371V | 6/29/01 | CHARLENE COLLINS | 10100 | -395.73 |
| 10383V | 6/29/01 | GLADYS M. WOOTEN | 10100 | -487.90 |
| 10403 | 6/29/01 | CHARLENE COLLINS | 10100 | 431.91 |
| 10404 | 6/29/01 | GLADYS M. WOOTEN | 10100 | 487.90 |
| 10403V | 6/29/01 | CHARLENE COLLINS | 10100 | -431.91 |
| 10405 | 6/29/01 | CHARLENE COLLINS | 10100 | 431.91 |
| 10405V | 6/29/01 | CHARLENE COLLINS | 10100 | -431.91 |
| 10406 | 6/29/01 | CHARLENE COLLINS | 10100 | 506.55 |
| 10407 | 6/29/01 | ANTONIO M. DAVIS SR. | 10100 | 587.72 |
| 10408 | 6/29/01 | ANTONIO M. DAVIS SR. | 10100 | 322.33 |
| 10409 | 6/29/01 | BETTY J HODGES | 10100 | 145.87 |
| 10409V | 7/2/01 | BETTY J HODGES | 10100 | -145.87 |
| 10410 | 7/3/01 | Sean M. Clark | 10100 | 134.50 |
| 10411 | 7/3/01 | Christopher Blake Moore | 10100 | 134.50 |
| 10412 | 7/18/01 | MARY F. GLOVER | 10100 | 654.44 |
| 10413 | 7/18/01 | NANCY P. BALDWIN | 10100 | 312.09 |
| 10414 | 7/18/01 | RUBY T. CARTER | 10100 | 226.67 |
| 10415 | 7/18/01 | ALICE H. COLEMAN | 10100 | 233.00 |
| 10416 | 7/18/01 | CHARLENE COLLINS | 10100 | 300.23 |
| 10417 | 7/18/01 | PATRICIA D. DAVIDSON | 10100 | 299.76 |
| 10418 | 7/18/01 | CHRISTINE E. FERGUSON | 10100 | 219.90 |
| 10419 | 7/18/01 | ANNIE J. FRANKLIN | 10100 | 259.28 |
| 10420 | 7/18/01 | MARION I. GARRETT | 10100 | 286.17 |
| 10421 | 7/18/01 | NANCY E. GOODWIN | 10100 | 267.59 |
| 10422 | 7/18/01 | BETTY J HODGES | 10100 | 203.06 |
| 10423 | 7/18/01 | HETTIE LITCHFORD | 10100 | 296.35 |
| 10424 | 7/18/01 | FRANCES A. MCIVOR | 10100 | 272.77 |
| 10425 | 7/18/01 | PATRICIA D. RAGLAND | 10100 | 191.24 |
| 10426 | 7/18/01 | CARRIE D. VARNER | 10100 | 255.00 |
| 10427 | 7/18/01 | GLADYS M. WOOTEN | 10100 | 121.95 |
| 10428 | 7/18/01 | Barbara P. Gibson | 10100 | 286.65 |
| 10429 | 7/18/01 | Stanley Glover | 10100 | 235.31 |
| 10430 | 7/18/01 | COMUSHIA L. BAKER | 10100 | 226.70 |
| 10431 | 7/18/01 | FRANK O. FERGUSON | 10100 | 265.55 |
| 10432 | 7/18/01 | SUSAN S. GLOVER | 10100 | 201.49 |
| 10433 | 7/18/01 | TERESA GIBLIN | 10100 | 177.54 |
| 10434 | 7/18/01 | VERONICA TRENT | 10100 | 82.74 |
| 10435 | 7/18/01 | NANCY A. MAYBERRY | 10100 | 207.93 |
| 10436 | 7/18/01 | ROBERT NITTI | 10100 | 1,048.40 |

# United American Holdings, Inc.
## Check Register
### For the Period From Jan 29, 2001 to Sep 5, 2001

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---|---|---|---|---|
| 10437 | 7/18/01 | WILLIAM WALLIS | 10100 | 1,035.86 |
| 10438 | 7/18/01 | ANTONIO M. DAVIS SR. | 10100 | 690.56 |
| 10439 | 7/18/01 | MARILYN E. BAILEY | 10100 | 312.46 |
| 10440 | 7/18/01 | CALVIN PETTY | 10100 | 250.71 |
| 10441 | 7/18/01 | CAROLINE REVELY | 10100 | 299.60 |
| 10442 | 7/18/01 | Mary Humbles | 10100 | 125.87 |
| 10443 | 7/18/01 | Willard G. Spencer | 10100 | 545.86 |
| 5044 | 7/18/01 | TOWN OF APPOMATTOX | 10100 | 153.51 |
| 5045 | 7/18/01 | BFI | 10100 | 200.00 |
| 10444 | 7/18/01 | Christopher Blake Moore | 10100 | 387.22 |
| 10445 | 7/18/01 | JARED COFFMAN | 10100 | 230.34 |
| 10446 | 7/18/01 | Sean M. Clark | 10100 | 393.45 |
| 10447 | 8/1/01 | MARY F. GLOVER | 10100 | 693.00 |
| 10448 | 8/1/01 | NANCY P. BALDWIN | 10100 | 348.25 |
| 10448V | 8/1/01 | NANCY P. BALDWIN | 10100 | -348.25 |
| 10449 | 8/1/01 | NANCY P. BALDWIN | 10100 | 348.25 |
| 10450 | 8/1/01 | RUBY T. CARTER | 10100 | 260.90 |
| 10451 | 8/1/01 | ALICE H. COLEMAN | 10100 | 83.51 |
| 10452 | 8/1/01 | CHARLENE COLLINS | 10100 | 348.25 |
| 10453 | 8/1/01 | PATRICIA D. DAVIDSON | 10100 | 403.15 |
| 10454 | 8/1/01 | CHRISTINE E. FERGUSON | 10100 | 314.40 |
| 10455 | 8/1/01 | ANNIE J. FRANKLIN | 10100 | 306.75 |
| 10456 | 8/1/01 | MARION I. GARRETT | 10100 | 318.93 |
| 10457 | 8/1/01 | NANCY E. GOODWIN | 10100 | 329.19 |
| 10458 | 8/1/01 | BETTY J HODGES | 10100 | 318.93 |
| 10459 | 8/1/01 | HETTIE LITCHFORD | 10100 | 342.68 |
| 10460 | 8/1/01 | FRANCES A. MCIVOR | 10100 | 308.93 |
| 10461 | 8/1/01 | PATRICIA D. RAGLAND | 10100 | 204.02 |
| 10462 | 8/1/01 | CARRIE D. VARNER | 10100 | 323.93 |
| 10463 | 8/1/01 | GLADYS M. WOOTEN | 10100 | 188.64 |
| 10464 | 8/1/01 | Barbara P. Gibson | 10100 | 370.86 |
| 10465 | 8/1/01 | Stanley Glover | 10100 | 437.71 |
| 10466 | 8/1/01 | FRANK O. FERGUSON | 10100 | 460.90 |
| 10467 | 8/1/01 | COMUSHIA L. BAKER | 10100 | 294.98 |
| 10468 | 8/1/01 | SUSAN S. GLOVER | 10100 | 302.64 |
| 10469 | 8/1/01 | ANN M. COLLINS | 10100 | 199.12 |
| 10470 | 8/1/01 | TERESA GIBLIN | 10100 | 280.35 |
| 10471 | 8/1/01 | NANCY A. MAYBERRY | 10100 | 209.18 |

# United American Holdings, Inc.
## Check Register
### For the Period From Jan 29, 2001 to Sep 5, 2001

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---|---|---|---|---|
| 10472 | 8/1/01 | VERONICA TRENT | 10100 | 41.57 |
| 10473 | 8/1/01 | ROBERT NITTI | 10100 | 1,048.40 |
| 10474 | 8/1/01 | WILLIAM WALLIS | 10100 | 1,035.86 |
| 10475 | 8/1/01 | Sean M. Clark | 10100 | 355.48 |
| 10476 | 8/1/01 | JARED COFFMAN | 10100 | 258.49 |
| 10477 | 8/1/01 | ANTONIO M. DAVIS SR. | 10100 | 757.97 |
| 10478 | 8/1/01 | MARILYN E. BAILEY | 10100 | 465.17 |
| 10479 | 8/1/01 | CALVIN PETTY | 10100 | 383.15 |
| 10480 | 8/1/01 | CAROLINE REVELY | 10100 | 442.44 |
| 10481 | 8/1/01 | PEGGY REVELY | 10100 | 252.50 |
| 10482 | 8/1/01 | Willard G. Spencer | 10100 | 828.56 |
| 10483 | 8/1/01 | Mary Humbles | 10100 | 368.97 |
| 10484 | 8/1/01 | ANTONIO M. DAVIS SR. | 10100 | 232.48 |
| 10456V | 8/1/01 | MARION I. GARRETT | 10100 | -318.93 |
| 10468V | 8/1/01 | SUSAN S. GLOVER | 10100 | -302.64 |
| 10485 | 8/1/01 | SUSAN S. GLOVER | 10100 | 324.56 |
| 10486 | 8/1/01 | MARION I. GARRETT | 10100 | 355.10 |
| 10487 | 8/15/01 | MARY F. GLOVER | 10100 | 703.99 |
| 10488 | 8/15/01 | NANCY P. BALDWIN | 10100 | 262.32 |
| 10489 | 8/15/01 | RUBY T. CARTER | 10100 | 307.60 |
| 10490 | 8/15/01 | CHARLENE COLLINS | 10100 | 323.01 |
| 10491 | 8/15/01 | PATRICIA D. DAVIDSON | 10100 | 349.65 |
| 10492 | 8/15/01 | CHRISTINE E. FERGUSON | 10100 | 290.30 |
| 10493 | 8/15/01 | ANNIE J. FRANKLIN | 10100 | 281.10 |
| 10494 | 8/15/01 | MARION I. GARRETT | 10100 | 198.41 |
| 10495 | 8/15/01 | NANCY E. GOODWIN | 10100 | 302.04 |
| 10496 | 8/15/01 | BETTY J HODGES | 10100 | 268.42 |
| 10497 | 8/15/01 | HETTIE LITCHFORD | 10100 | 345.70 |
| 10498 | 8/15/01 | FRANCES A. MCIVOR | 10100 | 285.18 |
| 10499 | 8/15/01 | PATRICIA D. RAGLAND | 10100 | 283.20 |
| 10500 | 8/15/01 | CARRIE D. VARNER | 10100 | 250.68 |
| 10501 | 8/15/01 | GLADYS M. WOOTEN | 10100 | 162.27 |
| 10502 | 8/15/01 | Barbara P. Gibson | 10100 | 337.72 |
| 10503 | 8/15/01 | Stanley Glover | 10100 | 510.96 |
| 10504 | 8/15/01 | FRANK O. FERGUSON | 10100 | 392.17 |
| 10505 | 8/15/01 | SUSAN S. GLOVER | 10100 | 309.04 |
| 10506 | 8/15/01 | ANN M. COLLINS | 10100 | 41.37 |
| 10507 | 8/15/01 | COMUSHIA L. BAKER | 10100 | 286.47 |
| 10508 | 8/15/01 | TERESA GIBLIN | 10100 | 289.80 |

9/5/01 a: 14:35:28.70

# United American Holdings, Inc.
## Check Register
For the Period From Jan 29, 2001 to Sep 5, 2001

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---|---|---|---|---|
| 10509 | 8/15/01 | NANCY A. MAYBERRY | 10100 | 204.18 |
| 10510 | 8/15/01 | ROBERT NITTI | 10100 | 1,048.40 |
| 10511 | 8/15/01 | WILLIAM WALLIS | 10100 | 1,035.86 |
| 10512 | 8/15/01 | ANTONIO M. DAVIS SR. | 10100 | 674.44 |
| 10513 | 8/15/01 | MARILYN E. BAILEY | 10100 | 330.24 |
| 10514 | 8/15/01 | CALVIN PETTY | 10100 | 320.85 |
| 10515 | 8/15/01 | CAROLINE REVELY | 10100 | 314.28 |
| 10516 | 8/15/01 | PEGGY REVELY | 10100 | 314.28 |
| 10517 | 8/15/01 | Mary Humbles | 10100 | 251.99 |
| 10518 | 8/15/01 | Willard G. Spencer | 10100 | 665.08 |
| 10519 | 8/15/01 | JARED COFFMAN | 10100 | 152.87 |
| 5048 | 8/20/01 | TRIGON | 10100 | 3,885.49 |
| 10520 | 8/29/01 | MARY F. GLOVER | 10100 | 588.23 |
| 10521 | 8/29/01 | NANCY P. BALDWIN | 10100 | 275.63 |
| 10522 | 8/29/01 | RUBY T. CARTER | 10100 | 224.34 |
| 10523 | 8/29/01 | CHARLENE COLLINS | 10100 | 278.52 |
| 10524 | 8/29/01 | PATRICIA D. DAVIDSON | 10100 | 540.33 |
| 10525 | 8/29/01 | CHRISTINE E. FERGUSON | 10100 | 271.37 |
| 10526 | 8/29/01 | ANNIE J. FRANKLIN | 10100 | 266.08 |
| 10527 | 8/29/01 | MARION I. GARRETT | 10100 | 298.49 |
| 10528 | 8/29/01 | NANCY E. GOODWIN | 10100 | 343.72 |
| 10529 | 8/29/01 | BETTY J HODGES | 10100 | 278.15 |
| 10530 | 8/29/01 | HETTIE LITCHFORD | 10100 | 295.12 |
| 10531 | 8/29/01 | FRANCES A. MCIVOR | 10100 | 269.29 |
| 10532 | 8/29/01 | PATRICIA D. RAGLAND | 10100 | 206.80 |
| 10533 | 8/29/01 | CARRIE D. VARNER | 10100 | 278.30 |
| 10534 | 8/29/01 | GLADYS M. WOOTEN | 10100 | 273.63 |
| 10535 | 8/29/01 | Barbara P. Gibson | 10100 | 207.38 |
| 10536 | 8/29/01 | Stanley Glover | 10100 | 414.92 |
| 10537 | 8/29/01 | FRANK O. FERGUSON | 10100 | 316.58 |
| 10538 | 8/29/01 | SUSAN S. GLOVER | 10100 | 241.34 |
| 10539 | 8/29/01 | COMUSHIA L. BAKER | 10100 | 281.44 |
| 10540 | 8/29/01 | EVELYN TAYLOR | 10100 | 59.48 |
| 10541 | 8/29/01 | TERESA GIBLIN | 10100 | 243.89 |
| 10542 | 8/29/01 | ANTONIO M. DAVIS SR. | 10100 | 763.06 |
| 10543 | 8/29/01 | MARILYN E. BAILEY | 10100 | 332.12 |
| 10544 | 8/29/01 | CALVIN PETTY | 10100 | 335.31 |
| 10545 | 8/29/01 | CAROLINE REVELY | 10100 | 315.85 |

9/5/01 at 14:35:28.92

# United American Holdings, Inc.
## Check Register
### For the Period From Jan 29, 2001 to Sep 5, 2001

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---|---|---|---|---|
| 10546 | 8/29/01 | PEGGY REVELY | 10100 | 315.35 |
| 10547 | 8/29/01 | Willard G. Spencer | 10100 | 777.00 |
| 10548 | 8/29/01 | Mary Humbles | 10100 | 253.33 |
| 10549 | 8/29/01 | ANTONIO M. DAVIS SR. | 10100 | 194.69 |
| 10550 | 8/29/01 | ROBERT NITTI | 10100 | 1,048.40 |
| 10551 | 8/29/01 | WILLIAM WALLIS | 10100 | 1,035.86 |
| 10552 | 8/29/01 | JARED COFFMAN | 10100 | 79.65 |
| 10553 | 8/29/01 | Sean M. Clark | 10100 | 79.65 |
| 10554 | 9/5/01 | MARY F. GLOVER | 10100 | 439.91 |
| 10556 | 9/5/01 | NANCY P. BALDWIN | 10100 | 234.69 |
| 10555V | 9/5/01 | NANCY P. BALDWIN | 10100 | -234.69 |
| 10557 | 9/5/01 | RUBY T. CARTER | 10100 | 121.97 |
| 10558 | 9/5/01 | CHARLENE COLLINS | 10100 | 245.15 |
| 10559 | 9/5/01 | PATRICIA D. DAVIDSON | 10100 | 290.93 |
| 10560 | 9/5/01 | CHRISTINE E. FERGUSON | 10100 | 232.38 |
| 10561 | 9/5/01 | ANNIE J. FRANKLIN | 10100 | 232.38 |
| 10562 | 9/5/01 | MARION J. GARRETT | 10100 | 232.58 |
| 10563 | 9/5/01 | NANCY E. GOODWIN | 10100 | 233.53 |
| 10564 | 9/5/01 | BETTY J HODGES | 10100 | 232.38 |
| 10565 | 9/5/01 | HETTIE LITCHFORD | 10100 | 256.13 |
| 10566 | 9/5/01 | FRANCES A. McIVOR | 10100 | 222.38 |
| 10567 | 9/5/01 | PATRICIA D. RAGLAND | 10100 | 190.54 |
| 10568 | 9/5/01 | CARRIE D. VARNER | 10100 | 222.95 |
| 10569 | 9/5/01 | GLADYS M. WOOTEN | 10100 | 232.38 |
| 10570 | 9/5/01 | Barbara P. Gibson | 10100 | 256.13 |
| 10571 | 9/5/01 | Stanley Glover | 10100 | 307.48 |
| 10572 | 9/5/01 | FRANK O. FERGUSON | 10100 | 331.05 |
| 10573 | 9/5/01 | SUSAN S. GLOVER | 10100 | 200.06 |
| 10574 | 9/5/01 | COMUSHIA L. BAKER | 10100 | 43.22 |
| 10575 | 9/5/01 | TERESA GIBLIN | 10100 | 183.52 |
| 10576 | 9/5/01 | ROBERT NITTI | 10100 | 1,048.40 |
| 10577 | 9/5/01 | WILLIAM WALLIS | 10100 | 1,035.86 |
| 10578 | 9/5/01 | ANTONIO M. DAVIS SR. | 10100 | 449.40 |
| 10579 | 9/5/01 | MARILYN E. BAILEY | 10100 | 236.19 |
| 10580 | 9/5/01 | CALVIN PETTY | 10100 | 178.52 |
| 10581 | 9/5/01 | CAROLINE REVELY | 10100 | 235.23 |
| 10582 | 9/5/01 | PEGGY REVELY | 10100 | 264.57 |
| 10583 | 9/5/01 | Mary Humbles | 10100 | 217.23 |
| 10584 | 9/5/01 | Willard G. Spencer | 10100 | 493.78 |

9/5/01 at 14:35:29:14                                                    Page: 18

# United American Holdings, Inc.
## Check Register
### For the Period From Jan 29, 2001 to Sep 5, 2001

Filter Criteria includes  Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| 10585 | 9/5/01 | ANTONIO M. DAVIS SR. | 10100 | 70.20 |
| Total |  |  |  | 335,616.27 |

# United American Holdings, Inc.
## Aged Receivables
### As of Jan 29, 2001

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Contact<br>Telephone 1 | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | Date Due |
|---|---|---|---|---|---|---|---|
| 97-237<br>Wound Ostomy Cont. Nurses Soc | 2011-069 | | | | 6,095.00 | 6,095.00 | 9/2/00 |
| 97-237<br>Wound Ostomy Cont. Nurses S | | | | | 6,095.00 | 6,095.00 | |
| CUNY DRC<br>JOHN JAY COL OF CRIMINAL<br>BETSY MORALES<br>212-237-8692 | J 00002B | | | | 195.01 | 195.01 | 2/11/00 |
| CUNY DRC<br>JOHN JAY COL OF CRIMIN | | | | | 195.01 | 195.01 | |
| IDMAS<br>IDBMA'S INT'L SPECTRUM<br>MONICA GIOBBI | 0096351-1 | | | | 1,689.87 | 1,689.87 | 4/14/96 |
| IDMAS<br>IDBMA'S INT'L SPECTRUM | | | | | 1,689.87 | 1,689.87 | |
| J 98074<br>IDEAL PROMOTIONS<br>TROSLYN MITCHELL<br>972-985-6400 | 98074 B | | | | 2,242.85 | 2,242.85 | 4/25/98 |
| J 98074<br>IDEAL PROMOTIONS | | | | | 2,242.85 | 2,242.85 | |
| J 98116<br>PAULINE SIMS & CO.<br>PAULINE SIMS<br>718-428-7067 | J 09479 | | | | 2,240.90 | 2,240.90 | 7/1/00 |
| J 98116<br>PAULINE SIMS & CO. | | | | | 2,240.90 | 2,240.90 | |
| J 98143<br>ALLIANCE OF CARDIOVASC<br>LENNA LABOUR<br>540-370-0102 | 98143 A | | | | 498.00 | 498.00 | 6/3/98 |
| J 98143<br>ALLIANCE OF CARDIOVAS | | | | | 498.00 | 498.00 | |
| J 98144<br>ALLIANCE OF CARDIOVASC<br>LENNA LABOUR<br>540-370-0102 | 98144 B | | | | 535.53 | 535.53 | 8/29/98 |
| J 98144<br>ALLIANCE OF CARDIOVAS | | | | | 535.53 | 535.53 | |

Case 6:14-cv-00005-NKM-RSB   Document 27-6   Filed 10/02/14   Page 77 of 144   Pageid#: 402

# United American Holdings, Inc.
## Aged Receivables
### As of Jan 29, 2001

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format

| Customer ID<br>Customer<br>Contact<br>Telephone 1 | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | Date Due |
|---|---|---|---|---|---|---|---|
| J 98165<br>FIERO OWNERS CLUB OF AM<br>GLORIA HUFF<br>714-917-2160 | 98165 B | | | | 775.82 | 775.82 | 9/5/98 |
| J 98165<br>FIERO OWNERS CLUB OF A | | | | | 775.82 | 775.82 | |
| J 98198<br>AMDAHL CORPORATION<br>CHERLY PAPPAY<br>201-229-4416 | 98192 A | | | | 2,362.50 | 2,362.50 | 9/22/98 |
| J 98198<br>AMDAHL CORPORATION | | | | | 2,362.50 | 2,362.50 | |
| J 98232<br>PEL-A-WAY<br>JOYCE JAMERSON<br>804-845-1647 | 98232 B | | | | 210.25 | 210.25 | 12/20/98 |
| J 98232<br>PEL-A-WAY | | | | | 210.25 | 210.25 | |
| J 99038<br>N.A.N.B.P.W.C. Women of Colo<br>Sherelle T. Carper<br>703-661-6293 | J 99038B/ | | | | 82.30 | 82.30 | 11/11/99 |
| J 99038<br>N.A.N.B.P.W.C. Women of Col | | | | | 82.30 | 82.30 | |
| J 99040<br>P.D.I.<br>Dan Larose<br>248-380-1654 | J 99031B | | | | 189.78 | 189.78 | 6/3/99 |
| J 99040<br>P.D.I. | | | | | 189.78 | 189.78 | |
| J 99080<br>"CUNY DRC"<br>Brian Blake | J 99101<br>J 99081B | | | | 31.80<br>35.00 | 31.80<br>35.00 | 9/5/99<br>9/5/99 |
| J 99080<br>"CUNY DRC" | | | | | 66.80 | 66.80 | |
| J 99131<br>CUNY DRC<br>BRIAN BLAKE<br>212-237-8682 | J 99131A/ | | | | 883.10 | 883.10 | 12/8/99 |
| J 99131<br>CUNY DRC | | | | | 883.10 | 883.10 | |

## United American Holdings, Inc.
### Aged Receivables
As of Jan 29, 2001

Filter Criteria includes; Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer Contact Telephone 1 | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | Date Due |
|---|---|---|---|---|---|---|---|
| J 99136 CUNY DISPUTE RESOLUTION DR. MARIA VOLPE 212-237-8692 | J 99136B | | | | 197.50 | 197.50 | 1/8/00 |
| J 99136 CUNY DISPUTE RESOLUTIO | | | | | 197.50 | 197.50 | |
| SWANA SOLID WASTE ASSN OF N. A JULIE MASLANKY 301-588-2898 | J 00008A | | | | 212.00 | 212.00 | 3/10/00 |
| SWANA SOLID WASTE ASSN OF N. A | | | | | 212.00 | 212.00 | |
| Report Total | | | | | 18,477.21 | 18,477.21 | |

# United American Holdings, Inc.
## Aged Receivables
### As of Sep 5, 2001

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Contact<br>Telephone 1 | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | Date Due |
|---|---|---|---|---|---|---|---|
| 97-237<br>Wound Ostomy Cont. Nurses Soc | 2011-069 | | | | 6,095.00 | 6,095.00 | 9/2/00 |
| **97-237**<br>Wound Ostomy Cont. Nurses S | | | | | **6,095.00** | **6,095.00** | |
| CUNY DRC<br>JOHN JAY COL OF CRIMINAL<br>BETSY MORALES<br>212-237-8692 | J 00002B | | | | 195.01 | 195.01 | 2/11/00 |
| CUNY DRC<br>JOHN JAY COL OF CRIMIN | | | | | **195.01** | **195.01** | |
| IDMAS<br>IDBMA'S INT'L SPECTRUM<br>MONICA GIOBBI | 0096351-I | | | | 1,689.87 | 1,689.87 | 4/14/96 |
| **IDMAS**<br>**IDBMA'S INT'L SPECTRUM** | | | | | **1,689.87** | **1,689.87** | |
| J 98074<br>IDEAL PROMOTIONS<br>TROSLYN MITCHELL<br>972-985-6400 | 98074 B | | | | 2,242.85 | 2,242.85 | 4/25/98 |
| **J 98074**<br>**IDEAL PROMOTIONS** | | | | | **2,242.85** | **2,242.85** | |
| J 98116<br>PAULINE SIMS & CO.<br>PAULINE SIMS<br>718-428-7067 | J 09479 | | | | 2,240.90 | 2,240.90 | 7/1/00 |
| **J 98116**<br>**PAULINE SIMS & CO.** | | | | | **2,240.90** | **2,240.90** | |
| J 98143<br>ALLIANCE OF CARDIOVASC<br>LENNA LABOUR<br>540-370-0102 | 98143 A | | | | 498.00 | 498.00 | 6/3/98 |
| **J 98143**<br>**ALLIANCE OF CARDIOVAS** | | | | | **498.00** | **498.00** | |
| J 98144<br>ALLIANCE OF CARDIOVASC<br>LENNA LABOUR<br>540-370-0102 | 98144 B | | | | 535.53 | 535.53 | 8/29/98 |
| **J 98144**<br>**ALLIANCE OF CARDIOVAS** | | | | | **535.53** | **535.53** | |

9/5/01 at 16:36:20.13

**United American Holdings, Inc.**
**Aged Receivables**
As of Sep 5, 2001

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer Contact Telephone 1 | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | Date Due |
|---|---|---|---|---|---|---|---|
| J 98165 FIERO OWNERS CLUB OF AM GLORIA HUFF 714-917-2160 | 98165 B | | | | 775.82 | 775.82 | 9/5/98 |
| J 98165 FIERO OWNERS CLUB OF A | | | | | 775.82 | 775.82 | |
| J 98198 AMDAHL CORPORATION CHERLY PAFFAY 201-229-4416 | 98192 A | | | | 2,362.50 | 2,362.50 | 9/22/98 |
| J 98198 AMDAHL CORPORATION | | | | | 2,362.50 | 2,362.50 | |
| J 98232 PEL-A-WAY JOYCE JAMERSON 804-845-1047 | 98232 B | | | | 210.25 | 210.25 | 12/20/98 |
| J 98232 PEL-A-WAY | | | | | 210.25 | 210.25 | |
| J 99038 N.A.N.B.P.W.C. Women of Colo Shevelle T. Cuiper 703-661-6293 | J 99038B/ | | | | 82.30 | 82.30 | 11/11/99 |
| J 99038 N.A.N.B.P.W.C. Women of Col | | | | | 82.30 | 82.30 | |
| J 99040 P.D.I. Dan Larose 248-380-1654 | J 99031B | | | | 189.78 | 189.78 | 6/3/99 |
| J 99040 P.D.I. | | | | | 189.78 | 189.78 | |
| J 99080 "CUNY DRC" Brian Blake | J 99101 J 99081B | | | | 31.80 35.00 | 31.80 35.00 | 9/5/99 9/5/99 |
| J 99080 "CUNY DRC" | | | | | 66.80 | 66.80 | |
| J 99131 CUNY DRC BRIAN BLAKE 212-237-8682 | J 99131A/ | | | | 883.10 | 883.10 | 12/8/99 |
| J 99131 CUNY DRC | | | | | 883.10 | 883.10 | |

## United American Holdings, Inc.
### Aged Receivables
#### As of Sep 5, 2001

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Customer ID / Customer / Contact / Telephone I | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | Date Due |
|---|---|---|---|---|---|---|---|
| J 99136<br>CUNY DISPUTE RESOLUTION<br>DR. MARIA VOLPE<br>212-237-8692 | J 99136B | | | | 197.50 | 197.50 | 1/8/00 |
| J 99136<br>CUNY DISPUTE RESOLUTIO | | | | | 197.50 | 197.50 | |
| SWANA<br>SOLID WASTE ASSN OF N. A<br>JULIE MASLANKV<br>301-588-2898 | J C0008A | | | | 212.00 | 212.00 | 3/10/00 |
| SWANA<br>SOLID WASTE ASSN OF N. A | | | | | 212.00 | 212.00 | |
| Report Total | | | | | 18,477.21 | 18,477.21 | |

INVENTORY

| Item | Amount | Value |
|---|---|---|
| Keychains | 1,000 pcs | |
| LTS Navy Portfolio | 50 pcs | $500.00 |
| 5442 - Navy | 50 pcs | $250.00 |
| 544 - Natural (Inc. Mag.) | 50 pcs | $250.00 |
| Black Canvas Tote (Retail) | 100 pcs | $400.00 |
| Blue Handles (15 oz.) | 1200 yds (1 box) | $240.00 |
| Coffee Mugs | 500 pcs | $1,000.00 |
| NOOD Duffel Bags | 31 pcs | $201.50 |
| 14x14x3 - 10 oz. Natural | 83 pcs | $207.50 |
| 10x10x2 - Nat. w/12" Poly | 240 pcs | $600.00 |
| Black Portfolio Samples - Printed | 20 pcs | $200.00 |
| Green Docfolios - Printed | 25 pcs | $75.00 |
| Natural Samples - Printed | 100 | $300.00 |
| Misc. Colored Canvas Handles | 2500 yds (2 boxes) | $500.00 |
| 600 Denier Samples | 25 pcs | $100.00 |
| Nat/Navy/Teal Canvas Handles | 2500 yds (2 boxes) | $500.00 |
| 544 - Misc. Color | 10 pcs | $50.00 |
| 420 Denier - OBA printed | 50 pcs | $200.00 |
| 16 1/2x14 1/2x4 - 10 oz. Natural | 800 pcs | $1,600.00 |
| Burg/White Impr. Totes | 350 pcs | $1,400.00 |
| Black 600 Denier Docfolio | 100 pcs | $300.00 |
| Misc. Samples | 75 pcs | $150.00 |
| Red Tafetta Rolls | 4 rolls | $600.00 |
| | Total: | $9,624.00 |

| Item | Amount | Value |
|---|---|---|
| Pressure Washer | 1 | $159.00 |
| Desks | 6 | $600.00 |
| Chairs | 3 | $60.00 |
| Lamps | 2 | $20.00 |
| Computer Parts | | $400.00 |
| Monitors | 2 | $250.00 |
| Broken Ceiling Fan | 1 | $0.00 |
| Coke Machine | 1 unit | $2,000.00 |
| Bissell Vacuum | 1 unit | $200.00 |
| NEC Super Script Laser Printer | 1 unit | $400.00 |
| Printer 1 | 1 unit | $159.00 |
| Printer 2 - HP | 1 unit | $279.00 |
| | Total: | $4,527.00 |

EXH. P

# SUNTRUST

September 19, 2001


UNITED AMERICAN HOLDING INC DIP6010037
PAYROLL ACCOUNT
318 EAST CONFEDERATE BLVD
APPOMATTOX VA 24522


ACCOUNT NUMBER

DEAR CUSTOMER:

Our records indicate that your account currently has a negative
balance of $105.53.  To bring your account to a positive balance,
please stop by a SunTrust branch to make a deposit.  Or, simply detach
and remit the payment coupon below and include a certified check,
cashier's check, or money order.  For your convenience, a postage-paid
envelope is provided.

Because you are a valued customer, we know that you will want to
fulfill your obligation to SunTrust Bank. If you have already made
a payment, thank you for your attention to this matter.

If you have any questions, please call SunTrust Online, our 24-hour
banking center, at 1-888-SunTrust (1-888-786-8787).  We will be glad
to help you.


Sincerely,


DDA Recovery Department


        (Detach Here and Enclose Bottom Portion With Your Check)
-------------------------------------------------------------------------
UNITED AMERICAN HOLDING INC DIP6010037
PAYROLL ACCOUNT
318 EAST CONFEDERATE BLVD
APPOMATTOX VA 24522

                            Account Number:
                            Send: $105.53_____


Please make check payment to SunTrust Bank.  Remember to write your
account number on the check.  Please do not send cash.  Remit in the
enclosed postage-paid envelope.

If you have any questions, please call 1-888-SunTrust (1-888-786-8787).


1001L

EXH. E

SUNTRUST BANK
P O BOX 85024
RICHMOND VA 23285-5024

# SUNTRUST

## Account Statement

UNITED AMERICAN HOLDING INC DIP6010037
PAYROLL ACCOUNT
318 EAST CONFEDERATE BLVD
APPOMATTOX VA 24522

Questions? Please call
1-888-SUNTRUST
or (1-888-786-8787)

LOOKING TO SAVE YOUR SMALL BUSINESS A LOT OF DOUGH? CHECK WITH SUNTRUST FIRST.
WE OFFER A WIDE RANGE OF PRODUCTS AND SERVICES TO MEET YOUR BUSINESS NEEDS. TO
FIND OUT MORE ABOUT OUR SMALL BUSINESS SOLUTIONS, CONTACT A BUSINESS BANKER OR
STOP BY YOUR NEAREST SUNTRUST OFFICE. ASK ABOUT OUR SPECIAL OFFERS. MEMBER FDIC.

| Account Summary | Account Type | Account Number | Statement Period | Taxpayer ID |
|---|---|---|---|---|
| | BUSINESS CHECKING | | 08/01/2001 - 08/31/2001 | 54-1645246 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $16,321.67 | Average Balance | $7,151.56 |
| Deposits/Credits | $30,994.52 | Average Collected Balance | $6,377.37 |
| Checks | $35,723.06 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $11,593.13 | | |

**Deposits/Credits**

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 08/14 | 14,000.00 | | DEPOSIT | 08/29 | 10,000.00 | | DEPOSIT |
| 08/28 | 6,994.52 | | MISCELLANEOUS CREDIT | | | | |

Deposits/Credits: 3          Total Items Deposited: 2

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 10447 | 693.00 | 08/03 | 10478 | 465.17 | 08/03 | 10506 | 41.37 | 08/21 |
| ✱10449 | 348.25 | 08/03 | 10479 | 383.15 | 08/03 | 10507 | 286.47 | 08/17 |
| 10450 | 260.90 | 08/03 | 10480 | 442.44 | 08/03 | 10508 | 289.80 | 08/17 |
| 10451 | 83.51 | 08/07 | 10481 | 252.50 | 08/03 | 10509 | 204.18 | 08/17 |
| 10452 | 348.25 | 08/03 | 10482 | 828.56 | 08/03 | 10510 | 1,048.40 | 08/17 |
| 10453 | 403.15 | 08/03 | 10483 | 368.97 | 08/03 | 10511 | 1,035.86 | 08/16 |
| 10454 | 314.40 | 08/03 | 10484 | 232.48 | 08/03 | 10512 | 674.44 | 08/17 |
| 10455 | 306.75 | 08/03 | 10485 | 324.56 | 08/03 | 10513 | 330.24 | 08/17 |
| ✱10457 | 329.19 | 08/06 | 10486 | 355.10 | 08/03 | 10514 | 320.85 | 08/17 |
| 10458 | 318.93 | 08/03 | 10487 | 703.99 | 08/17 | 10515 | 314.28 | 08/17 |
| 10459 | 342.68 | 08/07 | 10488 | 262.32 | 08/17 | 10516 | 314.28 | 08/20 |
| 10460 | 308.93 | 08/03 | 10489 | 307.60 | 08/20 | 10517 | 251.99 | 08/17 |
| 10461 | 204.02 | 08/07 | 10490 | 323.01 | 08/17 | 10518 | 663.08 | 08/17 |
| 10462 | 323.93 | 08/03 | 10491 | 349.65 | 08/17 | 10519 | 152.87 | 08/16 |
| 10463 | 188.64 | 08/03 | 10492 | 290.30 | 08/17 | 10520 | 588.23 | 08/31 |
| 10464 | 370.86 | 08/03 | 10493 | 281.10 | 08/17 | 10521 | 273.63 | 08/31 |
| 10465 | 437.71 | 08/03 | 10494 | 198.41 | 08/17 | ✱10523 | 278.52 | 08/31 |
| 10466 | 460.90 | 08/03 | 10495 | 302.04 | 08/20 | 10524 | 340.33 | 08/31 |
| 10467 | 294.98 | 08/03 | 10496 | 268.42 | 08/17 | 10525 | 271.37 | 08/31 |
| ✱10469 | 199.12 | 08/03 | 10497 | 345.70 | 08/17 | 10526 | 266.08 | 08/31 |
| 10470 | 280.35 | 08/03 | 10498 | 285.18 | 08/20 | 10527 | 298.49 | 08/31 |
| 10471 | 209.18 | 08/06 | 10499 | 283.20 | 08/17 | ✱10530 | 295.12 | 08/31 |
| 10472 | 41.37 | 08/03 | 10500 | 250.68 | 08/17 | 10531 | 269.29 | 08/31 |
| 10473 | 1,048.40 | 08/03 | 10501 | 162.27 | 08/17 | 10532 | 206.80 | 08/31 |
| 10474 | 1,035.86 | 08/07 | 10502 | 337.72 | 08/17 | 10533 | 278.30 | 08/31 |
| 10475 | 355.48 | 08/03 | 10503 | 510.96 | 08/17 | 10534 | 273.63 | 08/31 |
| 10476 | | | 10505 | | | | | 08/31 |

SUNTRUST BANK
P O BOX 85024
RICHMOND VA 23285-5024

Page 2 of 2
78/E00/0443/97 /04

08/31/2001

# SUNTRUST

## Account Statement

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 10537 | 316.58 | 08/31 | 10544 | 335.31 | 08/31 | 10550 | 1,048.40 | 08/31 |
| | ✳10539 | 281.44 | 08/31 | ✳10546 | 315.85 | 08/31 | ✳10552 | 79.65 | 08/31 |
| | ✳10541 | 243.89 | 08/30 | 10547 | 777.00 | 08/31 | 10553 | 79.65 | 08/31 |
| | 10542 | 763.06 | 08/31 | 10548 | 253.33 | 08/31 | | | |
| | 10543 | 332.12 | 08/31 | 10549 | 194.69 | 08/31 | | | |

Checks: 97                    ✳Break in check sequence

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 08/01 | 16,321.67 | 16,321.67 | 08/17 | 5,222.14 | 5,222.14 |
| | 08/02 | 15,667.70 | 15,667.70 | 08/20 | 4,013.04 | 4,013.04 |
| | 08/03 | 4,267.98 | 4,267.98 | 08/21 | 3,971.67 | 3,971.67 |
| | 08/06 | 3,729.61 | 3,729.61 | 08/28 | 10,966.19 | 10,966.19 |
| | 08/07 | 2,063.54 | 2,063.54 | 08/29 | 20,966.19 | 10,966.19 |
| | 08/14 | 16,063.54 | 2,063.54 | 08/30 | 20,722.30 | 20,722.30 |
| | 08/15 | 16,063.54 | 16,063.54 | 08/31 | 11,593.13 | 11,593.13 |
| | 08/16 | 14,874.81 | 14,874.81 | | | |

**SUNTRUST BANK**
P O BOX 85024
RICHMOND VA 23285-5024

# SUNTRUST

## Account Statement

UNITED AMERICAS HOLDING INC 6010037
OPERATING ACCOUNT
318 EAST CONFEDERATE BLVD
APPOMATTOX VA 24522

Questions? Please call
1-888-SUNTRUST
or (1-888-786-8787)

LOOKING TO SAVE YOUR SMALL BUSINESS A LOT OF DOUGH? CHECK WITH SUNTRUST FIRST.
WE OFFER A WIDE RANGE OF PRODUCTS AND SERVICES TO MEET YOUR BUSINESS NEEDS. TO
FIND OUT MORE ABOUT OUR SMALL BUSINESS SOLUTIONS, CONTACT A BUSINESS BANKER OR
STOP BY YOUR NEAREST SUNTRUST OFFICE. ASK ABOUT OUR SPECIAL OFFERS. MEMBER FDIC.

| Account Summary | Account Type | Account Number | Statement Period | Taxpayer ID |
|---|---|---|---|---|
| | BUSINESS CHECKING | | 08/01/2001 - 08/31/2001 | 54-1645246 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $4,921.92 | Average Balance | $4,690.30 |
| Deposits/Credits | $7,234.56 | Average Collected Balance | $4,682.75 |
| Checks | $5,242.08 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $6,914.40 | | |
| Ending Balance | $.00 | | |

| Deposits/Credits | Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|---|
| | 08/14 | 234.56 | | DEPOSIT | | | |
| | 08/21 | 7,000.00 | | MISCELLANEOUS CREDIT | | | |

Deposits/Credits: 2                    Total Items Deposited: 1

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 5047 | 1,356.59 | 08/13 | 5048 | 3,885.49 | 08/23 | | | |

Checks: 2

| Withdrawals/Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 08/28 | 6,914.40 | | MISCELLANEOUS DEBIT |

Withdrawals/Debits: 1

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 08/01 | 4,921.92 | 4,921.92 | 08/21 | 10,799.89 | 10,799.89 |
| | 08/13 | 3,565.33 | 3,565.33 | 08/23 | 6,914.40 | 6,914.40 |
| | 08/14 | 3,799.89 | 3,565.89 | 08/28 | .00 | .00 |
| | 08/15 | 3,799.89 | 3,799.89 | | | |

Case 6:14-cv-00005-NKM-RSB   Document 27-6   Filed 10/02/14   Page 87 of 144   Pageid#:
81149                                    Member FDIC

```
SUNTRUST BANK
P O BOX 85024
RICHMOND VA 23285-5024
```

# SUNTRUST

## Account Statement

```
UNITED AMERICAS HOLDING INC DIP6010037
TAX ACCOUNT
318 EAST CONFEDERATE BLVD
APPOMATTOX VA 24522
```

Questions? Please call
1-888-SUNTRUST
or (1-888-786-8787)

LOOKING TO SAVE YOUR SMALL BUSINESS A LOT OF DOUGH? CHECK WITH SUNTRUST FIRST.
WE OFFER A WIDE RANGE OF PRODUCTS AND SERVICES TO MEET YOUR BUSINESS NEEDS. TO
FIND OUT MORE ABOUT OUR SMALL BUSINESS SOLUTIONS, CONTACT A BUSINESS BANKER OR
STOP BY YOUR NEAREST SUNTRUST OFFICE. ASK ABOUT OUR SPECIAL OFFERS. MEMBER FDIC.

| Account Summary | Account Type | Account Number | Statement Period | Taxpayer ID |
|---|---|---|---|---|
| | BUSINESS CHECKING | | 08/01/2001 - 08/31/2001 | 54-1645246 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $7,080.12 | Average Balance | $4,585.91 |
| Deposits/Credits | $.00 | Average Collected Balance | $4,585.91 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $7,080.12 | | |
| Ending Balance | $.00 | | |

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 08/21 | 7,000.00 | | MISCELLANEOUS DEBIT |
| | 08/28 | 80.12 | | MISCELLANEOUS DEBIT |
| | Withdrawals/Debits: 2 | | | |

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 08/01 | 7,080.12 | 7,080.12 | 08/28 | .00 | .00 |
| | 08/21 | 80.12 | 80.12 | | | |

Case 6:14-cv-00005-NKM-RSB   Document 27-6   Filed 10/02/14   Page 88 of 144   Pageid#: 413

81150                                    Member FDIC

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
1100 MAIN STREET, P. O. BOX 6400
LYNCHBURG, VA 24505
(804) 845-0317  FAX (804) 845-1801

## MEMORANDUM

**DATE:** 09/28/01

**TO:**     Jennifer E. Stille, Esq.

**FROM: Deborah C. Farmer**, Deputy Clerk

**RE:**     United American Holdings, Inc.
            (Case No. 6-01-0307-wa1-7)


       Pursuant to Local Rule 9072-1, you are required to forthwith serve notice of the enclosed Order dated 09/28/01)entry No.72)on all parties therein designated to receive the same.

       Enclosed is a suggested certificate which you may wish to use for this purpose.


dcf

enclosures

BK 14
(Rev. 10/79)

# United States Bankruptcy Court

For the ___Western___ District of ___Virginia___

I, ___John W.L. Craig, II___ Clerk of Bankruptcy Court

in and for said District, do hereby certify that the attached copy of ___docket report, list of___

___creditors, and claims register___

in the case of ___William Lee Wallis___

debtor, No. ___02-00416___ has been compared with the original thereof and that it is a complete and correct copy of such original as it appears of record and on file in my office.

In testimony whereof I have hereunto set my hand at ___Lynchburg, VA___

in said District, this ___12th___ day of ___August___, 19x ___2014___

___John W.L. Craig, II___
*Clerk of Bankruptcy Court*

*Gaye A. Robertson*
*Deputy Clerk*

[*Seal of the U.S. Bankruptcy Court*]

Date of issuance: ___August 12, 2014___

FPI-MAR—8-21-80-30M-6644

# U.S. Bankruptcy Court
## Western District of Virginia (Lynchburg)
## Bankruptcy Petition #: 02-00416

| | |
|---|---|
| *Date filed:* | 01/31/2002 |
| *Date terminated:* | 06/27/2002 |
| *Date discharged:* | 05/21/2002 |
| *341 meeting:* | 03/19/2002 |
| *Deadline for objecting to discharge:* | 05/20/2002 |

*Assigned to:* Judge William E Anderson
Chapter 7
Previous chapter 7
Voluntary
No asset

**Debtor**
**William Lee Wallis**
1901 CANTERBURY COURT, APT 17
LYNCHBURG, VA 24503
LYNCHBURG (CITY)-VA
SSN / ITIN: xxx-xx-8090

represented by **Gary M Bowman**
2728 Colonial Ave., Ste. 100
Roanoke, VA 24015
(540) 343--1173
Fax : (540) 343-1157
Email: garymbowman3@cox.net

**Trustee**
**W. Stephen Scott**
P. O. BOX 2737
CHARLOTTESVILLE, VA 22902
434 296-2161

| Filing Date | # | Docket Text |
|---|---|---|
| 01/31/2002 | 1 | VOLUNTARY petition under chapter 7 , [DF], ORIGINAL NIBS DOCKET ENTRY #1 (Entered: 01/31/2002) |
| 01/31/2002 | 2 | FILING FEE AND ADMINISTRATIVE FEE Paid, Receipt # 039697 for $200.00 , [DF], ORIGINAL NIBS DOCKET ENTRY #2 (Entered: 01/31/2002) |
| 01/31/2002 | 3 | SCHEDULES and Statement of Affairs s-5;a-4;l-5 , [DF], ORIGINAL NIBS DOCKET ENTRY #3 (Entered: 01/31/2002) |
| 01/31/2002 | 4 | MATRIX filed , [DF], ORIGINAL NIBS DOCKET ENTRY #4 (Entered: 01/31/2002) |
| 01/31/2002 | 5 | ATTORNEY Statement of Compensation , [DF], ORIGINAL NIBS DOCKET ENTRY #5 (Entered: 01/31/2002) |
| 01/31/2002 | 6 | DEBTOR'S Statement of Intentions , [DF], ORIGINAL NIBS DOCKET ENTRY #6 (Entered: 01/31/2002) |
| | 7 | NOTICE of 341 meeting[Sent to BNC] on 03/19/02 at 02:00 P.M. at Lynchburg, cr mtg, Lynchburg, US Courthouse, Rm 218, 1100 Main St., Lynchburg, VA 24504, [DF], ORIGINAL |

| 01/31/2002 | | NIBS DOCKET ENTRY #7 (Entered: 01/31/2002) |
|---|---|---|
| 01/31/2002 | 8 | COMPLAINTS Deadline due on 05/20/02, [DF], ORIGINAL NIBS DOCKET ENTRY #8 (Entered: 01/31/2002) |
| 02/04/2002 | 9 | CERTIFICATE of Service from BNC re 341 Meeting Notice , [DF], ORIGINAL NIBS DOCKET ENTRY #9 (Entered: 02/11/2002) |
| 04/01/2002 | 10 | 341 MINUTE SHEET filed, meeting held on scheduled date , [DT], ORIGINAL NIBS DOCKET ENTRY #10 (Entered: 04/01/2002) |
| 04/01/2002 | 11 | TRUSTEE'S Report of No Distribution , [DT], ORIGINAL NIBS DOCKET ENTRY #11 (Entered: 04/01/2002) |
| 04/23/2002 | 12 | NOTICE to Creditors of Amendments to Schedules [$20.00 fee paid; Rec. #041763] , [PC], ORIGINAL NIBS DOCKET ENTRY #12 (Entered: 04/23/2002) |
| 05/21/2002 | 13 | DISCHARGE OF DEBTORS[S]-NOTICE MAILED ON DOCKET ENTRY DATE[Sent to BNC] , [PC], ORIGINAL NIBS DOCKET ENTRY #13 (Entered: 05/21/2002) |
| 05/23/2002 | 14 | CERTIFICATE of Service from BNC re Discharge Notice , [PC], ORIGINAL NIBS DOCKET ENTRY #14 (Entered: 06/19/2002) |
| 06/27/2002 | 15 | ORDER of final decree and case closed , [PC], ORIGINAL NIBS DOCKET ENTRY #15 (Entered: 06/27/2002) |

Label Matrix for local noticing
0423-6
Case 02-00416
Western District of Virginia
Lynchburg
Tue Aug 12 09:48:22 EDT 2014

America Online/Compuserve 2000 @901
SALVTORE SPINELLI ESQ
CS 9018
MELVILLE, NY  11747

American Express @0002
THE CORPORATE OPTIMA
SUITE 0002
CHICAGO, IL  60679

Amex Centurion Bank @3001
C/O BECKET & LEE
PO BOX 3001
MALVERN, PA  19355-0701

Branch Banking & Trust @823
JESSE W HOWARD PRESIDENT
823 E MAIN STREET
RICHMOND, VA 23219-3310

Capital One Services @1975
1975 WESTMORELAND ROAD
RICHMOND, VA 23276-0001

Central Va Federal Cu @1660
P O BOX 1660
LYNCHBURG, VA 24505-1660

Dunn Manufacturing
C/O GREENBURG & ASSOCIATES
P. O. BOX 240
ROANOKE, VA 24002-0240

Dunn Manufacturing @240
C/O RICHARD GREENBERG ESQ
P O BOX240
ROANOKE, VA 24002-0240

Fisher-Anderson @1370
1370 N W 114TH ST,STE 300
DES MOINES, IA 50325-7012

Irs @11025
SPECIAL PROCEDURES
P O BOX 10025
RICHMOND, VA  23240

Irs @220
ATTN: COLLECTIONS
RM 620 220 FRANKLIN ROAD
ROANOKE, VA  24011

Msn @899
899 EATON AVENUE
BETHLEHEM, PA 18025-0001

Peoples Bank @10311
P O BOX 10311
STAMFORD, CT 06904-2311

Sun Trust Bankcard @15137
P O BOX 15137
ATLANTA, GA 30333-0137

Usaa Federal Savings Bank @10750
10750 MCDERMOTT FREEWAY
SAN ANTONIO, TX 78288-1600

Va Dept of Taxation @2369
P O BOX 2369
RICHMOND, VA  23218-2369

Wachovia Bank Card @22058
P O BOX 22058
TULSA, OK  74121

Wachovia Bank Na @100
L M BAKER JR CHMN/CEO
100 N MAIN ST
WINSTON-SALEM, NC 27101-4047

Gary M Bowman
2728 Colonial Ave., Ste. 100
Roanoke, VA 24015-3877

W. Stephen Scott
P. O. BOX 2737
CHARLOTTESVILLE, VA 22902-2737

William Lee Wallis
1901 CANTERBURY COURT, APT 17
LYNCHBURG, VA 24503

End of Label Matrix
Mailable recipients    21
Bypassed recipients     0
Total                  21

# Western District of Virginia
# Claims Register

### <u>02-00416 William Lee Wallis</u> **Closed** 06/27/2002

**Judge:** William E Anderson | **Chapter:** 7
**Office:** Lynchburg | **Last Date to file claims:**
**Trustee:** W. Stephen Scott | **Last Date to file (Govt):**

| Creditor: (1278513)<br>Central Va Federal Cu @1660<br>P O BOX 1660<br>LYNCHBURG, VA 24505 | Claim No: 1<br>Original Filed<br>Date: 02/13/2002<br>Original Entered<br>Date: 02/13/2002 | Status:<br>Filed by: CR<br>Entered by: Retired Employee<br>Modified: 02/13/2002 |
|---|---|---|

| Amount | claimed: | $3460.89 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $0.00 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $3460.89 | |

| History: | | | |
|---|---|---|---|
| Details | 1-1 | 02/13/2002 | Claim #1 filed by Central Va Federal Cu @1660, Amount claimed: $3460.89 (Employee, Retired ) |

Description:

Remarks: (1-1) Converted from NIBS.

## Claims Register Summary

**Case Name:** William Lee Wallis
**Case Number:** 02-00416
**Chapter:** 7
**Date Filed:** 01/31/2002
**Total Number Of Claims:** 1

| | |
|---|---|
| **Total Amount Claimed*** | $3460.89 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $0.00 | |
| **Priority** | $0.00 | |
| **Administrative** | $0.00 | |

# United States Bankruptcy Court

For the ___Western___ District of ___Virginia___

I, ___John W.L. Craig, II___ Clerk of Bankruptcy Court

in and for said District, do hereby certify that the attached copy of ___docket report, list of___

___creditors, claims register, and all documents filed___

_____

_____

_____

in the case of ___Boss Management Group, Inc., a Virginia Corporation___

_____

debtor, No. ___05-61589___ has been compared with the original thereof and that it is a complete and correct copy of such original as it appears of record and on file in my office.

In testimony whereof I have hereunto set my hand at ___Lynchburg, VA___

in said District, this ___12th___ day of ___August___, ~~XX~~ 2014

___John W.L. Craig, II___,
*Clerk of Bankruptcy Court*

*Haye a Roberton*,
*Deputy Clerk*

[*Seal of the U.S. Bankruptcy Court*]

Date of issuance: ___August 12, 2014___

FFI-MAR---8-21-80-30M-4644

BUSINESS, CLOSED

# U.S. Bankruptcy Court
## Western District of Virginia (Lynchburg)
### Bankruptcy Petition #: 05-61589

| | |
|---|---|
| | *Date filed:* 04/25/2005 |
| *Assigned to:* Judge William E Anderson | *Date terminated:* 11/25/2008 |
| Chapter 7 | *341 meeting:* 06/07/2005 |
| Voluntary | |
| No asset | |

**Debtor**
**Boss Management Group, Inc. a Virginia Corporation**
318 E. Confederate Blvd
Appomattox, VA 24522
APPOMATTOX-VA
Tax ID / EIN: 54-1976396

represented by **Gary M Bowman**
2728 Colonial Ave., Ste. 100
Roanoke, VA 24015
(540) 343--1173
Fax : (540) 343-1157
Email: garymbowman3@cox.net

**Trustee**
**William F Schneider(79)**
PO Box 739
Lynchburg, VA 24505
434-528-0411

| Filing Date | # | Docket Text |
|---|---|---|
| 04/25/2005 | ❶ 1 | Chapter 7 Voluntary Petition . Fee Amount $209 Filed by Gary M Bowman on behalf of Boss Management Group Inc a Virginia Corporation Schedules A-J due 5/10/2005. Statement of Financial Affairs due 5/10/2005. Summary of schedules due 5/10/2005. Incomplete Filings due by 5/10/2005. (Adams, Marleca) (Entered: 04/25/2005) |
| 04/25/2005 | ❷ 2 | Receipt Number and Filing Fee - Generic Receipt Number 601750, Fee Amount $209 (Adams, Marleca) (Entered: 04/25/2005) |
| 04/25/2005 | ❸ 3 | **Corrective Entry - Should have been filed as an adversary; see docket entry #10** Notice of Removal Filed by Gary M Bowman on behalf of Boss Management Group Inc a Virginia Corporation . (Adams, Marleca) Modified on 5/9/2005 (Tollison, David). (Entered: 04/25/2005) |
| | ❹ 4 | First Meeting of Creditors with 341(a) meeting to be held on 06/07/2005 at 02:30 PM at cr mtg, Lynchburg, US Courthouse, Rm 266, 1101 Court St., Lynchburg, VA 24504. (admin, ) |

| 04/25/2005 | | (Entered: 04/25/2005) |
|---|---|---|
| 04/27/2005 | ◐ 5 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 4 Meeting (AutoAssign Chapter 7b)) No. of Notices: 6. Service Date 04/27/2005. (Admin.) (Entered: 04/28/2005) |
| 05/02/2005 | ◐ 6 | Order of Deficiency Schedules Due Signed on 5/2/2005. Atty Disclosure Statement due 5/10/2005. Schedules A-J due 5/10/2005. Statement of Financial Affairs due 5/10/2005. Summary of schedules due 5/10/2005. (Adams, Marleca) (Entered: 05/02/2005) |
| 05/02/2005 | ◐ 7 | COPY of Letter Filed by Hopp Neumann Humke LLP. (Campbell, Pam) (Entered: 05/03/2005) |
| 05/04/2005 | ◐ 8 | Creditor Disk or Matrix , Schedules, A,B,D,E,F,G H,I, J , Statement of Financial Affairs , Summary of Schedules Filed by William L Wallis, President. (Campbell, Pam) (Entered: 05/04/2005) |
| 05/04/2005 | ◐ 9 | BNC Certificate of Mailing - PDF Document. (RE: related document(s)6 Order of Deficiency Schedules Due) No. of Notices: 3. Service Date 05/04/2005. (Admin.) (Entered: 05/05/2005) |
| 05/09/2005 | ◐ 10 | 459 (Application For Removal): Notice of Removal by Counsel for Boss Management Group, Inc. (No fee required)(Campbell, Pam) (Entered: 05/09/2005) |
| 05/10/2005 | ◐ 11 | Disclosure of Compensation of Attorney for Debtor Filed by Gary M Bowman on behalf of Boss Management Group, Inc. a Virginia Corporation (RE: related document(s)6 Order of Deficiency Schedules Due). (Campbell, Pam) (Entered: 05/10/2005) |
| 05/13/2005 | ◐ 12 | Memorandum and Order entered in Adversary proceeding # 05-06041; Signed on 5/13/2005 (RE: related document(s)10 Notice of Removal). (Campbell, Pam) (Entered: 05/13/2005) |
| 06/10/2005 | ◐ 13 | 341 Minute Sheet Filed; Meeting of Creditors Continued on 7/19/2005 at 3:00 PM at cr mtg, Lynchburg, US Courthouse, Rm 266, 1101 Court St., Lynchburg, VA 24504 (Schneider(79), William) (Entered: 06/10/2005) |
| 07/01/2005 | ◐ 14 | Amended Statement of Financial Affairs Filed by Willaim L Wallis, President. (Campbell, Pam) (Entered: 07/01/2005) |

| 07/22/2005 | ◕ 15 | Trustee's No Asset Report (Schneider(79), William) (Entered: 07/22/2005) |
| 08/24/2005 | ◕ 16 | Amended Schedules *Schedule B* Filed by Gary M Bowman on behalf of Boss Management Group, Inc. a Virginia Corporation. (Bowman, Gary) (Entered: 08/24/2005) |
| 08/24/2005 | ◕ 17 | Motion *to Determine Status of Claim of Boss Management Group, Inc. and Fabriko Acquisition Corporation Against Advisco Capital Corporation* Filed by Debtor Boss Management Group, Inc. a Virginia Corporation Hearing scheduled 11/10/2005 at 09:30 AM at xLynchburg, US Bankruptcy Courtroom 3rd Flr, U.S. Courthouse, 1100 Main St., Lynchburg, VA 24504. (Bowman, Gary) (Entered: 08/24/2005) |
| 08/25/2005 | ◕ 18 | Letter Filed by Gary M Bowman on behalf of Boss Management Group, Inc. a Virginia Corporation. (Bowman, Gary) (Entered: 08/25/2005) |
| 08/31/2005 | ◕ 19 | Trustee Request for Asset Notice William F Schneider(79) on behalf of William F Schneider(79). (Schneider(79), William) (Entered: 08/31/2005) |
| 09/01/2005 | ◕ 20 | Notice of Assets to Creditors . Government Proof of Claim due by 11/30/2005. Proofs of Claims due by 11/30/2005. (Campbell, Pam) (Entered: 09/01/2005) |
| 09/03/2005 | ◕ 21 | BNC Certificate of Mailing - Notice of Assets (RE: related document(s) 20 Notice of Assets to Creditors) No. of Notices: 6. Service Date 09/03/2005. (Admin.) (Entered: 09/04/2005) |
| 10/29/2005 | ◕ 22 | Notice of Removal Filed by Gary M Bowman on behalf of Boss Management Group, Inc. a Virginia Corporation. (Bowman, Gary) (Entered: 10/29/2005) |
| 10/31/2005 | ◕ 23 | Corrective Entry (RE: related document(s)22 Notice filed by Debtor Boss Management Group, Inc. a Virginia Corporation); Pleading should have been filed as an Adversary Proceeding; Counsel notified to re-file pleading; (Campbell, Pam) (Entered: 10/31/2005) |
| 10/31/2005 | ◕ 24 | 459 (Application For Removal): Complaint by CIT Communications Finance Corp. against Boss Management Group, Inc. a Virginia Corporation. Receipt Number defer, Fee Amount $250 (Bowman, Gary) (Entered: 10/31/2005) |

| | | |
|---|---|---|
| 11/10/2005 | ● 25 | Hearing Held - Hearing Continued (RE: related document(s)17 Motion, filed by Debtor Boss Management Group, Inc. a Virginia Corporation) Hearing scheduled 1/19/2006 at 10:00 AM at Lynchburg, US Bankruptcy Courtroom 210, U.S. Courthouse, 1101 Court St., Lynchburg, VA 24504. (Campbell, Pam) (Entered: 11/14/2005) |
| 12/30/2005 | ● 26 | Motion to Approve Sale / *Motion for an Order Approving a Settlement* Filed by Trustee William F Schneider(79) Hearing scheduled 1/19/2006 at 09:30 AM at Lynchburg, US Bankruptcy Courtroom 210, U.S. Courthouse, 1101 Court St., Lynchburg, VA 24504. (Attachments: 1 Exhibit A2 Exhibit B3 Exhibit C) (Schneider(79), William) (Entered: 12/30/2005) |
| 01/13/2006 | ● 27 | Miscellaneous *Debtor's Objection to Trustee's Motion to Compromise Debtor's Claim Against Advisco Capital Corporation* Filed by Gary M Bowman on behalf of Boss Management Group, Inc. a Virginia Corporation. (Bowman, Gary) (Entered: 01/13/2006) |
| 01/13/2006 | ● 28 | Miscellaneous *Debtor's Objection to Hearing on Trustee's Motion to Compromise Debtor's Claim Against Advisco Capital Corporation* Filed by Gary M Bowman on behalf of Boss Management Group, Inc. a Virginia Corporation. (Bowman, Gary) (Entered: 01/13/2006) |
| 01/16/2006 | ● 29 | Response *to Debtor's Objection to Hearing on Trustee's Motion to Compromise Debtor's Claim against Advisco Capital Corporation* Filed by William F Schneider(79) on behalf of William F Schneider(79) (RE: related document(s)28 Miscellaneous, ). Hearing scheduled 1/19/2006 at 10:00 AM at Lynchburg, US Bankruptcy Courtroom 210, U.S. Courthouse, 1101 Court St., Lynchburg, VA 24504. (Schneider(79), William) (Entered: 01/16/2006) |
| 01/19/2006 | ● 30 | Hearing Held (RE: related document(s)17 Motion to determine status of claim of Boss Management Group, Inc. and Fabriko Acquisition Corp. against Advisco Capital Corp. filed by Debtor Boss Management Group, Inc. a Virginia Corporation) To be withdrawn; Order to be Tendered Due by 1/30/2006. (Campbell, Pam) (Entered: 01/19/2006) |
| 01/19/2006 | ● 31 | Hearing Held - Hearing Continued (RE: related document(s)26 Motion to Approve Sale, filed by Trustee William F Schneider (79)) Hearing scheduled 2/2/2006 at 10:00 AM at Lynchburg, US Bankruptcy Courtroom 210, U.S. Courthouse, 1101 Court St., Lynchburg, VA 24504. (Campbell, Pam) (Entered: 01/19/2006) |

| | | |
|---|---|---|
| 01/20/2006 | ❏ 32 | Order Continuing Hearing on Trustee's Motion to Approve Compromise Settlement with Advisco Capital Corporation and the debtor's motion to determine status of claim of Boss Management Group, Inc. and Fabriko Acquisition Corporation against Advisco Capital Corporation is dismissed; Counsel for debtor to certify; Signed on 1/20/2006 (RE: related document(s) 17 & 26 Motion to Approve Sale, filed by Trustee William F Schneider(79)). Hearing scheduled 2/2/2006 at 09:30 AM at Lynchburg, US Bankruptcy Courtroom 210, U.S. Courthouse, 1101 Court St., Lynchburg, VA 24504. (Campbell, Pam) (Entered: 01/20/2006) |
| 01/25/2006 | ❏ 33 | Adversary Case 05-6041 Closed (Campbell, Pam) (Entered: 01/25/2006) |
| 02/02/2006 | ❏ 34 | Hearing Held (RE: related document(s)26 Motion to Approve Sale, filed by Trustee William F Schneider(79)) (Attachments: 1 Exhibit #1 Letter dated 1/16/01 from D. Franklin; Exhibit # 2 Letter dated 3/12/01 from P. Newman; Exhibit # 3 - VSCC Corp. Inquiry; Exhibit # 4 - Letter dated 8/15/02 from Gary Bowman;2 Exhibit Exhibit # 5 - Copy of checks w/cover dated 9/9/02; Exhibit # 6 letter dated 6/13/05 from William Wallis; Exhibit # 7 letter dated 6/13/05 from Willam Wallis; Exhibit # 8 letter dated 6/14/05 from William Wallis; (3) Exhibit # 9 Letter dated 6/14/05 from William Wallis; Exhibit # 10 stmt of acct/contract;) (Campbell, Pam) (Entered: 02/06/2006) |
| 02/06/2006 | ❏ 35 | Corrective Entry - Outcome of hearing was not docketed - Hearing held on Motion to Approve sale/motion for order approving settlement filed by trustee; THE DECISION WAS WITHHELD (RE: related document(s)34 Hearing Held (Bk Other), Hearing Held (Bk Other), Hearing Held (Bk Other)) (Campbell, Pam) (Entered: 02/06/2006) |
| 02/08/2006 | ❏ 36 | Transcript of (RE: related document(s)34Continued Hearing Held on trustee's motion to approve sale/motion for order approving a settlement (Farmer, Deborah) Additional attachment(s) added on 2/22/2006 (Tollison, David). (Entered: 02/13/2006) |
| 02/13/2006 | ❏ 37 | Motion to Withdraw/Dismiss Document (related document(s) 26 Motion to Approve Sale, ) /Motion for Order Approving a Settlement of Debtor's Unliquidated Claim against Advisco Capital Corp. with Leave to Re-File Filed by Trustee William F Schneider(79) Hearing scheduled 3/9/2006 at 10:00 AM at Lynchburg, US Bankruptcy Courtroom 210, U.S. Courthouse, 1101 Court St., Lynchburg, VA 24504. (Schneider(79), William) (Entered: 02/13/2006) |

| | | |
|---|---|---|
| 03/09/2006 | ●38 | Hearing Held on Motion to withdraw motion for order approving settlement of debtor's unliquidated claim v. Advisco Capital Corporation with leave to refile.; Granted' (RE: related document(s)37 Motion to Withdraw/Dismiss Document, filed by Trustee William F Schneider(79)) Order to be Tendered Due by 3/20/2006. (Campbell, Pam) (Entered: 03/10/2006) |
| 03/22/2006 | ●39 | Order Granting Trustee's Motion to Withdraw Motion for Order Approving Settlement (Related Doc # 37) Signed on 3/22/2006. (Trustee to certify service.) (Warren, Kathy) (Entered: 03/22/2006) |
| 03/22/2006 | ●40 | Certificate of Service Filed by William F Schneider(79) on behalf of William F Schneider(79) (RE: related document(s)39 Order on Motion to Withdraw/Dismiss Document). (Schneider (79), William) (Entered: 03/22/2006) |
| 04/11/2006 | ●41 | Disposition of Adversary 05-06080: Dismissed; Signed on 4/11/2006 (RE: related document(s)1 Complaint filed by Plaintiff CIT Communications Finance Corp., 4 Hearing Held (Adv Other)). (Campbell, Pam) (Entered: 04/11/2006) |
| 06/07/2006 | ●42 | Application to Employ Bell & Schneider, PLC, as attorney Filed by Trustee William F Schneider(79) (Schneider(79), William) (Entered: 06/07/2006) |
| 06/20/2006 | ●43 | Order Granting Application to Employ Bell & Schneider attorney to trustee ,(Related Doc # 42) Signed on 6/20/2006. (Campbell, Pam) (Entered: 06/20/2006) |
| 06/21/2006 | ●44 | Certificate of Service Filed by William F Schneider(79) on behalf of William F Schneider(79) (RE: related document(s)43 Order on Application to Employ). (Schneider(79), William) (Entered: 06/21/2006) |
| 07/06/2006 | ●45 | Adversary Case 05-6080 Closed (Campbell, Pam) (Entered: 07/06/2006) |
| 08/28/2006 | ●46 | Adversary case 06-06081. Complaint by William F Schneider, Trustee against Fabriko Acquisition Corporation, Mid-West Textiles, Inc.. Receipt Number defer, Fee Amount $250. (435 (Validity/Priority/Extent Lien),498 (Other Action)) (Schneider, William) (Entered: 08/28/2006) |
| 03/14/2007 | ●47 | Amended Schedule B Filed by Gary M Bowman on behalf of Boss Management Group, Inc. a Virginia Corporation. (Bowman, Gary) (Entered: 03/14/2007) |

| | | |
|---|---|---|
| 05/10/2007 | 48 | Notice of Appeal to DistrictCourt . Fee Amount $255 Filed by Debtor Boss Management Group, Inc. a Virginia Corporation. Appellant Designation due by 5/21/2007. **Docketed in wrong case, should be adversary case # 06-06081, Counsel notified to correct**(Bowman, Gary) Modified on 5/17/2007 (Campbell, Pam). (Entered: 05/10/2007) |
| 12/11/2007 | 49 | Judgement Entered; Signed on 12/11/2007. (Campbell, Pam) (Entered: 12/11/2007) |
| 12/12/2007 | 50 | Notice of Proposed Abandonment of Property of the Estate *as approved by Order dated December 11, 2007, docket no. 49* Filed by William F Schneider(79) on behalf of William F Schneider(79). (Schneider(79), William) (Entered: 12/12/2007) |
| 12/12/2007 | 51 | Trustee's No Asset Report William F Schneider(79) on behalf of William F Schneider(79). (Schneider(79), William) (Entered: 12/12/2007) |
| 02/14/2008 | 52 | Adversary Case 06-06081 Closed (Campbell, Pam) (Entered: 02/14/2008) |
| 11/25/2008 | 53 | Bankruptcy Case Closed (Campbell, Pam) (Entered: 11/25/2008) |

# Western District of Virginia
# Claims Register

<u>05-61589 Boss Management Group, Inc. a Virginia Corporation</u> **Closed** 11/25/2008

**Judge:** William E Anderson | **Chapter:** 7
**Office:** Lynchburg | **Last Date to file claims:**
**Trustee:** William F Schneider(79) | **Last Date to file (Govt):**

| Creditor: (2214190) Dept of Treasury - IRS P O Box 10025, Stop Room 898 Richmond, VA 23240 | Claim No: 1 Original Filed Date: 11/03/2005 Original Entered Date: 11/03/2005 | Status: Filed by: CR Entered by: Pam M Campbell Modified: 11/03/2005 |
|---|---|---|

| Amount | claimed: | $57098.67 | |
|---|---|---|---|
| Priority | claimed: | $40834.18 | |
| Unsecured | claimed: | $16264.49 | |

History:
| Details | 1-1 | 11/03/2005 | Claim #1 filed by Dept of Treasury - IRS, Amount claimed: $57098.67 (Campbell, Pam ) |
|---|---|---|---|

Description:

Remarks:

| Creditor: (2217381) Ellen M. Chelstrom % Paul A Dirkse 607 North Eighth Street, Suite 400 Sheboygan, WI 53081-4513 | Claim No: 2 Original Filed Date: 11/18/2005 Original Entered Date: 11/18/2005 | Status: Filed by: CR Entered by: Pam M Campbell Modified: |
|---|---|---|

| Amount | claimed: | $186870.43 | |
|---|---|---|---|
| Unsecured | claimed: | $186870.43 | |

History:
| Details | 2-1 | 11/18/2005 | Claim #2 filed by Ellen M. Chelstrom, Amount claimed: $186870.43 (Campbell, Pam ) |
|---|---|---|---|

Description:

Remarks:

| Creditor: (2362661) Department of the Treasury Internal Revenue Service 400 North 8th Street, Box 76 Stop Room 898 Richmond, VA 23240 | Claim No: 3 Original Filed Date: 02/05/2007 Original Entered Date: 02/05/2007 | Status: Filed by: CR Entered by: Pam M Campbell Modified: |
|---|---|---|

| Amount | claimed: | $64077.88 | |
|---|---|---|---|
| Priority | claimed: | $51838.30 | |
| Unsecured | claimed: | $12239.58 | |

| | | | |
|---|---|---|---|
| | | | |

**History:**

| Details | ● | 3-1 | 02/05/2007 | Claim #3 filed by Department of the Treasury, Amount claimed: $64077.88 (Campbell, Pam ) |

**Description:**

**Remarks:**

## Claims Register Summary

**Case Name:** Boss Management Group, Inc. a Virginia Corporation
**Case Number:** 05-61589
**Chapter:** 7
**Date Filed:** 04/25/2005
**Total Number Of Claims:** 3

| | |
|---|---|
| **Total Amount Claimed\*** | $308046.98 |
| **Total Amount Allowed\*** | |

*\*Includes general unsecured claims*

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | | |
| **Priority** | $92672.48 | |
| **Administrative** | | |

abel Matrix for local noticing
423-6
ase 05-61589
estern District of Virginia
ynchburg
ri Aug  8 15:04:58 EDT 2014

p)INTERNAL REVENUE SERVICE
ENTRALIZED INSOLVENCY OPERATIONS
O BOX 7346
HILADELPHIA PA 19101-7346

Bell & Schneider
PO Box 739
Lynchburg, VA 24505-0739

Boss Management Group, Inc. a Virginia Cor
318 E. Confederate Blvd
Appomattox, VA 24522

Dept of Treasury - IRS
P O Box 10025, Stop Room 898
Richmond, VA  23240

ELLEN M CHELSTROM
W 730 SUNNYSIDE ROAD
GREEN LAKE WI 54941-9732

llen M. Chelstrom
 Paul A Dirkse
07 North Eighth Street, Suite 400
heboygan, WI  53081-4513

PAUL A DIRSKE
HOPP NEUMANN HUMKE LLP
607 N 8TH ST STE 400
SHEBOYGAN WI 53081-4513

WILLIAM L WALLIS
318 E CONFEDERATE BLVD
APPOMATTOX VA 24522

ary M Bowman
728 Colonial Ave., Ste. 100
oanoke, VA 24015-3877

William F Schneider(79)
PO Box 739
Lynchburg, VA 24505-0739

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

epartment of the Treasury
nternal Revenue Service
00 North 8th Street, Box 76
top Room 898
ichmond, VA  23240

End of Label Matrix
Mailable recipients     10
Bypassed recipients      0
Total                   10

FORM B1 (12/94) Specialty Software, Royal Oak, Mi

# FORM 1. VOLUNTARY PETITION

| United States Bankruptcy Court<br>WESTERN District of VIRGINIA | VOLUNTARY<br>PETITION |
|---|---|

| IN RE (Name of debtor - if individual, enter Last, First, Middle)<br>*Boss Management Group, Inc.*<br>*a Virginia Corporation* | NAME OF JOINT DEBTOR (Spouse)(Last, First, Middle) |
|---|---|
| ALL OTHER NAMES used by the debtor in the last six years<br>*NONE* | ALL OTHER NAMES used by the joint debtor in the last six years |
| SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>54-1976396 | SOC. SEC./TAX I.D. NO. (If more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip)<br>*318 E. Confederate Blvd*<br>*Appomattox VA 24522*<br>*Phone:* | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip) |
| County of Residence or Principal Place of Business<br>*Appomattox County* | County of Residence or Principal Place of Business |
| MAILING ADDRESS OF DEBTOR (If different from street address)<br>*SAME* | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from above)<br>*SAME* | VENUE<br>☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |

| INFORMATION REGARDING DEBTOR (Check applicable boxes) | |
|---|---|

**TYPE OF DEBTOR** (Check one box)
☐ Individual
☐ Joint (Husband and Wife)
☐ Partnership
☐ Other _____
☐ Corporation Publicly Held
☒ Corporation Not Publicly Held
☐ Municipality

**NATURE OF DEBT** (Check one box)
☐ Non-Business/Consumer    ☒ Business-Complete A & B below

**A. TYPE OF BUSINESS** (Check one box)
☐ Farming
☐ Professional
☒ Retail/Wholesale
☐ Railroad
☐ Transportation
☐ Manufacturing/ Mining
☐ Stockbroker
☐ Commodity Broker
☐ Construction
☐ Real Estate
☐ Other Business

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**
*Management Company: provided employees to manufacturers*

**CHAPTER or SECTION OF BANKRUPTCY CODE UNDER WHICH the PETITION is FILED**
☒ Chapter 7    ☐ Chapter 11    ☐ Chapter 13
☐ Chapter 9    ☐ Chapter 12    ☐ Sec. 304-Case Ancillary to Foreign Proceeding

**SMALL BUSINESS** (Ch. 11 only)
☐ Debtor is a small business as defined in 11 U.S.C. § 101.
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (Optional)

**FILING FEE** (Check one box)
☒ Filing fee attached.
☐ Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**NAME AND ADDRESS OF LAW FIRM OR ATTORNEY**
*Gary M. Bowman*
*306 Market Street*
*Roanoke, Virginia 24011*

Telephone No. *(540) 343-7949*

**NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR**
*Gary M. Bowman #28866*

☐ Debtor is not represented by an attorney.    Phone: _____

| STATISTICAL/ADMINISTRATIVE INFORMATION (U.S.C. § 604)(Estimates only) (Check applicable boxes) | THIS SPACE FOR COURT USE ONLY |
|---|---|

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**ESTIMATED NUMBER OF CREDITORS**
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**ESTIMATED ASSETS (In thousands of dollars)**
| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,999 | 100,000-over |
|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**ESTIMATED LIABILITIES (In thousands of dollars)**
| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,999 | 100,000-over |
|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**ESTIMATED NUMBER OF EMPLOYEES - CH. 11 & 12 ONLY**
| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

**ESTIMATED NUMBER OF EQUITY SECURITY HOLDERS - CH. 11 & 12 ONLY**
| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

Name of Debtor *Boss Management Group, Inc.,*
*a Virginia Corporation*                                        / Debtor       Case No. _____

---

**FILING OF PLAN**

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.

☐ A copy of debtor's proposed plan dated _____       ☐ Debtor intends to file a plan within the time allowed by
   is attached.                                                         statute, rule, or order of the court.

---

**PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)**

| LOCATION WHERE FILED | CASE NUMBER | DATE FILED |
|---|---|---|
| *NONE* | | |

---

**PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one, attach additional sheet)**

| NAME OF DEBTOR | CASE NUMBER | DATE |
|---|---|---|
| *NONE* | | |
| RELATIONSHIP | DISTRICT | JUDGE |

---

**REQUEST FOR RELIEF**

Debtor is eligible for and requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

---

## SIGNATURES

**ATTORNEY**

X _____          *24 April 2005*
Signature *Gary M. Bowman*                    Date

---

**INDIVIDUAL / JOINT DEBTOR(S)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

X _____
Signature of Debtor

Date *4-25-05*

X _____
Signature of Joint Debtor

Date _____

**CORPORATE OR PARTNERSHIP DEBTOR**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

X _____
Signature of Authorized Individual

*William L. Wallis*
Print or Type Name of Authorized Individual

*President*
Title of Individual Authorized by Debtor to File this Petition

*24 April 2005*
Date

If debtor is a corporation filing under chapter 11,
Exhibit "A" is attached and made part of this petition.

---

**TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)**

I am aware that I may proceed under chapter 7, 11, or 12, or 13 of title 11, United States Code, understand the relief available under such chapter, and choose to proceed under chapter 7 of such title. If I am represented by an attorney, Exhibit B has been completed.

X _____
Debtor

X _____
Joint Debtor

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer:
Social Security Number:
Address:

Tel. No.

Other individuals who prepared or assisted in preparing this document:
(Also see the attached signed sheets conforming to appropriate Official Forms.)

X _____
Bankruptcy Petition Preparer

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---

**EXHIBIT "B"**

(To be completed by attorney for individual chapter 7 debtors with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under such chapter.

X _____
Attorney

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

In re *Boss Management Group, Inc.,*
        *a Virginia Corporation*

Case No. 05-61589
Chapter 7

/ Debtor

Attorney for Debtor: *Gary M. Bowman*

### AMENDED
### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16 - 21. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(30).

1. **Income from employment or operation of business.**
   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

   ☒ NONE

2. **Income other than from employment or operation of business.**
   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

   ☒ NONE

3a. **Payments to creditors.**
   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

   ☒ NONE

Statement of Affairs -- Page 1

**3b.** List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**4a.  Suits and administrative proceedings, executions, garnishments and attachments.**

List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Ellen M. Chelstrom v. Boss Management Group, Inc.* | *Suit on Guaranty* | *Circuit Court of Green Lake County, Wisconsin* | *Pending* |

**4b.** Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**5.  Repossessions, foreclosures and returns.**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**6a.  Assignments and receiverships.**

Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**6b.** List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is not filed.)

☒ NONE

---

**7.  Gifts**

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**8.  Losses**

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

☒ NONE

---

**9.  Payments related to debt counseling or bankruptcy.**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

☒ NONE

---

**10.  Other transfers**

List all other transfers, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as a security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**11. Closed financial accounts**
- List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

☒ NONE

**12. Safe deposit boxes**
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**13. Setoffs**
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**14. Property held for another person**
List all property owned by another person that the debtor holds or controls.

☒ NONE

**15. Prior address of debtor.**
If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within two years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.)

**16. Nature, location and name of business**
a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **two years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the **two years** immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the two years immediately preceding the commencement of this case.

| NAME AND ADDRESS | NATURE OF BUSINESS | Beginning and Ending Dates of Operation |
|---|---|---|
| *Debtor is a Corporation* *Business: provided employees to manufacturers* *Address: 318 E. Confederate Blvd* *Appomattox VA 24522* | *Provided employees to manufacturers* | |

Statement of Affairs -- Page 3

**17a. Books, records and financial statements**
List all bookkeepers and accountants who within the **six years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS

Name:     *Michael D. Crews, CPA*
Address:  *Lovelace, Tibbs, Wyatt, Norvelle & Mathews*
         *2316 Atherholt Road, Stes. 201 & 206*
         *Lynchburg  VA  24501*

DATES SERVICES RENDERED

*Dates: Was retained on 5/23
to reconstruct books and
prepare tax returns*

**17b.** List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☒ NONE

**17c.** List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
*Name:  William L. Wallis*
*Address: 318 E. Confederate Blvd, Appomattox  VA  24522*
*Missing: Books are mostly missing*

**17d.** List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within **two years** immediately preceding the commencement of this case by the debtor.

☒ NONE

**18a. Inventories**
List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒ NONE

**18b.** List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

☒ NONE

**19a. Current Partners, Officers, Directors and Shareholders**
If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☒ NONE

**19b.** If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

NAME AND ADDRESS
*Name: William L. Wallis*
*Addr: 318 E. Confederate Blvd*
*Addr: Appomattox  VA  24522*

TITLE
*President*

NATURE AND
PERCENTAGE OF STOCK OWNERSHIP
*100% Common*

**20a. Former partners, officers, directors and shareholders.**
If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

☒ NONE



Statement of Affairs -- Page  4

**20b.** If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE of Termination |
|---|---|---|
| *NONE* | *NONE* | *NONE* |

**21. Withdrawals from a partnership or distribution by a corporation**
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other prerequisite during one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *NONE* | *NONE* | *NONE* |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date *24 April 2005*

Signature
Name: *William L. Wallis*
Title: *President*

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §152 and §3571.

12

2002 0 2427

THIS DEED, made this 15 th day of August 2002, by and between LINDA A. STEWART, party of the first part, Grantor, and EASTERN MANUFACTURING CORPORATION, party of the second part, Grantee.

NOW, THEREFORE, THIS DEED WITNESSETH: That for and in consideration of the sum of Ten Dollars ($ 10.00) and other good and valuable consideration, the receipt of all of which is hereby acknowledged, the party of the first part does hereby bargain, sell, grant and convey with General Warranty of Title unto the said party of the second part, Eastern Manufacturing Corporation, all of the following described real estate, to-wit:

> All of that certain tract or parcel of real estate with all improvements thereon and appurtenances thereunto appertaining, lying and being in the Town of Appomattox, Virginia, Southside Magisterial District of Appomattox County, Virginia, fronting on U.S. Highway 460, and known as Lots No. 6,7,8,9 and 10 of Block B of the Subdivision of Martha T. Fleshman's Estate, a plat of said real estate being recorded in the Clerk's Office of the circuit Court of Appomattox County, Virginia, in Deed Book 24, at Page 184. This is the identical tract of real estate that was conveyed unto the party of the first party by deed dated the 18th day of April 1996 and recorded in the Clerk's Office of the Circuit Court of Appomattox County, Virginia, in Deed Book 225, at Page 258, and the said Leonard E. Anderson having willed his one-half interest in said real estate unto the said Helen P. Anderson, his widow, his Will being dated March 18, 1970, he having died December 26, 1979. Said Will was prorated and recorded in the aforesaid Clerk's Office on January 14, 1980. The aforesaid plat and all deeds heretofore mentioned and all instruments of title mentioned in said deeds are hereby incorporated in and made a part of this deed the same as if written out herein, and reference to same is hereby made for a better description of the real estate hereby conveyed.
>
> This is the identical tract of real estate that was conveyed to the party of the first part by deed dated the 28th day of April 1997 and recorded in the Clerk's Office of the Circuit Court of Appomattox County, Virginia, in Deed Book 233, at Page 619.

Examined and
Mailed/Delivered
To: Central Mfg
Address:
Date: 10/9/02

This conveyance is expressly made subject to all valid reservations, restrictions, conditions and easements, if any, heretofore imposed upon said property and now binding upon the same.

Subject to the exceptions hereinabove set out the party of the first part hereby covenants that it is seized in fee simple of the property herein conveyed, and that it has the right to convey the same; that it has done no act to encumber the same; that the Grantee herein shall have quiet and peaceable possession of said property free from all encumbrances; and that it will execute such other and further assurances of title as may be requisite.

LINDA A. STEWART

_____ (SEAL)

COMMONWEALTH OF VIRGINIA

COUNTY OF APPOMATTOX

The foregoing instrument was acknowledged before me this 30th day of September 2002, by Linda A. Stewart.

_____
Notary Public

My Commission Expires: April 30, 2005

This instrument prepared by Gary M. Bowman.

Fair Market Value of the Property: $ 80,000.00.

Tax Map No. 64A6(1)BKB6, 64A6(1)BKB9

INSTRUMENT #0202427
RECORDED IN THE CLERK'S OFFICE OF
COUNTY OF APPOMATTOX ON
OCTOBER 9, 2002 AT 09:22AM
$80.00 GRANTOR TAX WAS PAID AS
REQUIRED BY SEC 58.1-802 OF THE VA. CODE
STATE: $40.00 LOCAL: $40.00
BARBARA R. WILLIAMS, CLERK
BY: Carole S. Miller (DC)

Dvd

THIS DEED, made this 29th day of August 2001, by and between UNITED AMERICAN HOLDINGS, INC., party of the first part, Grantor, and LINDA A. STEWART, party of the second part, Grantee.

NOW, THEREFORE, THIS DEED WITNESSETH: That for and in consideration of the sum of Ten Dollars ($ 10.00) and other good and valuable consideration, the receipt of all of which is hereby acknowledged, the party of the first part does hereby bargain, sell, grant and convey with General Warranty of Title unto the said party of the second part, Linda A. Stewart, all of the following described real estate, to-wit:

All of that certain tract or parcel of real estate with all improvements thereon and appurtenances thereunto appertaining, lying and being in the Town of Appomattox, Virginia, Southside Magisterial District of Appomattox County, Virginia, fronting on U.S. Highway 460, and known as Lots No. 6,7,8,9 and 10 of Block B of the Subdivision of Martha T. Fleshman's Estate, a plat of said real estate being recorded in the Clerk's Office of the circuit Court of Appomattox County, Virginia, in Deed Book 24, at Page 184. This is the identical tract of real estate that was conveyed unto the party of the first party by deed dated the 18th day of April 1996 and recorded in the Clerk's Office of the Circuit Court of Appomattox County, Virginia, in Deed Book 225, at Page 258, and the said Leonard E. Anderson having willed his one-half interest in said real estate unto the said Helen P. Anderson, his widow, his Will being dated March 18, 1970, he having died December 26, 1979. Said Will was prorated and recorded in the aforesaid Clerk's Office on January 14, 1980. The aforesaid plat and all deeds heretofore mentioned and all instruments of title mentioned in said deeds are hereby incorporated in and made a part of this deed the same as if written out herein, and reference to same is hereby made for a better description of the real estate hereby conveyed.

This is the identical tract of real estate that was conveyed to the party of the first part by deed dated the 28th day of April 1997 and recorded in the Clerk's Office of the Circuit Court of Appomattox County, Virginia, in Deed Book 233, at Page 619.

This conveyance is expressly made subject to all valid

Examined and
Mailed/Delivered
to: _Bethany Hands_
Address: _At Bass_
_Management Ampline_.
Date: _8/29/01_

BK0275PG0958

reservations, restrictions, conditions and easements, if any, heretofore imposed upon said property and now binding upon the same.

Subject to the exceptions hereinabove set out the party of the first part hereby covenants that it is seized in fee simple of the property herein conveyed, and that it has the right to convey the same; that it has done no act to encumber the same; that the Grantee herein shall have quiet and peaceable possession of said property free from all encumbrances; and that it will execute such other and further assurances of title as may be requisite.

UNITED AMERICAN HOLDINGS, INC.

_____ (SEAL)
By its President, William Wallis

COMMONWEALTH OF VIRGINIA

COUNTY OF APPOMATTOX

The foregoing instrument was acknowledged before me this 20 th day of August 2001, by William Wallis in his capacity as President of United American Holdings, Inc.

_____
Notary Public

My Commission Expires: May 31 2002

This instrument prepared by Gary M. Bowman.

Fair Market Value of the Property: $ 80,000.00.

Tax Map No. 64A6(1)BKB6, 64A6(1)BKB9

**VIRGINIA: CLERK'S OFFICE OF THE CIRCUIT COURT OF APPOMATTOX COUNTY**

| | | |
|---|---|---|
| T.F.F. | 3 | 00 |
| St. R. Tax | 120 | 00 |
| Co. R. Tax | 40 | 00 |
| Transfer | 1 | 00 |
| Clerk | 14 | 50 |
| Lib. (145) | 1 | 50 |
| Grantor Tax | 80 | 00 |
| Total $ | 260 | 00 |

The foregoing instrument with acknowledgment was admitted to record on Aug. 29, 2001 at 1:12 P. M. in D.B. 275 Page(s) 957-958

Teste:

Barbara R. Williams , Clerk

By: Cynthia A. Burgess , Dep. Clerk

739

THIS DEED OF TRUST, made this 30th day of April, 1997, by and between UNITED AMERICAN HOLDINGS, INC., party of the first part, GRANTOR, and W. M. ABBITT of Appomattox, Virginia, and HENRY C. DEVENING of Lynchburg, Virginia, TRUSTEES, either one or both of whom may act, parties fo the second part, GRANTEES.

W I T N E S S E T H:

That for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, the receipt of all of which is hereby acknowledged, the party of the first part does hereby bargain, sell, grant and convey, with General Warranty of Title, unto the said W. M. Abbitt of Appomattox, Virginia, and Henry C. Devening of Lynchburg, Virginia, Trustees, either one or both of whom may act, parties of the second part, all of the following described real estate, to-wit:

All of that certain tract or parcel of real estate, with all improvements thereon and privileges and appurtenances thereunto appertaining, lying and being in the Town of Appomattox, Southside Magisterial District of Appomattox County, Virginia, fronting on Business U. S. Highway 460 and known as Lots No. 6, 7, 8, 9 and 10 of Block B of the Subdivision of the Martha T. Fleshman Estate, a plat of said real estate being recorded in the Clerk's Office of the Circuit Court of Appomattox County, Virginia, in Deed Book 24, at Page 184.

Being the identical real estate conveyed unto the party of the first part by deed bearing date of the 28th day of April, 1997, from Linda A. Stewart, divorced, which deed is to be recorded in the aforesaid Clerk's Office immediately ahead of this deed of trust, and the said plat and deed and all instruments of title mentioned in said deed are hereby incorporated in and made a part of this deed the same as if written out herein and reference to same is hereby made for a better description of the real estate hereby conveyed.

This conveyance is expressly made subject to all valid easements, conditions, restrictions and reservations, if any, heretofore imposed upon said property and now binding upon the same.

BUT, UPON THIS TRUST, HOWEVER, to secure unto LINDA A. STEWART, Route 5, Box 84, Appomattox, VA 24522, the payment of the sum of ONE HUNDRED SEVENTY THOUSAND DOLLARS ($170,000.00) with 8% interest thereon per annum, which said One Hundred Seventy Thousand Dollars ($170,000.00) is evidenced by a negotiable note of even date herewith in the amount of $170,000.00 and signed by the party of the first part hereto, payable to the order of LINDA A. STEWART, Route 5, Box 84, Appomattox, VA 24522, in monthly installments of $1,421.95, including principal and interest at the rate of 8% per annum on the unpaid balance, for a period of sixty (60) months, with the first said monthly installment in the amount of $1,421.95, including principal and interest at the rate of 8% on the unpaid balance, being due and payable on the 30th day of May, 1997, and a like and similar amount due and payable on the 30th day of each month thereafter for sixty (60) months, and at the end of said sixty (60) months a balloon balance of $148,793.49 shall be due and payable.

This deed is made under the provisions of Title 55, Sections 59 and 60 of the Code of Virginia of 1950, as amended, and shall be construed to impose and confer upon the parties hereto and the beneficiary hereunder all of the duties, rights and obligations prescribed in said Sections 59 and 60 and amendments thereto in short form as said sections provide.

Full right to sell and convey upon default hereby given unto Trustees.

Right to anticipation given.

Exemptions waived.

Renewal or extension permitted.

BOOK 233 PAGE 623

Subject to all upon default.

Insurance required:  Not less than the actual insurable value.

NOTE:  THE DEBT SECURED HEREBY IS SUBJECT TO ALL IN FULL OR THE TERMS THEREOF BEING MODIFIED IN THE EVENT OF SALE OR CONVEYANCE OF THE PROPERTY CONVEYED.

WITNESS THE FOLLOWING SIGNATURES AND SEALS:

UNITED AMERICAN HOLDINGS, INC.

BY _____ (SEAL)

ITS CHAIRMAN OF THE BOARD

STATE OF VIRGINIA,

COUNTY/CITY OF _Appomattox_____, to-wit:

The foregoing writing was acknowledged before me this _6th_ day of _May_____ 1997, by  William L. Wallis, Chairman

of the Board of United American Holdings, Inc.                .

My commission expires _____ _8-31-97_____ .

_____
Notary Public

BOOK 233 PAGE 619

Examined and
Mailed/Delivered
To: L. M. Abbitt, Atty
Address: _____
Date: 5/6/97

738

THIS DEED, Made this 28th day of April, 1997, by and between LINDA A. STEWART, Divorced, party of the first part, Grantor, and UNITED AMERICAN HOLDINGS, INC., party of the second part, Grantee.

NOW, THEREFORE, THIS DEED WITNESSETH: That for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, the receipt of all of which is hereby acknowledged, the party of the first part does hereby bargain, sell, grant and convey with General Warranty of Title unto the said party of the second part, United American Holdings, Inc., all of the following described real estate, to-wit:

All of that certain tract or parcel of real estate with all improvements thereon and appurtenances thereunto appertaining, lying and being in the Town of Appomattox, Virginia, Southside Magisterial District of Appomattox County, Virginia, fronting on U. S. Highway 460, and known as Lots No. 6, 7, 8, 9 and 10 of Block B of the Subdivision of Martha T. Fleshman's Estate, a plat of said real estate being recorded in the Clerk's Office of the Circuit Court of Appomattox County, Virginia, in Deed Book 24, at Page 184. This is the identical tract of real estate that was conveyed unto the party of the first part by deed dated the 18th day of April, 1996, and recorded in the Clerk's Office of the Circuit Court of Appomattox County, Virginia, in Deed Book 225, at Page 258, and the said Leonard E. Anderson having willed his one-half interest in said real estate unto the said Helen P. Anderson, his widow, his Will being dated March 18, 1970, he having died December 26, 1979. Said Will was probated and recorded in the aforesaid Clerk's Office on January 14, 1980. The aforesaid plat and all deeds heretofore mentioned and all instruments of title mentioned in said deeds are hereby incorporated in and made a part of this deed the same as if written out herein, and reference to same is hereby made for a better description of the real estate hereby conveyed.

This conveyance is expressly made subject to all valid reservations, restrictions, conditions and easements, if any, heretofore imposed upon said property and now binding upon the same.

Subject to the exceptions hereinabove set out the party of the first part hereby covenants that she is seized in fee simple of the

property, free from all encumbrances; and that she will execute
such other and further assurances of title as may be requisite.

WITNESS THE FOLLOWING SIGNATURE AND SEAL:

_Linda A. Stewart_ (SEAL)
Linda A. Stewart

STATE OF VIRGINIA,

COUNTY OF APPOMATTOX, TO-WIT:

The foregoing instrument was acknowledged before me this
6th day of April, 1997, by Linda A. Stewart, Divorced.

My commission expires _8-31-97_ .

_Carol B. Taylor_
Notary Public

Case 6:14-cv-00005-NKM-RSB Document 7-6 Filed 10/02/14 Page 122 of 144 Pageid#: 440

11094

**DAVENPORT GROUP**
GENERAL ACCOUNT

**BRANCH BANKING AND TRUST COMPANY**
APPOMATTOX, VIRGINIA
68-426-514

011094

PAY  *ONE THOUSAND FOUR HUNDRED TWENTY-ONE AND 95 / 100

TO THE
ORDER OF

| | DATE | AMOUNT |
|---|---|---|
| | 08/01/2007 | *****1,421.95* |

Linda Stewart
2075 Purdum Mill Rd.
Appomattox, VA 24522

Building

AUTHORIZED SIGNATURE

TR# 21040111
FARMERS BANK - APPOMATTOX VA
0727233752    01V336/VDB
08062007
0520-0027-8
ENT=3706  TRC=3719  PK=08

#1521
PKTREJ
08062007

>051405528<
DATE: 08/03/07

0057R04855 08/06/2007 14:15 1521 5 6

DAVENPORT GROUP
GENERAL ACCOUNT

BB&T
BRANCH BANKING & TRUST
APPOMATTOX, VA 24522

68-426/514

CHECK NO.

10574

PAY
TO THE
ORDER
OF

One thousand seven hundred eighteen + 70/100 ~

Linda Stewart

Building ~

DATE 1/30/07

AMOUNT #1,718.70

AUTHORIZED SIGNATURE



T 21180119                >051405528<
FARMERS BANK - APPOMATTOX VA    DATE: 01/31/07

0120959163
02012007
0520-0027-8
ENT=3926  TRC=3855  PK=08

#3866
PKT005
02012007

5100862147

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Security features on this document include
Microprinting and Security Screen. Absence of these
features may indicate alteration.

**DAVENPORT GROUP**
GENERAL ACCOUNT

BB&T
BRANCH BANKING & TRUST
APPOMATTOX, VA 24522

68-426/514

CHECK NO.
010948

**10948**

*ONE THOUSAND FOUR HUNDRED TWENTY-ONE AND 95 / 100

DATE
06/05/2007

AMOUNT
*****1,421.95*

PAY
TO THE
ORDER
OF

Linda Stewart
Rt 6, Box 1900
Appomattox, VA 24522

Building

010948

DEPOSIT TO THE CREDIT OF
THE WITHIN NAMED PAYEE
FARMERS BANK
APPOMATTOX, VA
ENDORSE HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

>051405528<
DATE: 06/08/07

┌─ Warning ──────────────────────────────────────────────────────┐
│                                                                │
│   • **This Offer is already closed.**                          │
│                                                                │
│  ☒                                                             │
└────────────────────────────────────────────────────────────────┘

## AO Offer ⊞ ⊟ ⟨R⟩

┌─ Offer ─────────────────────────────────────────────────────────┐
│                                                                  │
│  Offer Number: **1000163654**    Offer TIN: **8090**    IDRS TIN: **8090** │
│                                                                  │
│  Area Office: **03**         AO Assignment#: **0301005555**   AO Assignment Name: **Closed Offer** │
│                                                                  │
│  Prior Status: **26**     Jurisdiction Code: **1**    Taxpayer Area Office: **24** │
│                                                                  │
│  Offer Type: **C**        RCP Amount:       Business Oper. Division: **SB** │
│                                                                  │
│  AO Status: **C - Closed**   IRS Received Date: **11/12/2002**   AO Open Date: **11/22/2002** │
│                                                                  │
│  Processability Code: **Y**                  AO Received Date: **11/13/2002** │
│                                                                  │
│  Pending Date: **11/22/2002**                                    │
│                                                                  │
│  Offer Amount: **$1,000.00**   Case Category Code: **0 - Previously Existing Offer** │
│                                                                  │
│  Original/Amended: **O**     Total Liability: **$60,446.36**   TP Used Pre-Qual Tool: **N** │
│                                                                  │
│  AO Disposition Date: **05/16/2003**   Proposed AO Disposition:   Net Deposit: **$0.00** │
│                                                                  │
│  AO Closed Date: **05/16/2003**   Final AO Disposition: **10 - Return**   Deposit Disposition: │
│                                                                  │
│  Related Offer 1:          XRef TIN 1:                            │
│  Related Offer 2:          XRef TIN 2:                            │
│                                                                  │
│  Service Center#:          SC Status Code:         TP AGI:        │
│                                                                  │
│  SC Assignment#:           SC Assignment                          │
└──────────────────────────────────────────────────────────────────┘

Name:

**Entity Summary**

Taxpayer **WILLIAM LEE**   Offer ███████   Secondary   Name **WALL**
Name: **WALLIS**          TIN: **8090**           TIN:       Control:

**POA Summary**

POA **GARY M.**   CAF **2605-**                              Receive **Yes**
Name: **BOMAN**   #: **79006R**   City: **ROANOKE**   State: **VA**   Correspondence:

## Remarks & Case History ▣▣▣▣

**Offer**

Offer Number: **1000163654**   Offer TIN: ▮▮▮**8090**   AO Assignment#: **0301005555**
Name Ctrl: **WALL**           IDRS TIN: ▮▮▮**8090**   SC Assignment#:

**Case History**

Input Date: **05/16/2003**   Login ID: **tsimon54**
Remarks:
Rec'd the OIC case file for closing action as a return offer –Close case
file........................................................
**tsimon54** Closed this Offer with Final Disp of    **10**

Input Date: **04/21/2003**   Login ID: **jpsvec54**
Remarks:
   On 3/4/2003 we sent TP, cc to POA, an adtl info rqst ltr. DL for reply
was 04/07/2003 (5 wcks). It is now 4/21/2003 (7 wcks). We have no record
of any reply or information or documents. TP/POA has failed to provide any
requested information or documents, required so that we might be able to
make a proper determination on this proposed offer. Therefore, I now
recommend that we close this offer as RETURN, W/O APPEAL RIGHTS, NO IAR,
for failure to provide requested information/documents. jpOS3614.
   GENERATED A COMBO LTR ONLY TO BE ABLE TO GENERATE & PRINT A RETURN
LTR. THE COMBO LTR WAS DESTROYED AND NOT MAILED. jpOS3614.

Input Date: **01/02/2003**   Login ID: **tsimon54**
Remarks:
sent OIC case file to gr 36.

Input Date: **12/11/2002**   Login ID: **mcox54**
Remarks:
   Processable Ltr composed by area office, along with Pubs 1 & 594 sent
to POA and TP informing of jurisdiction of Offer and contact by O/S

Input Date: **11/22/2002**   Login ID: **wjspen19**
Remarks:
   PE#3110– Processable. Checked IDRS and 433-A. Tp is compliant, no
indication of open bankruptcy (discharge date 5/17/02), and current Form
656 and 433-A were used. No CSED issues. POA on file for 1040, 1120, 940,
941 ar tax years 1991-2001 as per 2848 (Gary M. Bowman- 2605-79006R).
Because of IDRS Status Code, transfer case to field AREA 04.

   *Note- tp submitted offer for corporation but was returned for
non-compliance.

   Tp submitted 1998 and 1999 1040 returns with offer. Both modules
haven't posted to IDRS yet. Both returns sem to have a balance due but
forms are not completed.

   656 neds perfection. A separate offer is neded for 1040 liabilities
together with Trust Fund Recovery Penalties.

## Warning

- **This Offer is already closed.**

☒

### Offer Terms ▪ ▫ ▣

#### Offer

| | |
|---|---|
| Offer Number: **1000163654** | Offer TIN: **8090** |
| Processability Code: **Y** | IDRS TIN: **8090** |
| AO Assignment#: **0301005555** | AO Assignment Name: **Closed Offer** |

Name Ctrl: **WALL**

AO C – Status: **Closed**

#### Terms Type
Cash/Deferred: **D**

#### Proposed
$1,000 - Balance to be paid as a Deferred Payment Offer, $500 within 10 days from written notice of acceptance of the offer; and beginning in the first month after written notice of acceptance of the offer, $100 on the 15th days of each month for a total of 5 months,

#### Accepted

#### Collateral

┌─ Warning ──────────────────────────────────────────────────────────────┐
│                                                                          │
│   • **This Offer is already closed.**                                    │
│  ☒                                                                        │
└──────────────────────────────────────────────────────────────────────────┘

## MFT Summary ⊞ ⊟ ℝ

┌─ Offer ────────────────────────────────────────────────────────────────┐
│  Offer Number: **1000163654**        Offer TIN: ████ **8090**      Name Ctrl: **WALL** │
│                                                                          │
│  Processability Code: **Y**          IDRS TIN: **8090**                   │
│                                                                          │
│  AO Assignment#: **0301005555**      AO Assignment Name: **Closed Offer**    AO C - Status: **Closed** │
└──────────────────────────────────────────────────────────────────────────┘

┌──────────────────────────────────────────────────────────────────────────┐
│  Accrued To Date: **04/21/2003**      INST ERRORS: **N**                   │
└──────────────────────────────────────────────────────────────────────────┘

### MFT

| TIN | Name Control | MFT | Tax Period | Current Total Liability | Assessed Date | Original Unexpired CSED | Waiver Date | Change Status to 71 | Statute Exp. Code |
|-----|------|-----|--------|----------|------------|---|------------|---|---|
| ████ 8090 | WALL | 30 | 199812 | $ 11,161.70 | 12/16/2002 | | 11/22/2002 | Y | P |
| ████ 8090 | WALL | 30 | 199912 | $ 7,449.47 | 12/09/2002 | | 11/22/2002 | Y | P |
| ████ 8090 | WALL | 30 | 200012 | $ 6,706.50 | 12/02/2002 | | 11/22/2002 | Y | P |
| ████ 8090 | WALL | 55 | 199903 | $ 10,633.10 | 10/29/2001 | | 11/22/2002 | Y | P |
| ████ 8090 | WALL | 55 | 199906 | $ 12,921.93 | 06/19/2002 | | 11/22/2002 | Y | P |
| ████ 8090 | WALL | 55 | 199909 | $ 11,573.66 | 06/19/2002 | | 11/22/2002 | Y | P |

┌─ Code Description ─────────────────────────────────────────────────────┐
│  **Statute Exp Codes**                                                    │
│  P-Primary   S-Secondary   B-Both                                         │
└──────────────────────────────────────────────────────────────────────────┘

Warning

- **This Offer is already closed.**

x

## AO Offer ⊞ ▬ ℝ

Offer

| | | |
|---|---|---|
| Offer Number: **1000438086** | Offer TIN: **8090** | IDRS TIN: **8090** |
| Area Office: **03** | AO Assignment#: **0301005555** | AO Assignment Name: **Closed Offer** |
| Prior Status: **22** | Jurisdiction Code: **1** | Taxpayer Area Office: **12** |
| Offer Type: **C** | RCP Amount: | Business Oper. Division: **WI** |
| AO Status: **C – Closed** | IRS Received Date: **11/16/2004** | AO Open Date: **02/10/2005** |
| Processability Code: **Y** | | AO Received Date: **11/17/2004** |
| Pending Date: **11/24/2004** | | |
| Offer Amount: **$1,000.00** | Case Category Code: **0 – Previously Existing Offer** | |
| Original/Amended: **O** | Total Liability: **$240,650.42** | TP Used Pre-Qual Tool: **N** |
| AO Disposition Date: **05/25/2005** | Proposed AO Disposition: | Net Deposit: **$0.00** |
| AO Closed Date: **05/25/2005** | Final AO Disposition: **10 – Return** | Deposit Disposition: |
| Related Offer 1: | XRef TIN 1: | |
| Related Offer 2: | XRef TIN 2: | |
| Service Center#: | SC Status Code: | TP AGI: |
| SC Assignment#: | SC Assignment | |

Name:

**Entity Summary**

Taxpayer **WILLIAM LEE**       Offer          Secondary       Name **WALL**
Name: **WALLIS**            TIN: **8090**          TIN:       Control:

**POA Summary**

POA **GARY M.**   CAF **2605-**   City: **ROANOKE**       State: **VA**   Receive **Yes**
Name: **BOMAN**      #: **79006R**                                   Correspondence:

**Application Fee**

Fee Due: **Y**       Waiver Criteria:       Current Balance: **$**       **0.00**

Master Offer#:       Refund/Apply Ind:       Refund/Apply Code:

Remarks & Case History ⊞ ⊟ 🗗

**Offer**
Offer Number: **1000438086**       Offer TIN: ███8090       AO Assignment#: **0301005555**
Name Ctrl: **WALL**       IDRS TIN: ███8090       SC Assignment#:

**Case History**

Input Date: **05/25/2005**       Login ID: **tsimon54**
Remarks:
    Received the OIC case file for closing action as a return offer –
close case file........................................................................
**tsimon54 Closed this Offer with Final Disp of       10**

Input Date: **05/09/2005**       Login ID: **lmwarr24**
Remarks:
    OFFER IS BEING RETURNED. TP IS OR HAS OPERATED 12 SEPARATE
CORPORATIONS AND NOT ALL OF THEM HAS FILED ALL THE REQUIRED RETURNS. A
LETTER WAS MAILED TO MR TP REQUESTING THESE RETURNS AND ANY PAYMENT DUE.
THERE WAS NO RESPONSE FROM HIM, THEREFORE THE OFFER IS BEING RETURNED.
███331 FABRIKO ACQUISITION CORP ███
███272 APPOMATTOX MANAGEMENT GROUP
███396 BOSS MANAGEMENT GROUP INC ███1317 BOSS FINANCIAL GROUP INC
███909 MID-WEST TEXTILES INC ███246 UNITED AMERICAN HOLDINGS INC
(TFRP ASSESSED) ███8094 NITTI FAMILY ENTERPRISES (TFRP ASSESSED)
███2014 BOSS LICENSING GROUP INC███
███77 EASTERN MANUFACTURING CORP
EIN UNKNOWN UNITED AMERICAN MFG INC EIN UNKNOWN UNITED AMERICAN REAL
ESTATE DEVELOPMENT CORP ONLY TWO OF THE ABOVE ENTITIES HAVE HAD TFRP
ASSESSED.

    MR TP FILED 2001 AND 2002 1040s AS SINGLE. HOWEVER, THE POA SAYS TP IS
MARRIED TO SHEILA S WALLIS ███495. SHE DOES NOT WORK OR HAVE INCOME.
A HOME WAS PURCHASED MARCH 31, 2003 FOR $137,500 AND IS TITLED ONLY TO
SHEILA. HOW COULD SHE PURCHASE REAL ESTATE WITH A JOB OR ANY INCOME? WHO
IS MAKING THE MORTGAGE PYMTS? RETURN BECAUSE TP IS NOT CURRENT ON FILING
AND PAYING ALL BUSINESS RETURNS.
NOTE: THE FOLLOWING FILL-IN TEXT WAS USED ON THE Return Letter
    You have failed to file returns for the twelve (12)
businesses as requested in our letter dated April 12, 2005.  A
Notice of Federal Tax Lien will be requested for each business
that owes tax as well as 1040 for tax year 2003 and trust fund
recovery penalty on the March 2000 quarter.
NOTE: END OF FILL-IN TEXT USED ON THE Return Letter
NOTE: THE FOLLOWING FILL-IN TEXT WAS USED ON THE Return Letter

NOTE: END OF FILL-IN TEXT USED ON THE Return Letter
NOTE: THE FOLLOWING FILL-IN TEXT WAS USED ON THE Return Letter
--
NOTE: END OF FILL-IN TEXT USED ON THE Return Letter
NOTE: THE FOLLOWING FILL-IN TEXT WAS USED ON THE Return Letter
    You have failed to file returns for your twelve (12)
businesses as requested in our letter dated April 12, 2005. A
Notice of Federal Tax Lien will be requested immediately for
each business that owes tax as well as 1040 for tax year ended
December 31, 2003 and 941 quarter ended March 31, 2000.
NOTE: END OF FILL-IN TEXT USED ON THE Return Letter

---

Input Date: 02/17/2005     Login ID: baholc54
Remarks:
MAILED COMBO LTR TO TP-POA W PUBS 1/594; CONTACT DATE 4/4/05.

---

Input Date: 02/17/2005     Login ID: racons19
Remarks:
    #3515 Offer Specialist will ned to ensure TC971s are reversed.

---

Input Date: 02/10/2005     Login ID: cxbelt19
Remarks:
Review of file Tp states he has not received any eages for 2004. The
corporation he has listed he works for he is the President of. He paid
himself wages for 2003 and states he has not received wages for 2004
as State of Virginia has a lien on wage. He is actively running a
corporation ████████████████████████████ neds field review.
FOLLOW-UP NOTE: ACTIVE CORPORATION TRANSFER AREA 6 DATE: 02/20/2005
FOLLOW-UP NOTE: ACTIVE CORPORATION TRANSFER AREA 4 DATE: 02/20/2005
Corrected to route to area 4.

---

Input Date: 02/10/2005     Login ID: mjgior19
Remarks:
#2406 - reviewed; TP is employed by his own company - he holds corporate
    position of President. Transferred to Area 4, Richmond

---

Input Date: 01/26/2005     Login ID: batagl19
Remarks:
FOLLOW-UP NOTE: INITIAL ANALYSIS DATE: 02/10/2005

---

Input Date: 01/20/2005     Login ID: dmhuls19
Remarks:
    OE#1603: Screning-POA states that the T/P had no income due to a lien
from the state of VA which took 100% of his income, copy is enclosed. OE
will have to inquire how T/P lived with no income. POA also stated no
value to stocks & has no investments. Spouse has no income. Health care is
paid by the employer. Return offer to tech advisor to assign to 6000.
FOLLOW-UP NOTE: screning-awaiting OE assignment DATE: 01/24/2005

---

Input Date: 01/20/2005     Login ID: mxfuca19
Remarks:
FOLLOW-UP NOTE: 6100- SCREENING NEEDED DATE: 01/21/2005

---

Input Date: 01/14/2005     Login ID: rjbyrn19

Case 6:14-cv-00005-NKM-RSB   Document 27-6   Filed 10/02/14   Page 134 of 144   Pageid#:
459

Remarks:
PE#3215 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Continue holding case until release of all mail from mailroom
Enclosing DMV report.

Input Date: **01/13/2005**      Login ID: **rjbyrn19**
Remarks:
    PE#3215, corro received December 29, 2004 reviewed. All requested
items received or addressed as follows: Amended/Revised Form 656 with item
6 checked. Stocks etc.; Investments; Income; Health care; Non-Liable
person income. All above items addressed on POA letter. TP included copy
of bankruptcy discharge and State of Virginia tax lien and demand for
payment of $75,562.74.
    Sent Form 2848 to CAF for processing.
    Holding case for release of mail from lockdown. Unable to complete
Choice Point today.
    Awaiting DMV report.

Input Date: **01/04/2005**      Login ID: **axvast19**
Remarks:
PE # 4603 T/C from OIC in VA Terry Simmon ID # ▮▮▮▮▮▮ states that
        offer is an RO offer and still showing in stat 26 on last
        thre periods of 2000, 06, 09, 12 and first thre of 2001
        03, 06, and 09 for TFRP. Loaded onto MFT scren, manually
        input 480's and stat 71 on IDRS as of 11/24/2004 waiver date.
        Removed generated transactions from OIC.

Input Date: **12/30/2004**      Login ID: **cxdiem19**
Remarks:
Corro rec'd 12/29/2004, response to combo ltr, will associate w/case

Input Date: **12/28/2004**      Login ID: **cxbloc19**
Remarks:
    #3401 Rcv'd call from Mr. Gary Bowman. Verified his ID, gave my name &
ID#. Reason for the call Mr. Bowman neded clarification of the
stocks/bonds verification requested in the combo letter. Mr. Bowman also
neded to know what Form 941 periods the TFRP from and what entity from.
As for the stocks/bonds he said that they had no value and information on
them was sent in with the offer. I told Mr. Bowman to submit a statement
telling us that, as I told him all requested verification has to be
addressed in some form, either with verification or with a statement. I
gave Mr. Bowman the TFRP information that he neded.

Input Date: **11/24/2004**      Login ID: **excohe19**
Remarks:
PE 4605 BATCH #763
OFFER IS PROCESSABLE, VERIFIED IDRS AND F. 433A
CURRENT FORMS USED
TP IS NOT IN BANKRUPTCY
TP IS COMPLIANT
APPLICATION FEE $150.00 PERSONAL CHECK #1920 RECEIVED.
POA ON FILE
PRINTED FULL PAY WORKSHEET
PE 4605
CASE BUILDING
PERFECTION ISSUES:

ITEM 6 BOXES NOT CHECKED.
ITEM 5, INCLUDE PERIODS WITH NO TAX LIABILITIES.
VERIFICATION REQUESTED:
INCOME
NON-LIABLE INCOME
INVESTMENTS-STOCKS
HEALTH CARE
RECEIVED WITH OFFER:
UNITED STATED BANKRUPTCY DISCHARGE
COMMONSEALTH OF VIRGINIA NOTICE OF TAX LIEN.
CONTINUATION SHEET TO F. 656 ANSWER TO QUESTION 3.
F. 1040 FOR 2003
W-2 2003.
F. 1040 2002.
W-2 2002.
F. 2848
LETTER FROM POA, TP DO NOT SEEK TO COMPROMISE BUISSINESS ONLY INDIVIDUAL
LIABILITIES.
ENCLOSED IDRS PRINTS.
ENCLOSED PUBS 1 AND 594
FOLLOW-UP NOTE: Combo Letter Follow-up DATE: 01/12/2005

Input Date: 11/23/2004    Login ID: excohe19
Remarks:
POSSIBLE CDP/EH ASSIGN TO 4199R RESEARCH.

Input Date: 11/23/2004    Login ID: racons19
Remarks:
   #3515 Per ACDS, CDP closed. Returned to PE to work following normal
procedures. Monitor for reversal of TC971s.

Case 6:14-cv-00005-NKM-RSB   Document 27-6   Filed 10/02/14   Page 136 of 144   Pageid#: 461

Warning

- **This Offer is already closed.**

Offer Terms

### Offer

| | |
|---|---|
| Offer Number: **1000438086** | .Offer TIN: **8090** |
| Processability Code: **Y** | IDRS TIN: **8090** |
| AO Assignment#: **0301005555** | AO Assignment Name: **Closed Offer** |

Name Ctrl: **WALL**

AO C - Status: **Closed**

### Terms Type
Cash/Deferred: **D**

### Proposed
$1000.00 DEFERRED PAYMENT OFFER. $500.00 WITHIN 10 DAYS FROM ACCEPTANCE AND BEGINNING IN THE FIRST MONTH AFTER ACCEPTANCE $100.00 ON THE 15TH DAY OF EACH MONTH FOR A TOTAL OF 5 MONTHS.

### Accepted

### Collateral

┌─ Warning ──────────────────────────────────────────────────────┐

  • **This Offer is already closed.**

  ☒

└────────────────────────────────────────────────────────────────┘

## MFT Summary ▣ ▬ ▣

┌─ Offer ────────────────────────────────────────────────────────┐

  Offer Number: **1000438086**       Offer TIN: ███ **8090**       Name Ctrl: **WALL**

  Processability Code: **Y**         IDRS TIN: ███ **8090**

  AO Assignment#: **0301005555**     AO Assignment Name: **Closed Offer**       AO C − Status: **Closed**

└────────────────────────────────────────────────────────────────┘

┌────────────────────────────────────────────────────────────────┐

  Accrued To Date: **05/15/2005**       INST ERRORS: **Y**

└────────────────────────────────────────────────────────────────┘

┌─ MFT ──────────────────────────────────────────────────────────┐

| TIN | Name Control | MFT | Tax Period | Current Total Liability | Assessed Date | Original Unexpired CSED | Waiver Date | Change Status to 71 | Statute Exp. Code |
|---|---|---|---|---|---|---|---|---|---|
| ███ | WALL | 30 | 199812 | $ 10,414.00 | 12/16/2002 | | 11/24/2004 | Y | P |
| | WALL | 30 | 199912 | $ 9,294.71 | 12/09/2002 | | 11/24/2004 | Y | P |
| | WALL | 30 | 200012 | $ 8,451.65 | 12/02/2002 | | 11/24/2004 | Y | P |
| | WALL | 30 | 200212 | $ 5,882.13 | 10/04/2004 | | 11/24/2004 | Y | P |
| | WALL | 55 | 199903 | $ 11,458.53 | 10/29/2001 | | 11/24/2004 | Y | P |
| | WALL | 55 | 199906 | $ 13,912.06 | 06/19/2002 | | 11/24/2004 | Y | P |
| | WALL | 55 | 199909 | $ 12,460.79 | 06/19/2002 | | 11/24/2004 | Y | P |
| | WALL | 55 | 200003 | $ 3,634.37 | 12/06/2004 | | 11/24/2004 | Y | P |
| | WALL | 55 | 200006 | $ 31,083.66 | 11/30/2004 | | 11/24/2004 | Y | P |
| | WALL | 55 | 200009 | $ 23,431.24 | 11/30/2004 | | 11/24/2004 | Y | P |
| | WALL | 55 | 200012 | $ 27,656.82 | 11/30/2004 | | 11/24/2004 | Y | P |
| | WALL | 55 | 200103 | $ 27,656.82 | 11/30/2004 | | 11/24/2004 | Y | P |

└────────────────────────────────────────────────────────────────┘

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8090 | WALL | 55 | 200106 | $ | 27,856.82 | 11/30/2004 | 11/24/2004 | Y | P |
| | WALL | 55 | 200109 | $ | 27,656.82 | 11/30/2004 | 11/24/2004 | Y | P |

**Code Description**

**Statute Exp Codes**

P-Primary     S-Secondary     B–Both

REQUESTOR: 2303-4714
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION

Name: WILLIAM L & SHELIA S WALLIS          TIN: ████████8090



ACTION DATE: 01/30/2013   SYSTEM DATE: 01/30/2013   CONTACT: OTHER   CREATE ID: 23034701

TP/POA CONTACT
PAYMENT/DEL RET DEMAND
FULL COMPLIANCE CK
PUB 1 VERIFIED
CAUSE AND CURE


TP/POA CONTACT

TAXPAYER RIGHTS PUBLICATIONS
  Publication 1 Verified
   It wasn't previously received by TP/POA.
   It was delivered/mailed to TP/POA on 01/30/2013.
   Provided explanation of contents on 01/30/2013.
   Answered questions on 01/30/2013.


PAYMENT/DEL RET DEMAND
   RESULTS: TP states he can't pay the $407K+ due.

Sensitive But Unclassified

Exhibit A
USA-01897

```
REQUESTOR: 2303-4714
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

Name: WILLIAM L & SHELIA S WALLIS          TIN:          090

FULL COMPLIANCE CK
  1040 INFO : Filing and current ES - 2004-2008; TP claims no income to file.

  941 INFO  : Filing, type of depositor and current FTD - N/A

  940 INFO  : Filing and current FTD - N/A

  1120 INFO : Filing and current ES - N/A

  OTHER INFO: N/A

CAUSE AND CURE
    RESULTS: Secretary from prior business as stated below caused the problems which started
like 15 years ago. TP has no income or assets to pay & is current 2009-2011.

Mr Wallis called me yesterday & left me a message requesting call back to 434-609-0001. He
stated RO's voice mail states she will be out for an undetermined amount of time & she referred
him to me. I called him back this afternoon & was on the phone with him for like an hour. I

Below is what was discussed:
When I asked if he was involved with any businesses, at first he states not obligated for. So I
asked if he was an officer, member or owner of any business & he stated yes he was an officer
of Northwood Management but has no income from this business.
TP currently has only 1 BMF; Northwood Management Group with 16 EEs; 6 for sales & 10 for
manufacturing; TP couldn't find his EIN. The business does promotional bags for conferences. He
states the business is current with their taxes. At first he claims there are 2 EINs 1 for
sales & the other for manufacturing but then these are the same corp & when he looked for their
names & EINs, he stated it was just 1 corp with 1 EIN. He states he can provide the EIN.
TP states this all started with a tax debt of like $12K back about 15 years ago but grew based
on 6020(b) assessments (not his words) as prior BMF RO made the assessment & TP doesn't
understand where the figures came from but they couldn't argue as their finances/paperwork was
in dis-array. He states they didn't even make the money that was reported as wages.
States prior business secretary for United American Holding didn't do her job filing 941s or
keeping their financial affairs in order which caused all these problems.

USA-01898

REQUESTOR: 2303-4714
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION

| Name: WILLIAM L & SHELIA S WALLIS | TIN: ███████090 |

United American Holding was his prior company which filed bankruptcy & this was a holding company for other businesses; including the 2 Boss cases in RO's inventory (Boss Management & Boss Financial)
He filed B/R in like 2001 & both IMF & his business had loans discharged
He doesn't feel that the TFRPs are accurate as they were 6020(b)'s but couldn't argue the point as their paper-work was too much in a dis-array. His lawyer advised them not to file/sign any 941s if they couldn't determine the true amount of wages due to potential fraud. Therefore, they couldn't & still can't argue with balances.
TP states his wife has family money & she owns the land where the business is located; the mortgage is in her name. He also states she keeps everything separate & pays all the family bills & she brought the house with her money. He told me that yes she has the income to pay everything without his help.
He makes no money/income.
He didn't file 2004-2008 because he didn't have any income those years.
He states 2008-2011 were filed jointly because they spoke with an accountant & he explained how they were losing money with wife filing separate. He stated that they file with the wife's SSN as the TP & then file an injured/innocence spouse claim with their 1040. He states the return only reports his wife's income as he has none. When I questioned income from his business; he states they are C corps & he doesn't get any income as not enough money; no W-2 issued to him.
He claims there are no other judgments against him other than IRS & state of VA liens.
He claims he doesn't have any bank accounts; at one point he claims to be a kept man where his wife pays for everything & he lives in her house.
He also asked about the statue of limitations & the statute of assessment & I explained both to him plus explained what would extend the CSED & 6020(b) has no ASEDs.
He asked if the debt would just go away with the CSEDs ranging from Jan 2014 to July 2016. I explained normally yes & its done systemically in our systems with the liability being cleared as well as the liens being self-released but I also explained that we could file a suit to reduce to judgment & that would be up to the RO but would need court approval & he would have the right to argue to the judge. I explained unsure we would go this route unless we determine there are assets hidden or we can't get to before the statute expires.
TP also asked about an offer & states he previously filed one but it was held in the Roanoke office & never was filed; then his POA with-drew the offer & was to refile but never did. He would like to consider another offer.
I explained that RO Green would need to make an ability to pay determination, secure a CIS & verify everything he has stated to determine if he is even a good offer candidate.
TP claims he is asset-less, has no income & his wife's family has money & would be the source of any potential offer.
I advised TP that I don't have the resources to reassign this case & will ask RO Green to call him back upon her return to the office to schedule an appointment. He stated he has driving to Charlottesville previously. I advised him that RO & him can decide the best place for the appointment but did explain she would need to secure a CIS to which he states everything would be zero. I again explained she is required to verify everything. I also explained she would need info & have questions regarding businesses he has been involved with. When asked for the best number to call it was revealed that 434-609-0001 which is his cell is the best #. I advised him we can't verify privacy while talking on a cell but he can & would have to authorize continuation when calling via cell. He states he understood.
I mailed pub 1 to TP using quick note. GM, Wilken

Case 6:14-cv-00005-NKM-RSB   Document 27-6   Filed 10/02/14   Page 142 of 144   Pageid#: 467

USA-01899

REQUESTOR: 2303-4714
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION

| Name: WILLIAM L & SHELIA S WALLIS | TIN: ███████090 |
|---|---|

ACTION DATE: 02/19/2013  SYSTEM DATE: 02/19/2013  CONTACT: PHONE  CREATE ID: 23034714

TP/POA CONTACT

TP/POA CONTACT

TC to the TP, William Wallis 434-609-0001:

RO talked to the TP and advised him of need to schedule new appointment per summons. RO asked
Mr. Wallis if he would be willing to travel to Charlottesville since RO is not able to travel
due to medical reasons.
Mr.Wallis informed that he will travel to Charlottesville office to meet with RO, however he
will be out of the town next 2 weeks.

RO scheduled appointment on 3/12/2013 at 1:00PM/Charlottesville POD address.

USA-01900
Case 6:14-cv-00005-NKM-RSB   Document 27-6   Filed 10/02/14   Page 143 of 144   Pageid#: 468

```
REQUESTOR: 2303-4714
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

Name: WILLIAM L & SHELIA S WALLIS                    TIN: ███8090



ACTION DATE: 03/12/2013  SYSTEM DATE: 03/13/2013  CONTACT: OFFICE  CREATE ID: 23034714

ATTEMPTED CONTACT

ATTEMPTED CONTACT
     RESULTS: Mr. William Wallis failed to appear to scheduled office meeting and did not make any further contact to RO.

Next Action:
Third party summons to BB&T Bank, identified as financial institution used by most of businesses controlled by Mr.Wallis.
Third party summons to be issued for financial records of all bank accounts Mr.Wallis has signature authority.

Page: 29
Sensitive But Unclassified

EXHIBIT to Exhibit
USA-01901