# DECLARATION OF ROBERT A. NITTI

1. I am Robert A. Nitti. I am over eighteen years of age and am competent to make this declaration.

2. I was the owner of Nitti Family Enterprises, Inc.. William Wallis was not involved in paying trust fund taxes owed by Nitti Family Enterprises, Inc. He was nominally made Secretary-Treasurer of the corporation, when I contemplated allowing him to take a role in running the company, but he never had an active role in the company, he could not write checks on the company account, and he was not involved in the company's payroll or the payment of its taxes in 1999.

I make this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

_____
Robert A. Nitti

7/2/2015
Date

1