IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.

WILLIAM WALLIS,
    *Defendant.*

CASE NO. 6:14-cv-00005

FINAL JUDGMENT

JUDGE NORMAN K. MOON

This matter is before the Court on Defendant William Wallis's objections to a Report and Recommendation ("R&R") issued by United States Magistrate Judge Robert S. Ballou, which recommended that I grant Plaintiff's motion for entry of final judgment and dismissal of claims related to Nitti Family Enterprises. For the reasons stated in the accompanying Memorandum Opinion, all objections are hereby overruled and the R&R is **ADOPTED** in full. Accordingly, Plaintiff's Motion for Entry of Judgment, (dkt. 198), is **GRANTED**, the remaining claims related to Nitti Family Enterprises, Inc. are **DISMISSED**, and it is hereby **ADJUDGED**, **ORDERED**, and **DECREED** as follows:

Judgment is rendered in favor of the United States and against William L. Wallis in the amount of **four hundred thirty-four thousand seven hundred eighteen dollars and forty cents ($434,718.40)**, plus statutory interest, penalties, and costs that have accrued and continue accruing pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c). The calculation of the judgment amount as of July 25, 2016, is set forth below:

Unpaid personal income tax (Form 1040):

| Tax Period | Final Judgment Amount |
|---|---|
| 1998 | $17,341.60 |
| 1999 | $15,098.88 |
| 2000 | $13.700.36 |
| 2002 | $10.445.64 |
| Total: | $56,586.48 |

1

United American Holding, Inc. quarterly employee withholding tax:

| Tax Period | Final Judgment Amount |
|---|---|
| 03/31/1999 | $19,443.81 |
| 06/30/1999 | $21,448.24 |
| 09/30/1999 | $21,298.73 |
| 03/31/2000 | $18,096.06 |
| 06/30/2000 | $52,887.56 |
| 09/30/2000 | $39,858.94 |
| 12/31/2000 | $47,047.05 |
| 03/31/2001 | $37,047.05 |
| 06/30/2001 | $44,453.55 |
| 09/30/2001 | $41,120.10 |
| Total: | $342,701.09 |

Boss Management Group, Inc. quarterly withholding tax:

| Tax Period Final | Judgment Amount |
|---|---|
| 12/31/2000 | $5,442.64 |
| 03/31/2001 | $10,843.29 |
| 09/30/2001 | $10,843.29 |
| 06/30/2002 | $3,884.34 |
| 09/30/2002 | $1,091.29 |
| 12/31/2002 | $3,325.98 |
| Total: | $35,430.83 |

The Clerk of the Court is hereby directed to send a certified copy of this Judgment to all counsel of record and to United States Magistrate Judge Robert S. Ballou. The case will be stricken from the active docket.

Entered this __8th__ day of March, 2017.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE